**<u>Exhibit 2</u>**

TST's Washington Chapter Facebook page history

