# Exhibit 3

TST's Washington Chapter Allies Facebook page history

