UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES, LLC (DBA "THE SATANIC TEMPLE"),<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN JOHNSON (AKA "ADJ"), LEAH FISHBAUGH, MICKEY MEEHAM, AND NATHAN SULLIVAN,<br><br>Defendants. | No. 20-cv-509<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to LCR 7.1, Plaintiff United Federation of Churches, LLC (dba "The Satanic Temple") states that it has the following members: Calvin Soling and Doug Misicko.

Respectfully submitted this 6th day of April, 2020.

LYBECK PEDREIRA & JUSTUS, PLLC

By: /s/ Benjamin Justus
Benjamin Justus (#38855)
Attorneys for Plaintiff
Chase Bank Building
7900 SE 28th St., Fifth Floor
Mercer Island, WA 98040
206.687.7805 /ph  206.230.7791 /fax
ben@lpjustus.com / email Justus

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 1

No. 20-cv-509

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791