WAWD - Praecipe (Revised 2/13/13)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

United Federation of Churches, LLC (dba "The Satanic Temple"),

    Plaintiff(s),

v.

David Alan Johnson (aka "ADJ"), Leah Fishbaugh, Mickey Meeham, and Nathan Sullivan,

    Defendant(s).

Case No. 20-cv-509

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Plaintiff respectfully requests that the clerk of Court issue the [Proposed] Summonses, attached hereto, in the above-captioned case.

4/6/2020
Dated

s/ Benjamin Justus
Sign or use an "s/" and your name

Benjamin Justus, Lybeck Pedreira & Justus, PLLC, 7900 SE 28th St., Fifth Floor, Mercer Island, WA 98040

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**

Page 1 of 1