The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES, LLC d/b/a THE SATANIC TEMPLE,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN JOHNSON, an individual; LEAH FISHBAUGH, an individual; MICKEY MEEHAM, an individual; and NATHAN SULLIVAN, an individual,<br><br>Defendants. | No. 2:20-cv-00509-RAJ<br><br>**NOTICE OF APPEARANCE** |

TO:  Clerk of the Court

AND TO:  All Parties of Record

PLEASE TAKE NOTICE that Jeremy E. Roller of Arete Law Group PLLC hereby enters his appearance on behalf of Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan (incorrectly spelled "Meeham" in Plaintiff's complaint), and Nathan Sullivan (collectively "Defendants"), and you are notified that the service of all further pleadings, notices, documents, or other papers herein, exclusive of process, may be had upon said Defendants by serving the undersigned attorney at the address stated below.

NOTICE OF APPEARANCE
No. 2:20-cv-00509-RAJ– Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

| | |
|---|---|
| 1 | |
| 2 | DATED: May 6th, 2020. |

DATED: May 6th, 2020.

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

*Attorneys for Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan*

NOTICE OF APPEARANCE
No. 2:20-cv-00509-RAJ– Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I, Annabel Barnes, certify that on May 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, thereby sending a notification of such filing to the following parties:

>Benjamin Justus, WSBA No. 38855
>LYBECK PEDREIRA & JUSTUS, PLLC
>Chase Bank Building
>7900 SE 28th Street, Fifth Floor
>Mercer Island, WA 98040
>(206) 687-7805
>ben@lpjustus.com

DATED: May 6, 2020, at Davenport, California.

>*/s/ Annabel Barnes*
>Annabel Barnes, Legal Assistant

NOTICE OF APPEARANCE
No. 2:20-cv-00509-RAJ– Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250