|   |   |
|---|---|
| 1 | The Honorable Richard A. Jones |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED FEDERATION OF CHURCHES, LLC d/b/a THE SATANIC TEMPLE,

Plaintiff,

v.

DAVID ALAN JOHNSON, an individual; LEAH FISHBAUGH, an individual; MICKEY MEEHAM, an individual; and NATHAN SULLIVAN, an individual,

Defendants.

No. 2:20-cv-00509-RAJ

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

NOTE ON MOTION CALENDAR: **June 26, 2020**

THIS MATTER comes before the Court on the Motion to Dismiss filed by Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan (collectively, "Defendants"). Having considered Defendants' Motion, the Response filed by Plaintiff United Federation of Churches, LLC d/b/a The Satanic Temple ("The Satanic Temple"), and Defendants' Reply, the Court ORDERS that Defendants' Motion to Dismiss is GRANTED.

//

//

//

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
No. 2:20-cv-00509-RAJ – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1 The Satanic Temple's Complaint against Defendants is DISMISSED WITH
2 PREJUDICE.

   DATED this ___ day of _____, 2020

   _____
   Hon. Richard A. Jones
   United States District Judge

*Presented by:*

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone:  (206) 428-3250
Fax:  (206) 428-3251
jroller@aretelaw.com

*Attorneys for Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan*

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
No. 2:20-cv-00509-RAJ – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I, Annabel Barnes, certify that on June 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, thereby sending a notification of such filing to the following parties:

> Benjamin Justus, WSBA No. 38855
> LYBECK PEDREIRA & JUSTUS, PLLC
> Chase Bank Building
> 7900 SE 28th Street, Fifth Floor
> Mercer Island, WA 98040
> (206) 687-7805
> ben@lpjustus.com

DATED: June 1, 2020, at Seattle, Washington.

*/s/ Annabel Barnes*
Annabel Barnes, Legal Assistant

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
No. 2:20-cv-00509-RAJ – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250