AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-509

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Nathan Sullivan

was received by me on *(date)*   April 9, 2020   .

☒ I personally served the summons on the individual at *(place)*   10757 Greenwood Ave N, Unit 224

Seattle, Washington 98133 _____ on *(date)*   April 16, 2020   ; or
at 6:01 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   $0.00
$75.00   .

I declare under penalty of perjury that this information is true.

Date:   April 16, 2020 _____

_____
*Server's signature*

Cannon Rogers, WA RPS 2019-31
_____
*Printed name and title*


Snohomish, Washington 98296
_____
*Server's address*

Additional information regarding attempted service, etc:

The Defendant is described as a Caucasian Male, believed to be in his 30's, approx. 5'-8" tall, weighing 175 lbs., with black hair color.

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON

| Plaintiff / Petitioner:<br>UNITED FEDERATION OF CHURCHES, LLC (dba 'The Satanic Temple') | Case No:<br>2:20-cv-00509-RAJ |
|---|---|
| Defendant / Respondent:<br>DAVID ALAN JOHNSON (aka 'ADJ'); LEAH FISHBAUGH; MICKEY MEEHAM; and NATHAN SULLIVAN | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on THURSDAY, APRIL 16, 2020 at 6:01 PM, at the address of 10757 GREENWOOD AVE N, UNIT 224, SEATTLE, WA 98133, within KING COUNTY, the undersigned duly served the following document(s): SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS 1-6; and STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE RICHARD A JONES in the above entitled action upon NATHAN SULLIVAN, by then and there, at the residence and usual place of abode of said person(s), personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with NATHAN SULLIVAN.

Description:
CAUCASIAN MALE, APPROXIMATELY 35 YEARS OF AGE, 5'8" TALL, 175 POUNDS, WITH BLACK HAIR.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

SIGNED AND DATED at Snohomish Washington, on April 16, 2020

Fees:                              $75.00

Cannon Rogers
WA RPS 2019-31

Apex Legal Services
13300 Bothell Everett Hwy Ste. 303 - PMB 674
Mill Creek, WA 98012

ARN: 4472250
CRN: United Federation of Churches v Johnson