AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-509

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Leah Fishbaugh

was received by me on *(date)*  April 29, 2020  .

☒ I personally served the summons on the individual at *(place)*  1406 Bellevue Ave, Unit C Seattle, Washington 98122  on *(date)*  April 30, 2020 at 1:42 pm  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  xxxx 75.00

I declare under penalty of perjury that this information is true.

Date:  April 30, 2020

*Server's signature*

Cannon Rogers, WA RPS 2019-31
*Printed name and title*

Snohomish, Washington 98296
*Server's address*

Additional information regarding attempted service, etc:

Also served: COMPLAINT; EXHIBITS 1-6; and STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE RICHARD A JONES

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON

| Plaintiff / Petitioner:<br>UNITED FEDERATION OF CHURCHES, LLC (dba 'The Satanic Temple') | Case No:<br>2:20-cv-00509-RAJ |
|---|---|
| Defendant / Respondent:<br>DAVID ALAN JOHNSON (aka 'ADJ'); LEAH FISHBAUGH; MICKEY MEEHAM; and NATHAN SULLIVAN | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on **THURSDAY, APRIL 30, 2020** at **1:42 PM**, at the address of **1406 BELLEVUE AVE, UNIT C, SEATTLE, WA 98122**, within **KING COUNTY**, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS 1-6; and STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE RICHARD A JONES** in the above entitled action upon **LEAH FISHBAUGH**, by then and there, at the residence and usual place of abode of said person(s), personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with **LEAH FISHBAUGH**.

Description:
CAUCASIAN FEMALE, APPROXIMATELY 35 YEARS OF AGE, 5'4" TALL, 175 POUNDS, WITH A SHAVED HEAD.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

SIGNED AND DATED at Snohomish Washington, on April 30, 2020
Fees:                          $75.00

Cannon Rogers
WA RPS 2019-31

Apex Legal Services
13300 Bothell Everett Hwy Ste. 303 - PMB 674
Mill Creek, WA 98012

ARN: 4504967
CRN: United Federation of Churches v Johnson