The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United Federation of Churches, LLC (dba "The Satanic Temple"),<br><br>    Plaintiff,<br><br>    v.<br><br>David Alan Johnson (aka "ADJ"), Leah Fishbaugh, Mickey Meeham, and Nathan Sullivan,<br><br>    Defendants. | No. 2:20-cv-00509-RAJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>NOTE FOR MOTION CALENDAR:<br>**March 12, 2021** |

This matter came before the Court on Plaintiff's Motion for Reconsideration (the "Motion"). The Court has considered the submissions of the parties on the Motion, and has reviewed any other pertinent facts in the record that have been cited by the parties. The Court now ORDERS as follows:

The Court GRANTS Plaintiff's Motion for Reconsideration, reversing its prior Orders dismissing Plaintiff's claims for cyberpiracy and defamation, Doc. 20.

IT IS SO ORDERED this _____ day of _____, 2021.

_____
Honorable Richard A. Jones

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION - 1

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791

Case 2:20-cv-00509-RAJ   Document 21-2   Filed 03/12/21   Page 2 of 2


1. PRESENTED BY:

2. LYBECK PEDREIRA & JUSTUS, PLLC

3. By: */s/ Benjamin Justus*
4. Benjamin Justus (#38855)
   Attorneys for Plaintiff
5. Chase Bank Building
   7900 SE 28th St., Fifth Floor
6. Mercer Island, WA 98040
7. 206.687.7805 /phone  206.230.7791 /fax
   ben@lpjustus.com / email Justus

8. And: */s/ Matthew A. Kezhaya*
9. Matthew A. Kezhaya (AR#2014161), admitted pro hac vice
   Attorney for Plaintiff
10. Kezhaya Law PLC
    1202 NE McClain Rd
11. Bentonville, AR 72712
12. 479.431.6112 /ph  479.282.2892 /fax
    matt@kezhaya.law / email Kezhaya

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION - 2

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791