3/31/2020, Trademark Electronic Search System (TESS)
Case 2:20-cv-00509-RAJ   Document 22-1   Filed 02/29/21   Page 1 of 2
Case 2:20-cv-00509-RAJ   Document 1-1   Filed 04/05/20   Page 1 of 2



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 31 04:37:22 EDT 2020

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start]  List At: ____  OR  [Jump]  to record: ____     **Record 3 out of 3**

[TSDR]  [ASSIGN Status]  [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# THE SATANIC TEMPLE

| | |
|---|---|
| **Word Mark** | THE SATANIC TEMPLE |
| **Goods and Services** | IC 045. US 100 101. G & S: Religious services, namely, information and news relating to religious and philosophical beliefs by providing information; providing a web site featuring information about religion; Charitable outreach services, namely, providing counseling services in the field of religion; Counseling in the field of religion and spiritual services. FIRST USE: 20130101. FIRST USE IN COMMERCE: 20130101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86221887 |
| **Filing Date** | March 14, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Date Amended to Current Register** | December 17, 2014 |
| **Registration Number** | 4686134 |
| **Registration Date** | February 10, 2015 |
| **Owner** | (REGISTRANT) United Federation of Churches, LLC DBA The Satanic Temple LIMITED LIABILITY COMPANY MASSACHUSETTS 519 Somerville Ave. No. 288 Somerville MASSACHUSETTS 02143 |

3/31/2020 Trademark Electronic Search System (TESS)
Case 2:20-cv-00509-RAJ Document 22-1 Filed 02/23/21 Page 2 of 2
Case 2:20-cv-00509-RAJ Document 1-1 Filed 04/05/20 Page 2 of 2

| | |
|---|---|
| Attorney of Record | Daryl Abbas |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SATANIC" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | SUPPLEMENTAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY