Facebook    



## This Page Isn't Available

The link may be broken, or the page may have been removed. Check to see if the link you're trying to open is correct.

**Go to News Feed**

Go Back

Visit Help Center

