The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES, LLC d/b/a THE SATANIC TEMPLE,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN JOHNSON, an individual; LEAH FISHBAUGH, an individual; MICKEY MEEHAM, an individual; and NATHAN SULLIVAN, an individual,<br><br>Defendants. | No. 2:20-cv-00509-RAJ<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>NOTE ON MOTION CALENDAR:<br>**March 12, 2021** |

THIS MATTER comes before the Court on the Plaintiff's Motion for Reconsideration. Having considered Plaintiff's Motion, the Opposition filed by Defendants and the pleadings on file in this matter, the Court ORDERS that Plaintiff's Motion for Reconsideration is DENIED.

DATED this ___ day of _____, 2021.

_____
Hon. Richard A. Jones
United States District Judge



*Presented by:*

**ARETE LAW GROUP PLLC**

By: <u>/s/ Jeremy E. Roller</u>
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

*Attorneys for Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan*

[PROPOSED] ORDER DENYING
MOTION FOR RECONSIDERATION
No. 2:20-cv-00509-RAJ – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I, Janet Fischer, certify that on March 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, thereby sending a notification of such filing to the following parties:

> Benjamin Justus, WSBA No. 38855
> LYBECK PEDREIRA & JUSTUS, PLLC
> Chase Bank Building
> 7900 SE 28th Street, Fifth Floor
> Mercer Island, WA 98040
> (206) 687-7805
> ben@lpjustus.com

DATED: March 29, 2021, at Seattle, Washington.

/s/ Janet C. Fischer
Janet C. Fischer, Legal Assistant

[PROPOSED] ORDER DENYING MOTION FOR RECONSIDERATION
No. 2:20-cv-00509-RAJ – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250