The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| United Federation of Churches, LLC (dba "The Satanic Temple"), | ) ) ) | No. 2:20-cv-00509-RAJ |
| Plaintiff, | ) ) ) | STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |
| v. | ) ) | |
| David Alan Johnson (aka "ADJ"), Leah Fishbaugh, Mickey Meeham, and Nathan Sullivan, | ) ) ) ) ) | NOTE FOR MOTION CALENDAR: **May 10, 2021** |
| Defendants. | ) ) | |

Pursuant to FRCP 15(a)(2) and LCR 15, the parties hereby stipulate and jointly move for the Court to enter an order granting Plaintiff leave to file a second amended complaint.

## I.    BACKGROUND AND STIPULATION

On February 26, 2021, the Court entered an Order Granting Defendants' Motion to Dismiss. Dkt. # 20.  This Order granted Plaintiff leave to file an amended complaint. *Id.*  On March 29, 2021, Plaintiff filed a First Amended Complaint. Dkt. # 22.

Subsequently, the parties met and conferred regarding Defendants' plan to file a second motion to dismiss.  In order to avoid or limit foreseeable potential complications related to the planned motion, the parties agreed to permit Plaintiff leave to file a second amended complaint.

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255   Fax 206-230-7791

1   The parties agree that by consenting to Plaintiff's request to file a second amended complaint,

2   Defendants reserve all defenses, including the right to bring FRCP 12 motion to dismiss the

3   second amended complaint.

4       Pursuant to LCR 15, a proposed second amended complaint indicating the changes from

5   the First Amended Complaint is attached hereto.

6

7                               **II.    CONCLUSION**

8       WHEREFORE, the parties respectfully ask the Court to enter an order granting Plaintiff

9   leave to file a second amended complaint.

10      Stipulated and agreed this 10th day of May, 2021.

11

12                      LYBECK PEDREIRA & JUSTUS, PLLC

13                      By: */s/ Benjamin Justus*
                        Benjamin Justus (#38855)
14                      Attorneys for Plaintiff
                        Chase Bank Building
15                      7900 SE 28th St., Fifth Floor
                        Mercer Island, WA 98040
16                      206.687.7805 /phone  206.230.7791 /fax
17                      ben@lpjustus.com / email Justus

18                      And: */s/ Matthew A. Kezhaya*
                        Matthew A. Kezhaya (AR#2014161), admitted pro hac vice
19                      Attorney for Plaintiff
20                      Kezhaya Law PLC
                        1202 NE McClain Rd
21                      Bentonville, AR 72712
                        479.431.6112 /ph  479.282.2892 /fax
22                      matt@kezhaya.law / email Kezhaya

23

24                      ARETE LAW GROUP PLLC
                        By: /s/ Jeremy E. Roller
25                      Jeremy E. Roller, WSBA No. 32021
                        1218 Third Avenue, Suite 2100
26                      Seattle, WA 98101

STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT - 2

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255   Fax 206-230-7791

1
Phone: (206) 428-3250
Fax: (206) 428-3251
2
jroller@aretelaw.com

3

4

5
**CERTIFICATE OF SERVICE**

6
I hereby certify that on the 10th day of May, 2021, I electronically filed PLAINTIFF'S
7
MOTION FOR RECONSIDERATION with the Clerk of the Court using the CM/ECF system,
8
which will send notification of such filing to all parties of record.
9
Dated at Seattle, Washington, the 10th day of May, 2021.
10

11
By: ___*/s/ Benjamin Justus*___
Benjamin Justus
12

13
**CERTIFICATION OF CONFERENCE**
14
The undersigned counsel certifies that, per Paragraph 6 of the Standing Order for Civil Cases
15
Assigned to Judge Richard A. Jones (Doc. 7), on various dates in April 2021, counsel for Plaintiff
16
conferred with counsel for Defendants regarding the foregoing motion.
17
Dated at Seattle, Washington, the 10th day of May, 2021.
18

19
By: ___*/s/ Benjamin Justus*___
Benjamin Justus
20

21

22

23

24

25

26

STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT - 3

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255   Fax 206-230-7791