The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United Federation of Churches, LLC (dba "The Satanic Temple"),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>David Alan Johnson (aka "ADJ"), Leah Fishbaugh, Mickey Meeham, and Nathan Sullivan,<br><br>　　　　Defendants. | No. 2:20-cv-00509-RAJ<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>NOTE FOR MOTION CALENDAR:<br>**May 10, 2021** |

This matter came before the Court on the parties' Stipulated Motion for Leave to File Second Amended Complaint (the "Motion"). The Court has considered the submissions of the parties on the Motion, and has reviewed any other pertinent facts in the record that have been cited by the parties. The Court now ORDERS as follows:

The Court GRANTS the Motion. Plaintiff shall file a second amended complaint within fourteen (14) days of the date of this Order. LCR 15.

IT IS SO ORDERED this _____ day of _____, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Richard A. Jones

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 1

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255   Fax 206-230-7791

1  PRESENTED BY:

2  LYBECK PEDREIRA & JUSTUS, PLLC

3  By: */s/ Benjamin Justus*
4  Benjamin Justus (#38855)
   Attorneys for Plaintiff
5  Chase Bank Building
   7900 SE 28th St., Fifth Floor
6  Mercer Island, WA 98040
   206.687.7805 /phone  206.230.7791 /fax
7  ben@lpjustus.com / email Justus

8  And: */s/ Matthew A. Kezhaya*
9  Matthew A. Kezhaya (AR#2014161), admitted pro hac vice
   Attorney for Plaintiff
10 Kezhaya Law PLC
   1202 NE McClain Rd
11 Bentonville, AR 72712
12 479.431.6112 /ph  479.282.2892 /fax
   matt@kezhaya.law / email Kezhaya

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 2

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255   Fax 206-230-7791