**Exhibit 2**

TST's Washington Chapter Facebook page history as of March 29, 2021



Changed name to The Satanic Temple - Washington State Chapter
May 27, 2020

Changed name to Satanic Washington State - Archived Temple Chapter
March 22, 2020

Changed name to The Satanic Temple - Washington State Chapter
January 1, 2020

Page created - The Satanic Temple - Seattle Chapter
October 19, 2014