# Exhibit 3

Allies Facebook Page Transparency as of April 26, 2021

