Search  Synner-gy  Home  Create  2  16

 **Nathan Von Sullivan**
March 15 ·

Well, apparently I'm no longer affiliated with TST-WA. I always knew that there was an expiration date on my membership, of course, but somehow I kinda expected it to go out with something better than being accused as a co-conspirator of attacking leadership, on the basis of conversations I was no part of and hadn't even seen until after they had resolved (and of course, cannot see any records of now); on the basis of investigations that never contacted me to even attempt to verify either my knowledge, intent, investment, or participation; on the basis of the idea that being CC'd as a witness to a formal complaint, relating to interpersonal conflicts during the proceeding of said conversations, is the same as being party to an intent to cause an internal schism via targeted bullying of particular members (something that can barely be reasonably concluded of the formal complaint itself). There will be probably be more posts as I process this, but for right now I'm speaking solely for myself.

All of this has been decided and executed in the possibly-conscious absence of any kind of opportunity made for me to speak in my own defense. I've been on hiatus from TST-WA operations for the last few months while I get some mental health and personal affairs in order - there's nothing like getting into a sleep-deprived fender bender to make you question what your long-term goals are - and so I'd had basically all of our internal comms muted short of being directly tagged. I wouldn't even have known about my removal were it not for one of the other "conspirators" messaging me to ask if I'd *also* been kicked out, prompting me to check and find out that of course I've been removed from said communications, groups, and emails.

I understand that there was a town hall meeting where the leadership "discussed" the issue with the rest of the general membership, smoothing over a purge as the necessary handling of a "rogue faction." Personally, I'm curious as to how multiple people can just go rogue without ever realizing it, but I'm sure the Official Message clarified things in a way that suggests that everything will be fine as long as you accept the official TST-WA theory of leadership that "we are a democracy, but to a point."

If there is a central tension these events and conflicts revolve around, it is in the question, "What do we owe to our former members? And what do we owe to our current members such that they don't become former members?" And the official answer to that keeps consistently being, "Nothing, because we didn't do anything wrong and you just need to trust that we have the best intentions on the basis of our mission against religious overreach, even as our internal culture increasingly fosters an environment where people are afraid to make systemic critiques and cannot trust that their reports won't be immediately castigated as proof of malicious intent and punished unilaterally." Don't complain, don't speak up, don't "give the right more ammunition," don't be one more example of how ThE LeFt Is EaTiNg ItSeLf, and for the love of Cthulhu don't ever suggest that the call is coming from inside the house, via people whose primary models for organization seem to be the same authoritarian structures that we are all forced to survive in under late capitalism. If you cannot be reaped for social capital then you are chaff - but never question the morality of the scythe, which is merely being pragmatic.

I've been fielding messages from the general membership for the last day or so, asking what the fuck is going on. You know what the fucking gross thing is? There are multiple people who have since come forward, telling me about reports they've made of sexual harassment within TST-WA. They didn't report them to me, a glorified middle-manager, and that is absolutely both their right and the right decision. They entrusted it directly to the top leadership, leadership who is empowered by our national coordinators to act quickly and unilaterally in a crisis - leadership who then did nothing with those reports, even as they came in repeatedly, and who sat by as the perpetrators continued to attend meetings in, as far as the rest of us knew, good standing. Leadership who is even now telling the remaining members to trust them as they purge the calls to do better, because TST-WA is "a democracy, but to a point." These people WERE members in good standing – up until the point they realized their reports would never be taken seriously,



**Friend Requests**  See All

**Lillith Allstar**
30 mutual friends

Confirm  Delete

**Suggested Pages**  See All

**Satanic Temple of Myrtle Beach**
David and 24 other friends like this.

Like

**The Satanic Temple - Arizona Chapter - North**
Ashema and 21 other friends like this.

Like

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2020

of the Second, nor the nobility of action and thought of the Seventh.

TST-WA is and has always been a volunteer organization, but that means leadership must be MORE sensitive to the morale and the lived experience of both its current and former membership, more willing to err on the side of making amends - not less. Which of the tenets, exactly, would be violated by doing so? How is the grand mission against arbitrary authority compromised by an internal culture that gives the benefit of the doubt to someone who is already marginalized by society in so many other contexts? One of the guiding principles of Satanism is that religion and morality do not occur in a vacuum that only opens from the top – you will forget this at your peril.

I will not be appealing my removal. I will not aid in facilitating a half-assed coverup that has the end result of normalizing a power structure that has made a habit of shooting first and then telling the victims that they're free to ask questions later, maybe. This purge was not a mistake whose harm needs to merely be resolved. This was a statement of intent, a statement of what social arrangement is considered normal by those in power, and what will be done to defend it – and what will be ignored in the process of defending it. And supposing that I "won" the appeal and cleared my name, we all know exactly that the price of returning would be the expectation of silence about what happened, how it happened, and most importantly, whether the environment that exists might cause it to happen again.

Another of the guiding principles that drives Satanic activism is the idea that silence is consent. And I, being a Satanist, do not consent.

