3/31/2020 Gmail - You were removed from your role on The Satanic Temple - Washington State Chapter on March 20, 2020,...

Case 2:20-cv-00509-RAJ Document 26-7 Filed 05/24/21 Page 1 of 1



Tarkus Claypool <tarkus.claypool@gmail.com>

## You were removed from your role on The Satanic Temple - Washington State Chapter on March 20, 2020,...

**Tarkus Claypool** <tarkus.claypool@gmail.com>     Fri, Mar 20, 2020 at 11:29 PM
To: David Johnson <somedavidjohnson@gmail.com>
Cc: Siri Sanguine <sirisanguine@gmail.com>, Chalice Blythe <chaliceblythe@gmail.com>, Lilith Starr <lilithxstarr@gmail.com>

> Hi ADJ,
>
> I'd like you to return the Facebook page back to us please. Please re-add me and Siri as admins.
>
> Ave Satanas,
> -Tarkus Claypool
> Media Liaison, The Satanic Temple of Washington
> (he/him)
> --
> CONFIDENTIALITY NOTICE
> The content of this email is confidential and intended only for those parties who received the email directly from the tarkus.claypool@gmail.com address. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender.
>
> [Quoted text hidden]