The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES, LLC d/b/a THE SATANIC TEMPLE,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN JOHNSON, an individual; LEAH FISHBAUGH, an individual; MICKEY MEEHAM, an individual; and NATHAN SULLIVAN, an individual,<br><br>Defendants. | No. 2:20-cv-00509-RAJ<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>**July 2, 2021** |

THIS MATTER comes before the Court on the Motion to Dismiss Second Amended Complaint filed by Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan (collectively, "Defendants"). Having considered Defendants' Motion, the Response filed by Plaintiff United Federation of Churches, LLC d/b/a The Satanic Temple ("The Satanic Temple"), and Defendants' Reply, the Court ORDERS that Defendants' Motion to Dismiss is GRANTED.

//

//

//

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
No. 2:20-cv-00509-RAJ – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1   The Satanic Temple's Second Amended Complaint (Dkt. No. 26) against
2   Defendants is DISMISSED WITH PREJUDICE.

    DATED this ___ day of _____, 2021.

    _____
    Hon. Richard A. Jones
    United States District Judge

*Presented by:*

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

*Attorneys for Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan*

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
No. 2:20-cv-00509-RAJ – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I, Janet Fischer, certify that on June 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, thereby sending a notification of such filing to the following parties:

Benjamin Justus
Lybeck Pedreira & Justus, PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA 98040
(206) 687-7805
ben@lpjustus.com

Matthew A. Kezhaya
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
(479) 431-6112
matt@kezhaya.law

DATED: June 7, 2021, at Seattle, Washington.

*/s/ Janet Fischer*
Janet Fischer
Paralegal

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
No. 2:20-cv-00509-RAJ – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250