UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES, LLC (DBA "THE SATANIC TEMPLE"), <br><br> Plaintiff, <br><br> v. <br><br> DAVID ALAN JOHNSON (AKA "ADJ"), LEAH FISHBAUGH, MICKEY MEEHAM, AND NATHAN SULLIVAN, <br><br> Defendants. | No. 20-cv-509 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to LCR 7.1, Plaintiff United Federation of Churches, LLC (dba "The Satanic Temple") states that it has the following members: Cevin Soling and Doug Misicko. Both members are residents of Massachusetts.

Respectfully submitted this 6th day of June, 2022.

LYBECK PEDREIRA & JUSTUS, PLLC

By: */s/ Benjamin Justus*
Benjamin Justus (#38855)
Attorneys for Plaintiff
Chase Bank Building
7900 SE 28th St., Fifth Floor
Mercer Island, WA 98040
206.687.7805 /ph  206.230.7791 /fax
ben@lpjustus.com / email Justus

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 1

No. 20-cv-509

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791