

Search | How it works | Start a GoFundMe | Sign in | Share | Donate

# Legal Fund for Victims of Satanic Temple



 Leah Fishbaugh is organizing this fundraiser on behalf of Nathan Sullivan.

Former members of The Satanic Temple - Washington are being unjustly targeted during a pandemic by the International Council. We need your help!

On April 16, the first of four ex-members of The Satanic Temple - Washington Chapter were physically served papers for a lawsuit claiming damages to the tune of nearly $150,000 for defamation, computer hacking, cyberpiracy, tortious interference with business expectancy, and unfair competition. We are seeking funds to cover our legal

Read more

Donate | Share

**$21,981** raised of $80,000 goal

253 donations

Share

Donate now

Mickayla Roncin
$40 • 3 d

Rachel Leppert
$100 • 4 d

Anonymous
$40 • 5 d

See all | See top donations | See top

## Organizer and beneficiary

 **Leah Fishbaugh**
Organizer
Seattle, WA



 **Nathan Sullivan**
Beneficiary

Contact

Created April 29, 2020   •    Other

 Report fundraiser

---

 **#1 fundraising platform**
More people start fundraisers on GoFundMe than on any other platform.
Learn how GoFundMe works.

 **GoFundMe protects your donation**
We guarantee you a full refund for up to a year in the rare case that fraud occurs.
See our GoFundMe Giving Guarantee.

 **Expert advice**
Contact us with your questions and we'll answer, day or night.
Get expert advice. Visit our Help Center.

---



Choose your

**Fundraise for**

Medical

**Learn more**

How GoFundMe works

**Resources**

Help center

| language | Emergency | Why GoFundMe | Blog |
|---|---|---|---|
| English (US) | Memorial | | |
| | Education | Common questions | GoFundMe Stories |
| | Nonprofit | Success stories | Press center |
| | | Supported countries | Careers |
| | | Team fundraising | About |
| | | Donate button | |
| | | Support COVID-19 fundraisers | |

© 2010-2022 GoFundMe        Terms        Privacy        Legal