





## Evergreen Memes for Queer Satanic Fiends

@queersatanic · Religious organization

**💬 Send message now**

Typically replies within an hour

---

**Evergreen Memes for Queer Satanic Fiends**
June 29, 2020 · 🌐    ...

May 18, 2022 - Hello to all the new followers from the iilluminaughtii vid.

For people whose friends pointed them here, they probably want you to know that The Satanic Temple cannot help you get an abortion, and it does not deserve your support
https://queersatanic.com/the-satanic-temple-cannot-help.../

Moreover, we're still being sued by The Satanic Temple in federal court. Also, TST is now suing Newsweek and its reporter for writing about us and this case. Yes, really.
---
GFM $21,766 / $80,000
https://www.gofundme.com/.../legal-fund-for-victims-of...

If you're unable to contribute, please spread this to your pages, groups, and social circles to raise awareness. For those who have contributed already, thank you so much for your ongoing support!



The Satanic Temple has been suing four former members in federal court for more than two years over criticism of them made on Facebook. This criticism centered on the history of the owners and the priorities at TST in repeatedly aligning with literal fascists. This was demonstrated by news articles, TST's own words, and other public posts.

The judge dismissed all the claims in February 2021, but TST re-filed to keep it going because it's a SLAPP, meaning its purpose is to be financially draining to the defendants when the plaintiffs (the ones filing the suit) have more money, which TST does.

For a detailed third-party analysis of the lawsuit so far, see Social Actuality's write-up:
https://www.socialactuality.com/.../schism-the-satanic...

Frequently Asked Questions (FAQ) at bottom of post, but more articles and Q&As by us are here:
https://campsite.bio/queersatanic

---
FREQUENTLY ASKED QUESTIONS
Q: But I heard a judge dismissed the case. Why are you still asking for money?
A: The judge dismissed all the lawsuit back in February 2021, but only the defamation was dismissed with prejudice, so TST chose to re-file in March 2021 on even flimsier pretenses. Because this is a SLAPP, and that's the whole point:
https://www.bloomberglaw.com/.../UnitedFednofChurchesLLCv...

Q: Can I know even more about The Satanic Temple, its owners, how they're structured, and this very lawsuit?
A: Boy, you sure can:
https://threadreaderapp.com/thread/1401792170433028098.html

Q: Can I see all the court documents for myself?
A. Absolutely. You can user PACER yourself, use CourtListener for some of them for free and pay for others, or use the site where we're hosting everything
1. PACER's Western District of Washington, 2:20-cv-00509:
https://pacer.uscourts.gov/
2. CourtListener docket: https://www.courtlistener.com/.../united-federation-of.../
3: Free wiki:
https://the.satanic.wiki/index.php...

Q: What's a "SLAPP"?
A: It's a "strategic lawsuit against public participation"; Last Week Tonight with John Oliver did a good job breaking it down accessibly while talking about being targeted by their own SLAPP. Just, they have that HBO money: **https://www.facebook.com/LastWeekTonight/videos/770230313441259/**

       

A: Oh, you sweet summer child.
https://queersatanic.com/why-you-havent-left-the-satanic.../



 959                                     353 Comments  811 Shares

 Like         Comment         Share

View previous comments                          Oldest ⏷

 **Mercy Belmont**
**Molly Barist** so TST sucks big egg.for real

Like   Reply   28w

 **Joni Ahvenjärvi**
I was confused for a hot moment until I realized that this wasn't The Church of Satan and LaVeyan satanism doing it.

Like   Reply   28w

 ✏️ Author
**Evergreen Memes for Queer Satanic Fiends**
**Joni Ahvenjärvi** The Church of Satan has its own issues, but to our knowledge, they've never gone



      


**Joni Ahvenjärvi**
**Evergreen Memes for Queer Satanic Fiends**
what might those issues be? Just curious... I'm an atheist through and through. I'd only join a Satanic church of any kind for shock value and memery

Like   Reply   28w



Rebecca Cuello
**Joni Ahvenjärvi** they are ableist, among other things. Just out for themselves and not others. Gross

Like   Reply   28w



✏️ Author
**Evergreen Memes for Queer Satanic Fiends**
Joni Ahvenjärvi The Church of Satan of today is not especially active, and from what we understand, it's taken some positive steps like expelling transphobic members.

