The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES, LLC d/b/a THE SATANIC TEMPLE, <br><br> Plaintiff, <br><br> v. <br><br> DAVID ALAN JOHNSON, an individual; LEAH FISHBAUGH, an individual; MICKEY MEEHAM, an individual; and NATHAN SULLIVAN, an individual, <br><br> Defendants. | No. 2:20-cv-00509-RAJ <br><br> **NOTICE OF UNAVAILABILITY** |

TO: Clerk of Court

AND TO: Counsel of Record

PLEASE TAKE NOTICE that the undersigned counsel for Defendants will be out of the country and unable to respond to motions, court hearings, depositions, other discovery, or other actions in connection with this matter from June 27 through July 8, 2022. The undersigned requests that no such action or other matters requiring response or attention by him in this matter be noted during the listed dates.

DATED: June 8, 2022.

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy E. Roller

NOTICE OF UNAVAILABILITY
No. 2:20-cv-00509-RAJ – Page 1



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

*Attorneys for Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan*

NOTICE OF UNAVAILABILITY
No. 2:20-cv-00509-RAJ – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the CM/ECF system, thereby sending a notification of such filing to the following parties:

Benjamin Justus
Lybeck Pedreira & Justus, PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA 98040
(206) 687-7805
ben@lpjustus.com

Matthew A. Kezhaya
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
(479) 431-6112
matt@kezhaya.law

DATED: June 8, 2022, at Seattle, Washington.

/s/ Janet Fischer
Janet Fischer
Paralegal

NOTICE OF UNAVAILABILITY
No. 2:20-cv-00509-RAJ – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE, STE 2100
SEATTLE, WA 98101
O: (206) 428-3250