UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United Federation of Churches, LLC (dba "The Satanic Temple"),<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>David Alan Johnson (aka "ADJ"), Leah Fishbaugh, Mickey Meeham, and Nathan Sullivan,<br><br>　　　　　　　Defendants. | No. 2:20-cv-00509-RAJ<br><br>PLAINTIFF'S NOTICE OF INTENT TO FILE A SURREPLY REQUESTING THAT THE COURT STRIKE CERTAIN MATERIAL |

**LET IT BE KNOWN THAT** Plaintiff TST, by and through counsel of record, intends to file a surreply requesting that the court strike material contained in or attached to a reply brief. LCR 7(g). The surreply will urge the Court to strike the reply's supporting declaration and all reference to it in the reply, as well as all new arguments raised for the first time in reply.

Respectfully submitted this 14th day of June, 2022.

　　　　　　　　　　　　　　　　　LYBECK PEDREIRA & JUSTUS, PLLC

　　　　　　　　　　　　　　　　　By: */s/ Benjamin Justus*
　　　　　　　　　　　　　　　　　Benjamin Justus (#38855)
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　Chase Bank Building
　　　　　　　　　　　　　　　　　7900 SE 28th St., Fifth Floor
　　　　　　　　　　　　　　　　　Mercer Island, WA 98040
　　　　　　　　　　　　　　　　　206.687.7805 /phone  206.230.7791 /fax
　　　　　　　　　　　　　　　　　ben@lpjustus.com / email Justus

Notice of intent to file a surreply requesting the Court strike certain material - 1

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791

And: */s/ Matthew A. Kezhaya*
Matthew A. Kezhaya (AR#2014161), admitted *pro hac vice*
Attorney for Plaintiff
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
479.431.6112 /ph 479.282.2892 /fax
matt@kezhaya.law / email Kezhaya

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document using the Court's CM/ECF system, which will send notification to all attorneys of record. Signed in Hot Springs, Arkansas on June 14, 2022. /s/ Matthew A. Kezhaya

Notice of intent to file a surreply requesting the Court strike certain material - 2

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA 98040
206-230-4255   Fax 206-230-7791