"For the master's tools will never dismantle the master's house. They may allow us to beat him temporarily at his own game, but they will never enable us to bring about genuine change."
– Audre Lorde

Phoenix Knormalle, Verona Cruz and 50 others    42 Comments   1 Share

Like      Comment

 **Nathan Von Sullivan** Addendum: I've been informed that the party line is now no longer "we're a democracy, but to a point," but rather seems to alternate between "TST never was and never will be a democracy" and "technically our chapter is the most democratic one."

lmao do words even mean anything

Like · Reply · 8w    7

 **A David Johnson** Nathan: It's definitely not a dictatorship unaccountable to membership, and I understand the error of my ways and the hurtfulness of that statement now.

Like · Reply · 8w    4

 **Nathan Von Sullivan** ThAt Is An InSuLt

Like · Reply · 8w    2

 **A David Johnson** Nathan Von Sullivan


TENOR

Like · Reply · 8w    2

 Write a reply...



Search · Synner-gy · Home · Create · 2 · 16

whole TST mess too.
Like · Reply · 8w   7

Sabrina Bratsch replied · 2 Replies

**Wylie Duffy** It is so hard to read and hear constant and worsening lies about oneself when you know you can't defend yourself. I'd even venture to say it's slightly worse when you have a few screenshots (or 286) that vindicate you and disprove every single one of t… See More
Like · Reply · 8w · Edited   6

**Jim Kirk**

TENOR
Like · Reply · 8w   3

**Lucille Ferrin**
  2
Like · Reply · 8w

**Kitty Piersing** This sounds oddly familiar...   I'm sorry this happened, though.
Like · Reply · 8w   4

Kitty Piersing replied · 2 Replies

**Martin Bleeblespoot Rosenberg** Welp
Time to found your own
Like · Reply · 8w   4

**Nathan Von Sullivan** three steps ahead of you
Like · Reply · 8w   2

**Martin Bleeblespoot Rosenberg**

TENOR
Like · Reply · 8w   1

**Nathan Von Sullivan** we have a meme page here that we stole from TST:
Evergreen Memes for Queer Satanic Fiends

and a small group of regional satanists that we're using as a sort of safe space and social club. I imagine i'll be setting up another Discord for us too
Like · Reply · 8w   4

(19) Well, apparently I'm no longer affiliated with TS. Nathan Von Sullivan

The Satanic Temple 2: Electric Boogaloo?
The Satanic Temple 2: The Second One?
S2: The Mighty Satanists?

Like · Reply · 8w      2

**Nathan Von Sullivan** Satanism Reloaded actually

Like · Reply · 8w      8

**Maehem** Nathan Von Sullivan keep me updated on this pls!

Like · Reply · 8w      2

Write a reply...

**Inguma Six** I don't know exactly what's going on. Just think that there could definitely be a more conducive approach to addressing conflicts without suddenly terminating a handful of members. It's unfortunate.

Like · Reply · 8w      4

**Nathan Von Sullivan** there definitely could be, but that assumes that the point *is* to address those conflicts rather than simply kicking them down the road for later.

Like · Reply · 8w      5

**Wylie Duffy** I find it no coincidence that the people kicked out were CC'd as witnesses on a formal email complaint about Tarky, which none of you were told about and instead it was characterized as an attack on Angel, and then the people cc'd were accused of formi… See More

Like · Reply · 8w · Edited      2

Write a reply...

**Tim Pearson** Ya'll motherfuckers need Eris. Just sayin'...

Like · Reply · 8w      3

Tim Pearson replied · 2 Replies

**Gretchen Koch** Sorry to hear this. While I'm not at all acquainted with the organization in question, the machinations sound very familiar.

Like · Reply · 8w      2

**June Bug** For the sake of my own self-preservation, would it be ok to message you for details on the accused? I live in Tacoma, and as a multiple-abuse survivor the thought of potentially being assaulted again scares the shit out of me.

If you dont know or dont feel at liberty to share names with me, I will understand.… See More

Like · Reply · 8w      5

**Meredith Allen** Time to create your own charity-doing, hypocrisy-highlighting political activism group -- with blackjack, and hookers.

6

Like · Reply · 8w

Search

Synner-gy Home Create 2 16

Like · Reply · 8w 1

**Verona Cruz** I don't know WTF happened but am considering removing myself from the chapter. There seems to be a transparency issue. Being cc'd on an email? What am I missing?

Like · Reply · 8w 7

Verona Cruz replied · 3 Replies

**Katherine Bourque** I'm disappointed, but not surprised given the way things have been going since the change in leadership. Please let me know how you move forward with Satanism. You were the first person I met in TST and that carries a lot of weight with me.

Like · Reply · 8w 4

**Aztrid Nova Fay** Wow. Honestly I'm not surprised by all of this. I didn't stay long because I had a feeling that the group wasn't what it seemed.

Like · Reply · 8w 3

**Lori Erickson** Whoa. I have been inactive for ages due to personal life/mental health issues and am really shocked by this.

Like · Reply · 8w 1

Lori Erickson replied · 2 Replies

**Alex Marvin** Wow really? Wtf happened? I remember my first meeting and you of all the ppl you made me the most comfortable with just your attitude. You were accepting and I didn't sense you projecting anything onto me. It was much appreciated and how leaders in any… See More

Like · Reply · 7w · Edited 4

Nathan Von Sullivan replied · 1 Reply

**Kirstin DeWeese** Wow. Just wow. You know how I feel about you and Kat—this is truly sad—the way you were treated. I would like to think that if I was going to be booted from some group they would warn me first with the opportunity to self correct. Sure some behavior is… See More

Like · Reply · 7w 1

Write a comment...