There are plenty of card-carrying CoS Satanists who follow a LaVeyan sort of indivi...
See more



QUEERSATANIC.TUMBLR.COM
The Surprisingly Mainstream History Of T...

Like   Reply   28w   Edited



Crow Rudd
**Simon Widdop** are you aware of this?

Like   Reply   27w



Jeffree Inferus
So what's with the St Peter's cross, then?

Like   Reply   27w



✏️ Author
**Evergreen Memes for Queer Satanic Fiends**
Jeffree Inferus St Peter really liked getting his ass ate, which is very Satanic, so we're just fans.

Like   Reply   27w



Beth Elisa
I just want to show off my new top fan badge and say as a celebration of my new top fan badge ima make a donation on payday 🥺

Like   Reply   Page responded privately   27w



      
Like   Reply   27w   Edited

 **Suki GC**
Trademaster Greenish

Like   Reply   24w   Edited

 **Amanda Rudisill**
That are starting to look like scientology

Like   Reply   23w

 **Harlow Morgan**
Coyote Sunflower

Like   Reply   22w

 **Luisi Penisi**
Cj Mitchell

Like   Reply   21w

 **Christian Gorski**
Catherine Ray

Like   Reply   20w

 **Jasmine Middaugh**
Anastasia Lynn

Like   Reply   19w

 **Bobbi DeNiro**
I am so sorry to ask, but can anyone give me a rundown or a TL;DR?

Like   Reply   18w

 ✏ Author
**Evergreen Memes for Queer Satanic Fiends**
Roberta DeNiro
The Satanic Temple has been suing us in federal court for coming up on two years over criticism of them made on Facebook, such as the history of the owners and priorities at TST in repeatedly aligning with literal fascists as demonstrate... **See more**

Like   Reply   18w

 **Mik Brummond**
And now i officially dont respect the satanic temple

Like   Reply   16w

 **Jacob Porter**
Alo Torres 😬

Like   Reply   15w

 **Tricia Boyce**
Shauna Goodwin

Like   Reply   15w



     

Like    Reply    14w

 ✎ Author
**Evergreen Memes for Queer Satanic Fiends**
**Susan Faye Schindler** It's a situation that's been going on nearly two years. What would you like clarified?

Like    **Reply**    14w

↳ View 2 more replies

 **Andrew Jay Crance**
**Jeremy Gabbard** did you know about this?

Like    Reply    14w

 **Jeremy Gabbard**
**Andrew Jay Crance** I didn't know about this specific case. I don't really follow the day-to-day of TST drama, but I appreciate the project in the same way that a lapsed Catholic might choose to be disgusted by the worst parts of the Church but appreciat... **See more**

Like    Reply    14w

↳ **5 Replies**

 **Steven Brookman**
Literal fascists? I really want to know what literal fascists the TST aligned themselves with, out of curiosity.

Like    Reply    14w

 ✎ Author
**Evergreen Memes for Queer Satanic Fiends**
**Steven Brookman** If you're willing to get thorough, this is a good place to start
https://medium.com/.../why-you-havent-left-the-satanic...



MEDIUM.COM
**Why You Haven't Left The Satanic Temple**

Like    **Reply**    14w

 **Steven Brookman**
**Evergreen Memes for Queer Satanic Fiends** excellent, thanks

Like    Reply    14w





     

**Ross Patterson**
People can say what they want about what you did, but it in no way exonerates what TST has been doing. IMO the most damning thing against TST here is how they've also sued Newsweek for their fairly unbiased reporting on the dispute.

Like    Reply    14w

 **Akinna Kronemeyer**
I've never thought too highly of TST. Based solely on principal alone. Bunch of proselytizing attention seekers, in it for the luls.

But to read this? Disgusting. It's about as far from Satanism as one can get. This is what we expect from theistic groups.

Like    Reply    14w

↳ 2 Replies

  **Mohammad Abrar Adiya**
**Ammar Siddique**

Like    Reply    14w

 **Mohammad Abrar Adiya**
**Ahmed Siddique**

Like    Reply    14w

 **Colton Ferne**
This is quite disheartening. As a satanist, i had mixed feelings but have now done thorough research into The satanic temple, (my satanism is more relevant to the Church of Satan) can say i am sincerely disappointed in the temples shady antics and forc... **See more**

Like    Reply    13w

 **Damien Michaels**
I've hated TST because they're a mockery of real Satanism, and Lucien has been known to be an attention whore long before TSTs inception, but I'm curious about supposed "coziness with right wing figures" because everything I've seen has him far left po... **See more**

Like    Reply    13w

 ✏️ Author
**Evergreen Memes for Queer Satanic Fiends**
**Damien Michaels** This is pretty extensive https://medium.com/.../why-you-havent-left-the-satanic...





**MEDIUM.COM**
Why You Haven't Left The
Satanic Temple

Like    **Reply**    13w

 **Jason Wynn**
Wow thank you for sharing this. I had no idea.

Like    **Reply**    13w

 ✏️ Author
**Evergreen Memes for Queer Satanic Fiends**
**Jason Wynn** Absolutely. If you can throw a few
bucks our way, please do. Otherwise, just be sure to
tell your friends or point out this stuff when you
see TST come up in other places.

Like    **Reply**    12w

 **Evelyn Brooks**
**Wren Martin**
That thing I was telling you about

Like    **Reply**    10w

 **Jonathan Anson**
Nothing says "I'm a sentient piece of garbage" better
than resorting to a bourgeiouse legal system to
pathetically stifle justified critcism of your elitist bullshit.

Piss on you, Satanic Temple.

Like    **Reply**    9w    Edited

 **Eddie Barker**
I agree, you shouldn't wear TST gear to a BLM rally.

Like    **Reply**    9w

 **Matt Hunter**
Lol TST has always been about staying in the media.
They're basically Republicans that wear black lol

I think it was Anton Lavey who said "Yo fuck those nerds"

Like    **Reply**    9w    Edited

 **Eyrún Sigfríðr Freyjasbarn**
This is so disappointing. Is there any satanic organization
or congregation besides TST or Church of Satan that
doesn't have a huge problematic or otherwise largely
negative history?

Like    **Reply**    9w



      

✎ Author
**Evergreen Memes for Queer Satanic Fiends**
**Eyrún Sigfríðr Freyjasbarn** There are other orgs, but we suggest looking to them for ideas rather than joining structure:

https://queersatanic.com/no-hierarchies-only-vibes/



QUEERSATANIC.COM
**Queer Satanic No Hierarchies - Only Vibes**

Like    Reply    9w

↳ View 1 more reply

 **Nik Pierce**
For the love of God somebody please summarize what the TST leaders did...You're not holding my attention with paraphrases and *extreme* professional language...

Like    Reply    8w

 ✎ Author
**Evergreen Memes for Queer Satanic Fiends**
**Nik Pierce** The Satanic Temple has been suing four former members in federal court for two years over criticism of them made on Facebook, such as the history of the owners and priorities at TST in repeatedly aligning with literal fascists as demonstrate... **See more**

Like    Reply    8w

 **Michael Axline**
Since when was TST actually a Catholic organization? Yeesh.

Like    Reply    8w

 **Simon Kristoffer Johansen**
Except for Svenn ... noone likes Svenn!

Like    Reply    6w

 **Anele Mlilo**
 😡😡😡😡😡😡I hate satan so much

Like    Reply    6w

 ✎ Author
**Evergreen Memes for Queer Satanic Fiends**
**Anele Mlilo** Do you think Satan is a real person or something?

Like    Reply    6w











Like   Reply   4w


Chelsea Senquiz-Milavetz
**Ryan Senquiz**

Like   Reply   4w


Marcel Bonifacio de Freitas
**Anna Breese** here is where I would start maybe. This would be the page I've seen mostly shared about TSTs behavior in the past.

Like   Reply   4w

↳ 1 Reply


Natalie Jean
**Katt Jessee** the satanic temple is not our friends

Like   Reply   4w


Wesley McGrew
**Talyn Tyree**

Like   Reply   3w


Julieanne Carrigan-Echols
**Christine**, this article...

Like   Reply   3w


Erik Smith
tl;dr is supposed to be followed by a brief summary of everything under it
-----... **See more**

Like   Reply   3w


Cheyann Tucker
**Meagan Dunn Ashleigh Anne McClary Matthew Jones**

Like   Reply   3w

↳ 2 Replies


Teresa Huff
**Brian Coker**

Like   Reply   2w


Shassy Dawn
**Heather Matney Shelly Smith** interesting reading if you wanna do a deep dive

Like   Reply   2w

↳ 1 Reply


Sarah Lopez
**Lae Langfeld**

Like   Reply   2w





**Mags Edvalson**
I was born into a cult, I left that cult and joined TST, and now you're telling me I'm in a cult again? Is this rabbit hole as deep as Mormonism, because that shit has taken over a decade to deconstruct.

Like    Reply    1w

Author
**Evergreen Memes for Queer Satanic Fiends**
**Mags Edvalson** It depends how deep you are.

In short, The Satanic Temple is:... See more

Like    Reply    1w

**Mags Edvalson**
**Evergreen Memes for Queer Satanic Fiends**
I'll follow along and look at links as they come in and inspect the ones you have here in due time. This is deeply disappointing as I know a lot of ExMormons that are being taken into TST and unfortunately shit ... See more

Like    Reply    1w

**Norton Abbey**
**Evergreen Memes for Queer Satanic Fiends**
this is why I refuse to join any group.

Like    Reply    4d

**Brandon Turner**

**Evergreen Memes for Que...**     Send message now     Like

**Alicia Vervain**
**Jenny Kirkland** because you asked me!! I've been trying to parse through the drama 👀

Like    Reply    4d

Author
**Evergreen Memes for Queer Satanic Fiends**
**Alicia Vervain** With kindness, getting sued for two

Pinned post

**Evergreen Memes for Queer Satanic Fiends**
June 29, 2020 · 🌐

May 18, 2022 - Hello to all the new followers from the iilluminaughtii vid.

For people whose friends pointed them here, they probably want you to know that The Satanic Temple cannot help you get an abortion, and it does not deserve your support










👍❤️🥰 959                                353 Comments  811 Shares

 Like           Comment           Share

View previous comments                                    Oldest ▾

 **Elle Woodford**
Do you have any more reading on TST? I never heard of this until today and I want to know if they're up to any other bs

Like  Reply  29w

 ✏️ Author
**Evergreen Memes for Queer Satanic Fiends**
**Elle Woodford** Where would you like to start?

Edit: If you are looking for a lot of reading, go for "Why You Haven't Left The Satanic Temple"; if you want to start with something shorter, go with "What the hell is "The Satanic Temple"? — Ep. 1: Salem A... See more

 MEDIUM.COM



Like   Reply   29w   Edited

**Elle Woodford**
**Evergreen Memes for Queer Satanic Fiends**
thank you!

Like   Reply   29w

**Michael Elswick**
**Evergreen Memes for Queer Satanic Fiends**
damn, first I've heard of it too.

When any organization or group gets to a certain size, it's only concerns become expansion and self-preservation.

Like   Reply   29w

✏ Author
**Evergreen Memes for Queer Satanic Fiends**
**Michael Elswick** From what we've been able to find out about their origins and early work, the idea of being corrupted by growth is overly charitable.

Like   Reply   29w

↳ View 1 more reply

**Mercy Belmont**
**Molly Barist** so TST sucks big egg.for real

Like   Reply   28w    👍 4

**Joni Ahvenjärvi**
I was confused for a hot moment until I realized that this wasn't The Church of Satan and LaVeyan satanism doing it.

Like   Reply   28w    👍 2

✏ Author
**Evergreen Memes for Queer Satanic Fiends**
**Joni Ahvenjärvi** The Church of Satan has its own issues, but to our knowledge, they've never gone after former members with a SLAPP suit.

Like   Reply   28w    👍 2

**Joni Ahvenjärvi**
**Evergreen Memes for Queer Satanic Fiends** what might those issues be? Just curious... I'm an atheist through and through. I'd only join a Satanic church of any kind for shock value and memery

Like   Reply   28w

**Rebecca Cuello**
**Joni Ahvenjärvi** they are ableist, among other



Like    Reply    28w



🖊 Author

**Evergreen Memes for Queer Satanic Fiends**
Joni Ahvenjärvi The Church of Satan of today is not especially active, and from what we understand, it's taken some positive steps like expelling transphobic members.

There are plenty of card-carrying CoS Satanists who follow a LaVeyan sort of indivi...

**See more**



QUEERSATANIC.TUMBLR.COM
**The Surprisingly Mainstream History Of T...**

Like    Reply    28w    Edited           3



**Crow Rudd**
**Simon Widdop** are you aware of this?

Like    Reply    27w



**Jeffree Inferus**
So what's with the St Peter's cross, then?

Like    Reply    27w



🖊 Author

**Evergreen Memes for Queer Satanic Fiends**
**Jeffree Inferus** St Peter really liked getting his ass ate, which is very Satanic, so we're just fans.

Like    Reply    27w           20



**Beth Elisa**
I just want to show off my new top fan badge and say as a celebration of my new top fan badge ima make a donation on payday 🙂

Like    Reply    Page responded privately    27w           2



**Lexi Pennington**
Bree Hays

Like    Reply    27w    Edited



**Suki GC**
Trademaster Greenish

Like    Reply    24w    Edited



**Amanda Rudisill**
That are starting to look like scientology

Like    Reply    23w           2



**Harlow Morgan**
Coyote Sunflower

     

 Luisi Penisi
**Cj Mitchell**
Like    Reply    21w

 Christian Gorski
**Catherine Ray**
Like    Reply    20w

 Jasmine Middaugh
**Anastasia Lynn**
Like    Reply    19w

 Bobbi DeNiro
I am so sorry to ask, but can anyone give me a rundown or a TL;DR?
Like    Reply    18w

 ✏ Author
Evergreen Memes for Queer Satanic Fiends
**Roberta DeNiro**
The Satanic Temple has been suing us in federal court for coming up on two years over criticism of them made on Facebook, such as the history of the owners and priorities at TST in repeatedly aligning with literal fascists as demonstrate... See more
Like    Reply    18w     6

 Mik Brummond
And now i officially dont respect the satanic temple
Like    Reply    16w     4

 Jacob Porter
**Alo Torres** 😰
Like    Reply    15w

 Tricia Boyce
**Shauna Goodwin**
Like    Reply    15w

 Susan Faye Schindler
This is very confusing to me.
Like    Reply    14w

 ✏ Author
Evergreen Memes for Queer Satanic Fiends
**Susan Faye Schindler** It's a situation that's been going on nearly two years. What would you like clarified?
Like    Reply    14w

↳ View 2 more replies



      
Like   Reply   14w

 **Jeremy Gabbard**
**Andrew Jay Crance** I didn't know about this specific case. I don't really follow the day-to-day of TST drama, but I appreciate the project in the same way that a lapsed Catholic might choose to be disgusted by the worst parts of the Church but appreciat... **See more**

Like   Reply   14w 

↳ 5 Replies

 **Steven Brookman**
Literal fascists? I really want to know what literal fascists the TST aligned themselves with, out of curiosity.

Like   Reply   14w

 ✏ Author
**Evergreen Memes for Queer Satanic Fiends**
**Steven Brookman** If you're willing to get thorough, this is a good place to start
https://medium.com/.../why-you-havent-left-the-satanic...


MEDIUM.COM
**Why You Haven't Left The Satanic Temple**

Like   Reply   14w  2

 **Steven Brookman**
**Evergreen Memes for Queer Satanic Fiends** excellent, thanks

Like   Reply   14w 

 **Ross Patterson**
People can say what they want about what you did, but it in no way exonerates what TST has been doing. IMO the most damning thing against TST here is how they've also sued Newsweek for their fairly unbiased reporting on the dispute.

Like   Reply   14w

 **Akinna Kronemeyer**
I've never thought too highly of TST. Based solely on principal alone. Bunch of proselytizing attention seekers, in it for the luls.

But to read this? Disgusting. It's about as far from Satanism as one can get. This is what we expect from theistic groups



     

 **Mohammad Abrar Adiya**
**Ammar Siddique**

Like    Reply    14w

 **Mohammad Abrar Adiya**
**Ahmed Siddique**

Like    Reply    14w

 **Colton Ferne**
This is quite disheartening. As a satanist, i had mixed feelings but have now done thorough research into The satanic temple, (my satanism is more relevant to the Church of Satan) can say i am sincerely disappointed in the temples shady antics and forc... **See more**

Like    Reply    13w     2

 **Damien Michaels**
I've hated TST because they're a mockery of real Satanism, and Lucien has been known to be an attention whore long before TSTs inception, but I'm curious about supposed "coziness with right wing figures" because everything I've seen has him far left po... **See more**

Like    Reply    13w     3

 ✏ Author
**Evergreen Memes for Queer Satanic Fiends**
**Damien Michaels** This is pretty extensive
https://medium.com/.../why-you-havent-left-the-satanic...

 MEDIUM.COM
**Why You Haven't Left The Satanic Temple**

Like    Reply    13w     2

 **Jason Wynn**
Wow thank you for sharing this. I had no idea.

Like    Reply    13w    

 ✏ Author
**Evergreen Memes for Queer Satanic Fiends**
**Jason Wynn** Absolutely. If you can throw a few bucks our way, please do. Otherwise, just be sure to tell your friends or point out this stuff when you see TST come up in other places.

Like    Reply    12w

 **Evelyn Brooks**
**Wren Martin**



 **Jonathan Anson**
Nothing says "I'm a sentient piece of garbage" better than resorting to a bourgeious legal system to pathetically stifle justified critcism of your elitist bullshit.

Piss on you, Satanic Temple.

Like    **Reply**    9w    Edited                     8

 **Eddie Barker**
I agree, you shouldn't wear TST gear to a BLM rally.

Like    **Reply**    9w

 **Matt Hunter**
Lol TST has always been about staying in the media. They're basically Republicans that wear black lol

I think it was Anton Lavey who said "Yo fuck those nerds"

Like    **Reply**    9w    Edited                     3

 **Eyrún Sigfríðr Freyjasbarn**
This is so disappointing. Is there any satanic organization or congregation besides TST or Church of Satan that doesn't have a huge problematic or otherwise largely negative history?

Like    **Reply**    9w                    

>  ✏️ Author
> **Evergreen Memes for Queer Satanic Fiends**
> **Eyrún Sigfríðr Freyjasbarn** There are other orgs, but we suggest looking to them for ideas rather than joining structure:
>
> https://queersatanic.com/no-hierarchies-only-vibes/
>
>  | 
> QUEERSATANIC.COM
> Queer Satanic No Hierarchies - Only Vibes
>                                  3
> Like    **Reply**    9w

↳ View 1 more reply

 **Nik Pierce**
For the love of God somebody please summarize what the TST leaders did...You're not holding my attention with paraphrases and *extreme* professional language...

Like    **Reply**    8w                    











 Author
**Evergreen Memes for Queer Satanic Fiends**
**Nik Pierce** The Satanic Temple has been suing four former members in federal court for two years over criticism of them made on Facebook, such as the history of the owners and priorities at TST in repeatedly aligning with literal fascists as demonstrate... **See more**

Like    Reply    8w                     2

 **Michael Axline**
Since when was TST actually a Catholic organization? Yeesh.

Like    Reply    8w

 **Simon Kristoffer Johansen**
Except for Svenn ... noone likes Svenn!

Like    Reply    6w

 **Anele Mlilo**
I hate satan so much

Like    Reply    6w                     10

  Author
**Evergreen Memes for Queer Satanic Fiends**
**Anele Mlilo** Do you think Satan is a real person or something?

Like    Reply    6w                     14

 **Alys Kapisky**
**Skye Tyla**

Like    Reply    4w

 **Chelsea Senquiz-Milavetz**
**Ryan Senquiz**

Like    Reply    4w

 **Marcel Bonifacio de Freitas**
**Anna Breese** here is where I would start maybe. This would be the page I've seen mostly shared about TSTs behavior in the past.

Like    Reply    4w                     3

↳ **1 Reply**

 **Natalie Jean**
**Katt Jessee** the satanic temple is not our friends

Like    Reply    4w                     2

 **Wesley McGrew**
**Talyn Tyree**



     


**Julieanne Carrigan-Echols**
**Christine**, this article...

Like   **Reply**   3w



**Erik Smith**
tl;dr is supposed to be followed by a brief summary of everything under it

-----... **See more**

Like   **Reply**   3w                                               3



**Cheyann Tucker**
**Meagan Dunn Ashleigh Anne McClary Matthew Jones**

Like   **Reply**   3w

↳ 2 Replies



**Teresa Huff**
**Brian Coker**

Like   **Reply**   2w



**Shassy Dawn**
**Heather Matney Shelly Smith** interesting reading if you wanna do a deep dive

Like   **Reply**   2w

↳ 1 Reply



**Sarah Lopez**
**Lae Langfeld**

Like   **Reply**   2w



**Mags Edvalson**
I was born into a cult, I left that cult and joined TST, and now you're telling me I'm in a cult again? Is this rabbit hole as deep as Mormonism, because that shit has taken over a decade to deconstruct.

Like   **Reply**   1w                                               3



✎ Author
**Evergreen Memes for Queer Satanic Fiends**
**Mags Edvalson** It depends how deep you are.

In short, The Satanic Temple is:... **See more**

Like   **Reply**   1w                       3



**Mags Edvalson**
**Evergreen Memes for Queer Satanic Fiends**
I'll follow along and look at links as they come in and inspect the ones you have here in due time. This is deeply disappointing as I know a lot of ExMormons that are being taken into TST and unfortunately shit ... **See**





Norton Abbey
**Evergreen Memes for Queer Satanic Fiends** this is why I refuse to join any group.

Like   Reply   4d

Brandon Turner
**Aidën Bårnës** I haven't read through all this yet but I figured I'd go ahead and tag ya

Like   Reply   1w   Edited

Alicia Vervain
**Jenny Kirkland** because you asked me!! I've been trying to parse through the drama 👀

Like   Reply   4d

✎ Author
**Evergreen Memes for Queer Satanic Fiends**
**Alicia Vervain** With kindness, getting sued for two years is a bit more than "drama"

Like   Reply   4d

Alicia Vervain
I absolutely agree! I didn't mean to minimize, my apologies

Like   Reply   4d                     2

Ron Ramos
God is a pos

Like   Reply   4d

Write a comment...