# Dixieland of the Proletariat Podcast
## EP: 66 "Hail Satan" w/Queer Satanic Heretics
Feb 15, 2022

**https://podcasts.apple.com/ec/podcast/ep-66-hail-satan-w-queer-satanic-heretics/id1489833003?i=1000551217718**

**https://music.amazon.com/podcasts/8e50a952-c23e-4235-a610-fbced971ab73/episodes/455b1e39-e6b6-46f0-8f61-c5e783ef5b2e/dixieland-of-the-proletariat-ep-66-hail-satan-w-queer-satanic-heretics**

**https://www.audible.com/pd/EP-66-Hail-Satan-w-Queer-Satanic-Heretics-Podcast/B09Q1Y8RC5**

**https://www.youtube.com/watch?v=2ICan6us6Os**

**https://player.fm/series/dixieland-of-the-proletariat/ep-66-hail-satan-wqueer-satanic-heretics**

**https://dixieprole.libsyn.com/ep-66-hail-satan-wqueer-satanic-heretics**

**https://www.iheart.com/podcast/269-dixieland-of-the-proletari-84537681/episode/ep-66-hail-satan-wqueer-satanic-92970671**

**https://www.deezer.com/en/show/3114412**

**SPEAKERS**
Podcast: Unknown, Radio(?) Presenter, Mark,Tyler, Nelson, Tommy
Johnson Defendants: David Johnson, Nathan.

# Sections discussing TST

David Johnson (00:07:19):
Uh, I mean, to be clear, we are not an organization in any way whatsoever. Um, we are four

David Johnson (00:07:27):
people that are being sued by the Satanic temple and federal court for coming up on

David Johnson (00:07:32):
two years now, I guess. Um, so most of what we do is just, uh, uh, post on the internet on,

David Johnson  (00:07:40):
on the Facey space and the, the Twitter and Tumblr and Reddit and all of those places. And yeah,

David Johnson  (00:07:47):

we post a lot of, uh, satanic memes and, and queer memes and a lot of other people's memes.

David Johnson  (00:07:52):

because people like that. Um, and then occasionally tell people about what the satanic temple is.

David Johnson  (00:07:58):

really doing, not just to us, but in general.

---

David Johnson (00:20:18):

Yeah. I mean, we, we originally, um, were in, um, uh, a local chapter of the satanic temple

David Johnson  (00:20:26):

Um, so, uh, I think, uh, Nathan, you were one of the founding members, is that right? Yes.

Nathan (00:20:32):

Uh, yeah, I helped, I helped found the, uh, the satanic temple, uh, the Washington the, well,

Nathan (00:20:37):

the Seattle chapter back then, uh, in 2 20 14 I guess. And so I'd been there for a while and

Nathan  (00:20:43):

a lot of like, what I did was actually like recruiting people. Like, you know, it, it sounds worse

Nathan  (00:20:50):

in hindsight than it was, but like, he'll like, like a lot of people coming in and being like, like,

Nathan  (00:20:58):

you know, I just moved to Seattle or I am tired of the atheist organizations. I want to do

Nathan  (00:21:03):

something like meaningful to fight against religious tyranny or like, you know, or, uh, someone

Nathan  (00:21:09):

who's like, who just moved here. They're like, I want like a community that kind of thing. Like

Nathan  (00:21:13):

people coming in, because they have like very like, like wholesome ideas of what, like a,

Nathan ([00:21:18](#)):

what religion and religious community can be. And so they come to TST and I kind of like am

Nathan  ([00:21:25](#)):

the one doing the elevator pitch and kind of, sort of like screening them and seeing if they kind

Nathan  ([00:21:30](#)):

of get along with us. Um, and you

David Johnson ([00:21:33](#)):

No, I, Nathan actually did the interview for me and I didn't feel pitched to, it was more like, Hey,

David Johnson  ([00:21:38](#)):

uh, do you want, do you want to sacrifice goats? Because if so, you don't want to be here. Um,

David Johnson  ([00:21:44](#)):

it's like, that was the screening process. Cuz there were occasionally people that come around.

David Johnson  ([00:21:47](#)):

It's like, yeah man, let's do some magic, let's kill some animals. And it's just like, yeah. Okay. We'll,

David Johnson ([00:21:51](#)):

we'll get back to you. Maybe I, I actually don't know how you dealt with those people, Nathan, but um,

Nathan ([00:21:55](#)):

Uh, I, I have this big black trench coat and I just kind of like open up one side and they're like, Hey kid,

Nathan ([00:22:00](#)):

you wanna buy a goat? And

David Johnson ([00:22:02](#)):

<laugh> nice.

Nathan ([00:22:07](#)):

Have I got a spot for you?

David Johnson ([00:22:09](#)):

Yeah. So, so Nathan was one of the founding members at the, the Seattle chapter. Um, and then one

David Johnson ([00:22:14](#)):

of the other people being sued, um, came along a few years later for a different, um, not quite official

David Johnson([00:22:20](#)):

group that was based, um, in the south sound. So south of Seattle, um, Olympia Tacoma area. Um,

David Johnson ([00:22:27](#)):

and eventually that got like absorbed into Seattle and became like a Washington state thing. So, uh,

David Johnson ([00:22:33](#)):

that member Nathan myself and the last person being sued, um, we were part of the group and we

David Johnson ([00:22:41](#)):

did a lot of the work for it. Um, so it's a volunteer organization. You require volunteers to do stuff. Um,

David Johnson ([00:22:48](#)):

we were pretty good at doing stuff like social media and calendaring and all that. Um, and um, all that

David Johnson ([00:22:58](#)):

this was supposed to be was a memes page called evergreen memes for satanic Fiends.

David Johnson ([00:23:07](#)):

And I don't know if y'all are familiar with memes page. Facebook. Yeah. So there used to be a bunch

David Johnson([00:23:13](#)):

like that. There's not as many, but that's all it was. And it's just, you post funny memes about how in it,

David Johnson([00:23:18](#)):

in it wild that God says no butt sex, but there's, uh, there's prostate and you know, like that's the kind

David Johnson([00:23:24](#)):

of like level of humor that you do stuff to, but then you can also use memes like radicalized people like that.

David Johnson ([00:23:30](#)):

You can, you can say things with humor that are, um, more appropriate than if you said them as a paragraph.

David Johnson ([00:23:37](#)):

Um, but in March of 2020, um, a bunch of us got kicked out of the Washington state chapter. Um,

David Johnson ([00:23:48](#)):

and that was like right as the pandemic was hitting, um, the original issue is kind of complicated. Um,

David Johnson ([00:23:56](#)):

but it involves about half a dozen people.

David Johnson (00:23:59):

So not just the ones that are being sued, but extra folks, um, who were witness to a complaint that was

David Johnson (00:24:07):

made like officially against the chapter leadership over their handling of, uh, sexual harassment in the

David Johnson (00:24:13):

past. And then also just like their own abuses. Um, and so, uh, you go through the official channels

David Johnson(00:24:19):

because they have control of the official channels they can just ignore it. Um, and what happened was

David Johnson (00:24:24):

that people that were CC'd on that email and just people that were dating people that were

David Johnson (00:24:27):

CC'D on that email got kicked out for no, no notice, no (inaudible). Um, and I think this is, this is

David Johnson (00:24:36):

pretty shameful stuff. And the leadership then went to the remaining leadership or to the remaining

David Johnson (00:24:43):

membership and told them about what had happened, but just like lied about it because there

David Johnson (00:24:47):

was nobody there that could contradict them, they thought.

David Johnson (00:24:50):

Um, and so that happens. And about a week later, um, I was still admin of the local chapter page.

David Johnson(00:24:59):

So I used the admin rights to talk about this and basically talk about what had actually

David Johnson(00:25:05):

happened and also criticize the national leaders. So posting some, uh, news articles, some

David Johnson (00:25:10):

past statements from the owners, like, um, standing up for literal neo-Nazi Augustus. So Invictus,

David Johnson(00:25:18):

um, doing just like the things that they had done over the years and other people who had

David Johnson (00:25:23):

criticized them had left. And after we did that, after I posted this stuff, um, the satanic temple,

David Johnson (00:25:31):
the national organization then claimed in court that it owned Facebook pages. Like not, not

David Johnson(00:25:38):
Facebook and not even page admins, just they own it. And for almost two years, they have sued

David Johnson (00:25:44):
us. Um, first on, uh, I guess, accusations of defamation and slander. So like they, they say

David Johnson (00:25:51):
they're a free speech organization, but not when it comes to factual criticism of them and things

David Johnson(00:25:56):
they've said and done. Um, and then just, uh, a whole bunch of spaghetti against the wall claims

David Johnson (00:26:03):
in terms of what they have accused us of where the first time they accused one thing, then it

David Johnson(00:26:09):
got dismissed. So they refiled and they came back with stuff that contradicted it. And the first

David Johnson (00:26:13):
one, and anyways, it's a slap, it's a strategic lawsuit against public participation. That's what

David Johnson (00:26:18):
the whole game is.

Nelson (00:26:20):
David, what, what are you, what are you getting at about that spaghetti against the wall

Nelson(00:26:23):
reference there? What a, what a, what, what you, what you getting at you getting at people

Nelson (00:26:27):
with a whoa. You see, I got, I got vowel. I got a vowel at the end of my last name. What's the,

Nelson (00:26:38):
what you talk about spaghetti against the wall. I feel you, man, that, that shit that, from what I've read,

Nelson(00:26:45):
that y'all have sent me and what I've read online, um, especially with the abortion, uh, access stuff,

Nelson ([00:26:51](#)):

reproductive healthcare, um, that, that is just wild that like it's coming again, coming from,

Nelson ([00:27:01](#)):

like, I just, I just took a class on judicial politics last semester and the graduate level and like

Nelson ([00:27:07](#)):

reading the articles that y'all have sent me and then reading the other news articles to, for,

Nelson ([00:27:13](#)):

for that organization to think that they had a snowballs chance in hell, um, somehow

Nelson([00:27:20](#)):

overturning red state, uh, abortion laws on freedom of religion as a satanic temple. I want

Nelson([00:27:28](#)):

to know who their drug dealer is because they're getting really good stuff.

David Johnson ([00:27:34](#)):

No, and that, that's, that's a pretty good question. Um, but I, at this point am not even sure

David Johnson  ([00:27:41](#)):

how interested the top leaders are in winning anything like to them. What is winning? Like they,

David Johnson ([00:27:49](#)):

for people who don't know, who's only like, uh, exposure to the satanic temple is that they

David Johnson  ([00:27:54](#)):

go and fight for religious rights and do great things in court. Most of them don't know the

David Johnson  ([00:27:59](#)):

satanic temple has one victory to date and that is getting Warner brothers and Netflix to

David Johnson  ([00:28:04](#)):

settle with them over a statue that they used in the Sabrina TV show. So the chilling

David Johnson  ([00:28:09](#)):

adventures of Sabrina TST sued them, said, that's a violation of our intellectual property.

David Johnson  ([00:28:14](#)):

We're a religion, but we own stuff. Um, and I guess to avoid a costlier lawsuit, they just,

David Johnson ([00:28:22](#)):

the Netflix settled. And so TST got a like favorable settlement, but as far as we can tell,

David Johnson ([00:28:29](#)):
and we didn't know this to start out with, but after nearly two years and, and a hyper fixation

David Johnson ([00:28:34](#)):
looking into this, the only victory is that one, everything else is a failure, but they keep

NDavid Johnson ([00:28:41](#)):
getting money. So like what happens is, um, they're very, very good at playing, um, media,

David Johnson ([00:28:49](#)):
uh, structures. So have y'all heard the, the term, uh, dog bites, man, man bites dog.

Nelson ([00:28:57](#)):
No, I haven't actually no.

David Johnson ([00:29:00](#)):
So like if there, if you hear a story about a dog biting a man that is not a new story.

David Johnson ([00:29:05](#)):
Cause that happens all the time. Dogs bites people. But if a man bites a dog, that's weird,

David Johnson ([00:29:11](#)):
therefore you write something about it. Like just the, um, supposed novelty of it is enough

David Johnson ([00:29:17](#)):
to get it to cover. So, so the satanic temple. What they say is, Hey, we're satanists, but

David Johnson ([00:29:22](#)):
we're the good guys. We're doing a good thing. And then what they do is just make a

David Johnson ([00:29:27](#)):
wild fucking claim. They proclaim something, they declare something. And then all of

David Johnson ([00:29:34](#)):
the news outlets that are kind of lazy and just want to cover something. Um, they just take

David Johnson ([00:29:41](#)):
it at face value. So the satanic temple declares that fetal tissue laws, like burying them,

David Johnson ([00:29:47](#)):
goes against their religion. They're gonna fight it. And local news covers it.

David Johnson (00:29:51):

And then all the right wing news goes Satanists are doing a thing. So it blows up and

David Johnson  (00:29:56):

everybody for a couple days shares it. All your liberal friends go. Yeah. It's uh, we're gonna,

David Johnson  (00:30:02):

we're gonna have religious freedom from the Satanists. Hail Satan. Fuck Yeah. Um,

David Johnson  (00:30:05):

but then like nothing happens because they can't actually do anything, but it doesn't

David Johnson  (00:30:10):

matter cuz for like a week, it's all the news. It's all on social media. People see it, they

David Johnson  (00:30:16):

donate to it cause they wanna piss off their racist uncle or whatever and never matters

David Johnson  (00:30:20):

the Satanic temple doesn't accomplish anything. So all of these other lawsuits don't

David Johnson  (00:30:25):

really have to be successful as long as they get attention. Cuz by the time they fail,

David Johnson (00:30:30):

nobody's paying attention anymore and their members seem for the most part, not to care.

Nelson (00:30:36):

They did, they get that statue or whatever that they wanted up. It was in the Midwest somewhere. They wanted a, a statue put up in front of the courthouse or something.

David Johnson (00:30:45):

Uh, so how that started was that in the end of 2013, um, Oklahoma was putting up a 10

David Johnson  (00:30:53):

commandments statue and they announced they were gonna have a Baphomet statue.

David Johnson  (00:30:58):

So the, uh, goat headed, uh, Hermaphrodidic person like that, the sabbatic goat. Yeah. Yeah.

David Johnson (00:31:04):

The, you did the hand signal,

Nelson ([00:31:07](#)):

The 10 commandments, right?

David Johnson ([00:31:08](#)):

Yeah. And so, uh, this, this Satanic temple said, we're gonna put our statue up next then

David Johnson  ([00:31:14](#)):

for religious pluralism and that never happened. Um, the first thing was that some dude,

David Johnson ([00:31:20](#)):

uh, who was not mentally well, uh, did a kind of rad thing cuz he drove his car into the,

David Johnson  ([00:31:24](#)):

the ten commandments and knocked it over. But then what, what actually stopped it was

David Johnson  ([00:31:29](#)):

that a Baptist pastor named, I think Dr. Bruce Prescot sued Oklahoma represented by the

David Johnson ([00:31:36](#)):

ACLU and the ACLU won that case. So the Satanic Temple did nothing. They, they were barely

David Johnson ([00:31:42](#)):

a footnote in that decision and they had no influence in the case really. But TST then like says,

David Johnson ([00:31:48](#)):

Hey, we did it. We did it guys. Um, and they did a similar thing in an ongoing case in Arkansas,

David Johnson  ([00:31:55](#)):

but actually that statue that was crowdfunded now sits in Salem, Massachusetts in their

David Johnson  ([00:32:00](#)):

headquarters. And they charge people tickets to come see it. So they got it paid for, and

David Johnson  ([00:32:05](#)):

now they charge people to come sit on it and take like Instagram photos.

Nathan ([00:32:30](#)):

It's possible because you know, this is kind of like a the big, like Baphomet statue that

Nathan ([00:32:35](#)):

most people are familiar with these days because of the selfies that they can take at the

Nathan ([00:32:38](#)):

headquarters. Um, but yeah,

David Johnson ([00:32:39](#)):

It was probably Detroit. Like they unveiled it in Detroit back in 20 or so. Yeah. Um, and

David Johnson([00:32:48](#)):

that guy like cut himself. So it's, it's very funny. ==Um, but the statue didn't end up going on==

==David Johnson ([00:32:52](#)):==

==any public grounds, it's on a private for-profits, um, companies grounds, which==

Tyler ([00:32:57](#)):

Worked out better for them in the long run.

David Johnson ([00:32:59](#)):

Sure does. Sure does

---

==David Johnson([01:00:24](#)):==

==Um, and the Satanic temple is, is I'm still not entirely sure what it is.== I'll say that, but I know that the

David Johnson([01:00:34](#)):

first like public existence of it is March, 2012. Cause that's when they registered the websites.

David Johnson ([01:00:40](#)):

Um, and it doesn't appear like out in the public beyond that until January, 2013. And when they

David Johnson ([01:00:49](#)):

do that, ==they're trying to, uh, convince people in Tallahassee, Florida, that they are a theistic==

==David Johnson([01:00:55](#)):==

==Satanist group. That is, they are people who worship a literal Satan. Um, and they...==

Tyler ([01:01:01](#)):

Like Luciferian or, um,

David Johnson ([01:01:03](#)):

Yeah, I mean Lucifer, like its whole other thing,

Nathan ([01:01:06](#)):

that's its own bag of cats. Yeah. We know a couple of Luciferians as well. And they also

Nathan ([01:01:10](#)):

don't worship a literal Satan <laugh> they're actually.

David Johnson ([01:01:13](#)):

Yeah. And there, there are, there are people who worship a literal Satan exist who exist.

David Johnson([01:01:19](#)):

There are actual Satanists. Some of them are Nazis. Some of them are cool dudes.

David Johnson ([01:01:23](#)):

You it's the it's the like fascist part. That's always the problem, not the Satanist part,

David Johnson([01:01:28](#)):
but the original version of the satanic temple was them pretending to be a theistic satanist

David Johnson ([01:01:35](#)):
group. Um, and it seems to have been, uh, supposed to be a prank documentary.

David Johnson ([01:01:42](#)):
So it starts out and the two owners of the satanic temple are Cevin Soling and Doug Misicko.

David Johnson ([01:01:50](#)):
So Doug Miscko, you've probably heard, uh, his stage name let's call it that Lucian Greaves.

David Johnson([01:01:58](#)):
So we'll keep calling him Lucian Greavess just for the sake of clarity, but he is also in

David Johnson ([01:02:02](#)):
the past gone by pseudonyms, like Doug, Mesner a couple of other like sock puppets, but

David Johnson ([01:02:07](#)):
most of the time in public

Tyler ([01:02:09](#)):
Wait, let's go back to the Doug Mesner.

David Johnson ([01:02:12](#)):
Mesner yeah, yeah.

Tyler ([01:02:14](#)):
It sounds a lot like, uh, the, fucking the, the white supremacist Kurt Metzker wasn't it?

David Johnson (01:02:22):

Uh, Tom Metzker

Tyler (01:02:23):

Tom Metzker. Yeah.

Nathan (01:02:24):

Funny. You should mention him <laugh>.

David Johnson (01:02:25):

That That will come up. Believe it or not. Um, I, I think that's coincidental. Like I, as far as I know,

David Johnson (01:02:31):

it's not a reference to him, like it could be, but I haven't found any evidence that it is. Um, I,

David Johnson(01:02:37):

a lot of other stuff is references like Lucian Greaves seems to be a reference to a

David Johnson(01:02:43):

discredited psychologist named George B Greaves. I think so our guy, Doug Misicko likes

David Johnson (01:02:50):

to like name things to needle people that seems to one of them. Um, the, so the the, the other

David Johnson (01:02:57):

guy, Cevin Soling, um, he has like his own Wikipedia page and stuff, but everything he does

David Johnson (01:03:02):

under, um, the satanic temple. He does as Malcolm Jarry, which is just a invented name.

David Johnson (01:03:07):

Like there is no Malcolm, Jarry. It is just Cevin Soling when he doesn't want to like

David Johnson (01:03:13):

associate himself with this company that he owns. But back in the day he owned a

David Johnson (01:03:19):

company called spectacle films incorporated. And he a different guy named David Guyon and

David Johnson (01:03:25):

Doug Misicko set out together to do this prank documentary and they wanted to fool

David Johnson (01:03:31):

==people== and it started off kind of bad. Um, has anybody here actually seen hail Satan, the,

David Johnson (01:03:37):

the penny lane film?

Tyler (01:03:40):

No, but I'll probably watch it now.

Nelson (01:03:42):

Yeah. Tom, Tommy, have you seen it? It sounds like a Tommy movie. Definitely not of Tommy movie eight 20, no,

Tyler (01:03:47):

Tommy's only watched 8 24.

Nelson (01:03:48):

Yeah. Did 8 24 produce it if 8 24 didn't produce the Tommy didn't watch it. Yeah.

David Johnson (01:03:52):

Yeah. At penny lane. Um, and this scene shows up there because TST filmed it themselves.

==David Johnson (01:03:59):==
==So there wasn't actually a satanic temple yet. They just invented it for this stunt. Um,==

==David Johnson(01:04:07):==
==and it bombed cuz they got caught. Um advertising they needed extras in their film.==

==David Johnson (01:04:13):==
==So before it really got off the ground, they, they had a website, uh, where they kept changing.==

==David Johnson (01:04:18):==
==Like when they were founded, I think first it was 2006 and they updated like 2009, 2012. Um,==

==David Johnson (01:04:23):==
==so it's like changing all the time and it just, it bombs like they get recognized as just being.==

==David Johnson (01:04:30):==
==a stunt where it's just using actors and stuff and they kind of like close up shop and retool.==

David Johnson (01:04:36):

They relaunch in June. Um, and that's when the Satan temple really like actually kind of starts

David Johnson (01:04:43):

making news and such again. Uh, and I has everybody here seen the, the Shane Bugbee might

David Johnson (01:04:52):
is rights podcast stuff.

David Johnson (01:04:56):
Okay. So, um, when they relaunch in 2013 in June, they bring back in, uh, a couple of people,

David Johnson (01:05:06):
but one of them is Lucien Greaves' old friend, Shane Bugbee who had been a member of

David Johnson (01:05:11):
the church of Satan. But at that time was kind like, uh, on bad terms with them. So he was

David Johnson (01:05:16):
fussing with the church of Satan and um, he was looking for a way to kinda get back at them

David Johnson (01:05:23):
and launching this like prank group was one way to do that. And he gave them some advice.

David Johnson (01:05:30):
He, uh, got them in, um, contact with like vice news and stuff. So he got like some press

David Johnson (01:05:35):
coverage. Um, and that's really like helped TST to get rolling and like be accepted as a legitimate

David Johnson (01:05:42):
organization. And everybody kind of forgot about the theistic thing and prank before. And they

David Johnson (01:05:45):
just like treated them as just like an actual organization with actual members. Even though

David Johnson (01:05:49):
at that point they still didn't have them.

Nathan  (01:05:53):
That's kind of a running theme where yeah, Ts TST is basically whatever it is that they say they

Nathan(01:05:58):
are at the moment basically. And everything before that kind of just gets memory holed.

David Johnson (01:06:03):
<laugh>. Yep.

Nathan ([01:08:07](#)):

but like TST does too by it, like as evidenced by its like theory of change of, you know,

Nathan ([01:08:12](#)):

trying to go through like the system or like, like respectable, uh, avenues of change. Like there's

Nathan ([01:08:21](#)):

not really a whole lot like local, like local chapters, local, like TST members and stuff are.

Nathan ([01:08:27](#)):

usually pretty cool. They might do like charity drives and like small time fundraisers and stuff,

Nathan ([01:08:31](#)):

but like up at the national level, a lot of that stuff only really functions as like advertising or

Nathan ([01:08:37](#)):

fundraising for that organization. Um, I don't remember the last time they've ever pointed

Nathan ([01:08:43](#)):

to like say like an abortion fund. Like they talk a big game about, Hey, we wanna protect

Nathan ([01:08:47](#)):

abortion rights. We're going to raise money for our, you know, our reproductive rights

Nathan ([01:08:52](#)):

campaign.

Nathan ([01:08:54](#)):

But uh, don't ask us what happens to it or where it goes. Um, and you know, like, like we

Nathan ([01:09:02](#)):

mentioned before, like a lot of the like abortion funds and uh, the clinic workers and stuff

Nathan ([01:09:07](#)):

that we've talked to, like they don't have anything good to say about TST. Yeah. They

Nathan ([01:09:11](#)):

don't see, like they don't get help from the national organization. They are like they,

Nathan ([01:09:17](#)):

and they, like, they talk to each other and warn each other, Hey, don't let yourself get

Nathan (01:09:20):

accidentally roped into one of TSTs publicity stunts, because that is the extent to

Nathan (01:09:25):

which TST is interested in us. Like they'll, they'll counter protest outside of a planned

Nathan (01:09:30):

parenthood, but you know, when like, will, you know, will they, you know, will they,

Nathan (01:09:35):

you know, train to be escorts or, you know, will they, you know, will they, will they

Nathan(01:09:40):

signal boost us afterwards?

Nathan (01:09:42):

Like, no, they won't they'll, you know, after like Texas SB8 comes out, you know, uh,

Nathan (01:09:49):

there is, you know, TST raises what two, $300,000, like, but we don't know where that

Nathan (01:09:57):

goes. Um, like there's, you know, the satanic temple is multiple. Uh, it is, you know,

Nathan (01:10:04):

it's the non-profit religious organization, the satanic temple, Inc. But it is also at

Nathan(01:10:10):

least one other for-profit, uh, corporation, the United Federation of churches, um,

Nathan (01:10:18):

that claims to do business as the satanic temple. And you know, this is a for-profit

Nathan (01:10:22):

and a non-profit pretending to be each other basically. And as they're owned by

Nathan (01:10:28):

the same people, they are at the same location physically like the same address

Nathan (01:10:34):

and who knows how much money is being shuffled between them.

David Johnson (01:10:37):
Yeah. I, they share the same website. Um, if you go to thesatanictemple.com.

David Johnson (01:10:40):
Sometimes when you buy a t-shirt, it goes to the, for profit United Federation of

David Johnson(01:10:44):
churches, LLC. And that general fund is just something that, uh, that Lucien Greaves

David Johnson (01:10:50):
and Cevin Soling can dip into as needed. They have said at least, uh, Lucien Greaves

David Johnson (01:10:54):
has said, and court deposition that. Yeah. I mean, just like when he needs help, like

David Johnson (01:10:57):
covering rent, or just like with expenses, you know, he doesn't have salary, he just

David Johnson (01:11:01):
reaches into the general fund.

Nathan (01:11:02):
He dips into it and stays afloat and

David Johnson (01:11:06):
And Stays afloat and stays afloat

Nathan (01:11:06):
By his own words. And I'm like, wow, I hope the IRS is watching this because this

Nathan (01:11:11):
is specifically

Nelson (01:11:13):
That, that's a huge thing with, uh, anyone that has like nonprofit work and like partners

Nelson (01:11:19):
it with a for-profit thing. That is a, that is a massive thing. The Irs goes after.

David Johnson (01:11:23):
So it gets, it gets worse because thesatanictemple.com when you buy a t-shirt,

David Johnson (01:11:27):

when you buy a, a, a membership certificate that goes to their, for profit. But if you

David Johnson (01:11:33):
give a donation to some of the website, it says, this is a tax deductible, 5 0 1 C

David Johnson (01:11:38):
three, because that is going to The Satanic Temple temple incorporated. The

David Johnson (01:11:42):
Satanic temple incorporated is a nonprofit church. But, and I know this, this gets

David Johnson (01:11:48):
like convoluted, and I think it's intentional. They registered that with the IRS as the

David Johnson (01:11:54):
satanic temple full stop. So a lot of places like Amazon, um, they're like, uh, Amazon

David Johnson (01:12:00):
smiles or charity navigator. It just says the satanic temple, which is the exact same

David Johnson (01:12:05):
thing as the United Federation of churches is doing business as so is if, unless you

David Johnson (01:12:10):
are someone who has devoted many more months than I would've cared to, to this,

David Johnson(01:12:14):
it's very tough to see like where money is going, which organization is doing what, um,

David Johnson (01:12:20):
and they now say as, as Nathan was alluding to, um, officially, they are a constellation

David Johnson (01:12:25):
of affiliate entities. Cause there's also other non-profits and other for-profits that we

David Johnson (01:12:29):
haven't talked about here, but that would just be too complicated. And we know they're

David Johnson (01:12:33):
sharing money back and forth. We just dunno how much, because that part's not public.

Nathan (01:12:38):
There are religion made of corporation, like literally like literally three corporations in a

Nathan (01:12:42):

trench coat, but like more than three of them.

---

Nathan (01:16:06):

Um, and honestly like run the fuck away from TST. Like, like stay like it is it's it's like I have.

Nathan (01:16:17):

this like a whole fucking rant prepared, but like, I, I, I just, it cannot be overstated like how

Nathan(01:16:25):

disposable that people in TST are to the larger organization

Tyler (01:16:30):

Go the fuck off king,

Nelson (01:16:32):

Do it. Hail Nathan.

Nathan (01:16:35):

So Let me, let me, let me just read this because it's, it's the re it's the response I had to

Nathan (01:16:40):

the, your, the Nelson's question, you know, what's the deal with the satanic temple.

Nathan(01:16:44):

What can you tell? You know, the temple has like a whole ass business model that revolves

Nathan(01:16:49):

around making these simple, punchy statements about their plans with as little detail,

Nathan (01:16:53):

little as follow up as possible. It's like that scene in the office where Michael Scott goes

Nathan (01:16:57):

into a room and says, I declare bankruptcy and thinks that that's the equivalent of actually

Nathan (01:17:03):

declaring bankruptcy only there's like a lot more lying about things. You know, you can

Nathan (01:17:07):

verify in the public abor, uh, public record, those abortion exemptions, they claim to have

Nathan (01:17:12):

don't actually exist, but they were willing to, you know, they were willing to like raise a lot

Nathan (01:17:18):

of money on the idea that they are, uh, because people really wanna believe that there's

Nathan (01:17:23):

a tidy way of beating the Christian right at their own game.

Nathan (01:17:27):

The other side of that coin is, you know, for that sort of marketing ploy to stay effective,

Nathan (01:17:32):

they stay pretty tight lipped around the, like the rest of the time around most of the rest

Nathan (01:17:37):

of the issues. But the thing is, you've got this whole culture of silence, which cannot handle

Nathan (01:17:41):

criticism of TST. Like they don't understand what defamation or slander is except stuff

Nathan (01:17:47):

that we don't like, stuff that is, you know, inconvenient for us to have to admit about our

Nathan (01:17:52):

own, uh, about their own history or the way that they run things basically. Um, and

Nathan (01:17:59):

especially from people who used to be inside the temple like us or about from other people.

David Johnson (01:18:04):

Um, and was that Jehovah's witnesses thing about like you shunned people

Nathan (01:18:07):

Yeah. Yeah. So yeah, I wanted, yeah, I wanted to compare, like we were talking way back in,

Nathan (01:18:12):

uh, way back at the beginning about the way that, um, the, the member, the, about all the

Nathan (01:18:18):

members that were kicked out of, uh, TST Washington, just for being witnesses to an ethics

Nathan (01:18:23):

complaint. And it's like, compare this to the way that Jehovah's witnesses, shun, uh,

Nathan (01:18:27):

their members for the perception of being, doing something wrong here, you have people

Nathan (01:18:32):

being shunned just for being in the area of someone else doing something wrong.

David Johnson (01:18:39):

Um, we're not saying they're cult. We're not saying they're a cult, but it's not a healthy

David Johnson (01:18:44):

organization thing.

Tyler (01:18:45):

I'll say it they're a cult.

Nathan (01:18:46):

All right. Your words, not ours. <laugh> so you.

Nelson (01:18:51):

I'm gonna point, I'm gonna point the lawsuits at Tyler <laugh>

Tyler (01:18:55):

No, no, that's not my name, my name, my name's Jason.

Nathan (01:19:00):

So you, you have, so you have the slap suit, but like I also, we were, we were featured

Nathan (01:19:05):

in a Newsweek article a couple of months ago, and I want to like demonstrate what

Nathan (01:19:09):

this, like culture of silence looks like in practice. Uh, according to another ex member

Nathan (01:19:14):

in Florida. Um, so, uh, "Salone Demur a, uh, pseudonym for a former member based in

Nathan (01:19:21):

Pensacola, Florida said she got sidelined after asking Greaves, why he was going to

Nathan (01:19:25):

Sue Twitter. Like it was a personal vendetta, but then using TST money to do so. Once

Nathan (01:19:29):

Salone became known as a dissenter, she said, members of TSTs national council

Nathan (01:19:33):

threatened to out her to the Marine Corps, her employer, despite the corps already being

Nathan (01:19:37):

aware of her religious activities. She tells, uh, Newsweek in an email after leaving, it was

Nathan (01:19:41):

basically Scientology light. People were told not to talk to us.

Nathan (01:19:44):

Members were trying to break up my relationship with my boyfriend. Several people were

Nathan (01:19:48):

legally threatened. I know quite a few people who have refused to speak out at all

Nathan (01:19:51):

before because they fear legal action. A few of us have been in mental health treatment

Nathan (01:19:55):

since." I wanna say, like this isn't unique at all. Like since getting kicked out of TST, we

Nathan (01:20:01):

have been able to catch up and meet like ex members of TST all over the country. Like

Nathan (01:20:06):

people come in thinking that they found a way to make religion a force for good again,

Nathan (01:20:10):

but they wind up being treated as disposable. The same way that we are in the rest of.

Nathan(01:20:14):

apitalist society. Like here in Seattle, I can think of at least three other people who've had

Nathan (01:20:19):

to work through their experiences in therapy. I've had, I'm gonna do that too. As soon as

Nathan (01:20:23):

this lawsuit comes out and I've got some disposable income, again, some of us have to

Nathan ([01:20:26](#)):
deal with suicidal thoughts.

Nathan ([01:20:28](#)):
We've talked to ex members around the country from California, Texas, New York. This

Nathan ([01:20:33](#)):
keeps repeating, this is how the sausage is made. This is like, this is what happens to make.

Nathan ([01:20:40](#)):
Uh, this is, this is what goes into making TSTs public statements, more effective basically.

Nathan ([01:20:47](#)):
And this culture of silence you like is built into their code of conduct as well. And there's

Nathan ([01:20:52](#)):
like a like, like apologists are gonna be like, well, this is just normal way of doing stuff.

Nathan ([01:20:57](#)):
But like, there's a clause about how members are banned from talking about their experiences

Nathan ([01:21:01](#)):
as TST members publicly, unless they're explicitly authorized there's

David Johnson ([01:21:05](#)):
They can't do an AMA. They cannot do a Reddit AMA without being kicked out. Uh, they

David Johnson ([01:21:09](#)):
also can't associate with, um, competitor organizations. Competitor organizations that is

David Johnson ([01:21:15](#)):
very loosely defined.

Tyler ([01:21:16](#)):
Yeah. What would be a competitor organization.

David Johnson ([01:21:18](#)):
No religion

Nelson ([01:21:20](#)):
Be Catholic. The Catholic church.

David Johnson (01:21:22):

Well, they accused us of forming the satanic temple two electric Bogaloo, like that is

David Johnson (01:21:28):

in legal court fuckingdocuments brother. Yeah.

Nathan (01:21:34):

And it's like, how do you, how do you listen to this? And think like, this is a normal thing

Nathan (01:21:37):

for a religion to be concerned about. Like,

David Johnson (01:21:40):

And you find out about it and they say, oh, well, you fucked around. You found out like,

David Johnson (01:21:43):

yeah, this is America. If you piss off rich people, they can ruin your life. Um, as, as Nathan,

David Johnson (01:21:50):

uh, I, I think like, compared it to, um, that saying, um, you might be able to beat the charge,

David Johnson (01:21:57):

uh, but you can't beat the, you can beat the, you can beat the rap, but you can't beat the ride.

David Johnson (01:22:01):

Right. Even if we win this, like it's cost $80,000 so far.

David Johnson (01:22:31):

And, uh, you know, like Nathan was saying, this is not particular to us, what the Satanic

David Johnson(01:22:36):

temple has done to us. They have threatened to do to other people. Like we found out

David Johnson (01:22:40):

that they like sent legal letters to people for violating non-disparagement agreements

David Johnson (01:22:45):

against the fucking religion that stands up for literal fucking Nazis on free speech grounds,

David Johnson (01:22:50):
right? So they are not nice people. They're not great people. And to be honest, at this

David Johnson (01:22:56):
point, having to take out a $10,000 loan just to keep paying lawyers, had I known what

David Johnson (01:23:01):
I know now, maybe I wouldn't have actually like done the standup thing, but the truth

David Johnson(01:23:06):
of the matter is that if they weren't coming after us, they'd be coming out after somebody

David Johnson (01:23:10):
else. So anything y'all can do to help us keep fighting this and take at the end, we would really,

David Johnson (01:23:16):
really appreciate

---

David Johnson (01:23:52):
We didn't even get to one of the owners trying to start a cargo cult. We didn't even get to the,

David Johnson (01:23:57):
the eugenic stuff and, and like forceful sterilization. We didn't get to interviewing Tom Metzger.

David Johnson(01:24:04):
Right. So you brought that up, Tom Metzger. Yeah. Lucien Greaves interviewed Tom Metzger

David Johnson (01:24:09):
and tried to convince him that the best way to achieve population control was sterilizing people

David Johnson (01:24:14):
based on IQ, rather the race.

Tyler (01:24:16):
Well see, like before we started this, like my entire view on Satanism was like, so anti semite,

Tyler (01:24:23):
that it sided itself with like fascist and neoNazis like, you got Boyd rice and then like,

David Johnson (01:24:32):
and Lucien Greaves

Tyler (01:24:32):
and Tom Metzger. Might as well be odinist,

David Johnson (01:24:35):
Uh, yeah. Yeah. And, and also back in 2018, um, a bunch of local organizations split away

David Johnson (01:24:42):
because Lucien Greaves' quote, and I believe I'm doing this for memory. Um, "it's just like the

David Johnson (01:24:49):
word antisemitic. Um, it's not always bad." So he was saying that the Nazis ruin the word

David Johnson (01:24:55):
antisemitic, but sometimes it's okay. And then he explains, uh, why that might be so, but the

David Johnson (01:25:01):
"it's just like" was eugenics. Our boy used to love eugenics, and we didn't even get to that,

David Johnson (01:25:06):
that that's with the Satanic temple, there is always more, and it is always worse. I guarantee it.

# Full Transcript
**(Only sections discussing TST cleaned)**

Speaker 1 (00:00:01):
Jesus Lord

Speaker 2 (00:00:03):
Protestors took the heavy rainfall as some sort of sign and even brought their own statue of an angel crushing the devil

Speaker 3 (00:00:10):
Part of me wishes that angel statue come to life and king Bette would rise. And two eternal juggernauts. Would you battle right here in the middle of the city, but for what is this battle raging you ask? I don't know what stands at the center to that. I say my soul is at the center, offered up to the ageless ones only to be torn in Twain.

Speaker 2 (00:00:27):

The unveiling here in Detroit is historic. The Satan statue has never, before been seen publicly. The satanic temple says the statue is a symbol for what they advocate the separation of church and

Speaker 3 (00:00:38):

State. It's like, you can't have one without the other, you know, like AMM equal parts, God. And the devil, a cloak of shame covers this man and only Supreme light will wash my body clean, but how could that light possibly reach me with the thick clouds of indecency that surround in my poor soul? So I carry my wrong doings on my back, like some kind of tormented hiker lost in the Hills of misfortune looking desperately for that peak to rescue him from the valley of depraved habitual selfing. But again, I find nothing except for sweaty devastated loneliness and a thousand judging eyes staring back at me from the cover of a stolen Victoria's secret catalog. I didn't take your Mayo, Mrs. Pemberton, stop asking me that. Leave me alone. It's pretty cool.

Speaker 1 (00:01:49):

Shut that.

Nelson (00:01:52):

All right. Y'all thank you for tuning in to Dixieland polar territ. We're gonna talk about Southern working class history and current events with left this perspective, make sure to like us on social media@dixielandpolarterritorfindallofourlinksatourlinktreeatlinktreeslash.pro that's D OT pro, where if you want to give you a wages, a bunch of rednecks, you'll find the link to our Patreon, where we have a bunch of cool stuff to give you, including CD stickers, a cookbook discord server, TWI stream, and exclusive episodes. We also have a Spotify playlist with some great artists to check out. This podcast is brought to you by contractual, monogamy therapy, vaping living at home. Ello Kay is a pushing white men in the swamps Tommys herbal clinic. Nelson's love life Tyler's wild stories. And the doc ward Satan shout out to a new patron subscribers. And our monthly surplus goes to groups that are run by and or help marginalized people directly as always I'm Nelson with

Speaker 1 (00:02:42):

Me. I am authorizing leave the force

Speaker 5 (00:02:46):

And I'm mark <laugh>

Nelson (00:02:52):

And our guests this evening are,

Speaker 1 (00:02:55):

Uh, David Johnson. Uh, Nathan,

Nathan (00:02:58):

Uh, he, him,

Nelson (00:03:01):

I just want everyone to know that's listening that, uh, Nathan doesn't have video on and his voice is particularly deep and he's literally everything I thought this was gonna be, I'm not gonna lie. So it's just, when I hear like this ominous deep voice and no face, it's literally what I had pictured in my head. Not even the human form, just it's a disembodied voice. So thank you, Nathan. I really appreciate it.

Nathan ([00:03:24](00:03:24)):

Glad to serve

Speaker 7 ([00:03:25](00:03:25)):

<laugh>

Nelson ([00:03:26](00:03:26)):

<laugh> all. Alright, Charles. How's everybody's day going. We haven't, uh, we've been recording a bit, but uh, this is our, this is our first, uh, zoom session again, back with everyone with a working microphone. Thank God Tyler. Um, but, uh, but yeah, how's everybody doing

Nathan ([00:03:44](00:03:44)):

Good all the time.

Nelson ([00:03:46](00:03:46)):

Yeah.

Tyler ([00:03:47](00:03:47)):

Tyler, how are you? Nelson? You look extra red today.

Nelson ([00:03:50](00:03:50)):

I am extra red because I'm extra. I'm extra the shade of Marin Aero sauce today. Cause uh, my package said it was delivered and it's not here. And then, uh, the fans proved once again that I hate them and why I hate them. What package? What,

Tyler ([00:04:06](00:04:06)):

What package were you getting? Pipe bombs of the us mail.

Nelson ([00:04:09](00:04:09)):

Well, first off you can calm down there. Which, which what the you say over the internet. Okay. Don't be a boomer. Alright. Don't be like there's Jan six, January six people that are like, oh, be careful what most on the internet. And then it is like running around. capital live streaming them committing multiple felonies.

Speaker 7 ([00:04:26](00:04:26)):

Yeah, don't be liket kakis brother. Okay. Don't be that guy.

Nelson ([00:04:29](00:04:29)):

Yeah. Yeah. Don't be, don't be, don't be the loser Kansky. Okay. Yeah. There you go. Mark. How are you doing today?

Speaker 7 (00:04:37):
Uh I'm right. I don't wanna work anymore.

Nelson (00:04:40):
I feel you. So you should get on. You should, you should get on the, uh, that, that Reddit sub that anti work subreddit

Speaker 7 (00:04:48):
<laugh>

Nelson (00:04:52):
I sort of got him. Any of us ever do get on Fox news. It should be Tyler. Yes. Or Tyler should be the one that gets interviewed by Fox Tyler,

Tyler (00:05:00):
Fox news. Do they, do they still do red eye?

Nelson (00:05:02):
Oh my God. Could you imagine?

Speaker 7 (00:05:08):
Oh man.

Nelson (00:05:10):
David. Nathan, how are y'all doing?

Nathan (00:05:13):
Oh, <affirmative>. Oh,

Nelson (00:05:14):
I feel you

Nathan (00:05:15):
<laugh>. That's a, that's a lot of questions.

Speaker 7 (00:05:19):
<laugh>

Nelson (00:05:21):
This is this. This is a safe place to, uh, to vent about how you really feel. So go ahead. Oh

Tyler ([00:05:28](#)):

Yeah. Don't wanna listen to this. So whatever you wanna say,

Nelson ([00:05:31](#)):

Actually we're not even a podcast anymore. We're basically just gonna start streaming. The podcast is now a side project. Pure

Tyler ([00:05:37](#)):

CIA entail

Speaker 7 ([00:05:38](#)):

<laugh>

Nathan ([00:05:44](#)):

Oh man, there, there is this fricking pink lemonade mountain Dew. And it is just coing through my veins right now. It is delicious. <laugh> okay. That's fair. Still waking up. But um, yeah, I don't. I answer. Sorry. We've we've never podcasted before. We're

David Johnson ([00:06:08](#)):

We've never really actually podcasted

Nelson ([00:06:11](#)):

This has been a dream from hell. Oh man. David, how you doing?

David Johnson ([00:06:19](#)):

Oh, getting better all the time. Thanks for asking. That's what I say. Every time anybody asks, because the real answer is just too long and too depressing all the time. And most people don't want to hear it, but we are on this podcast in part to vent about some of those things.

Nelson ([00:06:35](#)):

Hell yeah. I'm just glad there's another member of the bald brotherhood on here. So thank you very much. Yeah.

David Johnson ([00:06:41](#)):

I, I also don't have a podcast, but to look at me, you wouldn't know that platonic right here.

Nathan ([00:06:53](#)):

There is still time. Once all this is over,

Nelson ([00:06:56](#)):

This is still time. Oh man. All right. Y'all so, uh, let's just, let's just hop right into it. So, um, I guess the first question is, um, what is, what is, what is satanic and is it, is it memes? Is there an actual temp? Like how does, how do you guys, how do y'all present to the public, I guess as an organization?

David Johnson (00:07:19):

Uh, I mean, to be clear, we are not an organization in any way whatsoever. Um, we are fou

New Speaker (00:07:27):

people that are being sued by this Lieutenant temple and federal court for coming up on

New Speaker (00:07:32):

two years now, I guess. Um, so most of what we do is just, uh, uh, post on the internet on,

New Speaker (00:07:40):

on the Facey space and the, the Twitter and Tumblr and Reddit and all of those places. And yeah,

New Speaker (00:07:47):

we post a lot of, uh, satanic memes and, and queer memes and a lot of other people's memes.

New Speaker (00:07:52):

because people like that. Um, and then occasionally tell people about what the satanic temple is.

New Speaker (00:07:58):

really doing, not just to us, but in general.

New Speaker (00:08:02):

Um, but the, the, name satanic is sort of meant to, to describe, um, what we think Satanism should be. Right? So like, um, queerness and Satanism should both be a rejection of a kind of like binary thinking, right?

David Johnson (00:08:23):

Like a, this or that, um, where you're trying to get people into essentialist categories about who they are so that you can then like rank them in a hierarchy of like this person's over that person. Um, and queerness sort of attacks the idea that there is any hard boundary that you can define people as, um, you can't medicalize queerness, you can't, um, purify queerness, people are just and that's sort of how you look back at history. Um, and then for sadism, um, we don't believe in or worship literal devil, I'm sorry to disappoint anybody who, who was expecting that. We don't

Speaker 7 (00:09:02):
What,

David Johnson (00:09:03):
Yeah, I know

Tyler (00:09:04):
<laugh>. What about, what about the killing of chickens and goats? Does that happen?

David Johnson (00:09:08):

Uh, we certainly don't do that. I'm sure there are a lot of, of goats that are killed in like factory farms, but I don't think those Arean, I think they're just capitalists.

Tyler ([00:09:17](#)):
Do y'all at least listen to Slayer,

Speaker 7 ([00:09:19](#)):
Right. Uh,

David Johnson ([00:09:20](#)):
Nathan, do you

Nathan ([00:09:22](#)):
Slayer? No, uh, I, I, I like, uh, I like power metal more actually,

Speaker 7 ([00:09:27](#)):
So, oh, so like, like

Tyler ([00:09:29](#)):
Vis and swords and.

Nathan ([00:09:30](#)):
Yes. I, the blind party sometimes

Speaker 7 ([00:09:34](#)):
Iron maiden. Yeah, yeah. Yeah.

Nathan ([00:09:36](#)):
Iron maiden does amazing concerts. So like,

Speaker 7 ([00:09:40](#)):
If I'm going to hell, I'm just very upset that you guys aren't sacrificing white women for money. Like that really, really me off the

Nelson ([00:09:48](#)):
Only person here that actually, uh, murders animals as

Speaker 7 ([00:09:51](#)):
Tyler, allegedly, allegedly <laugh> in a video game,

Nelson ([00:09:57](#)):
A video game.

Tyler ([00:09:58](#)):

I was a farmer. Let's do context of, that's not something I like, not something I

Speaker 7 ([00:10:05](#)):

Tyler's

Nelson ([00:10:05](#)):

Used to handling severe big heads.

Nathan ([00:10:09](#)):

Um, if, if, uh, if, if I can, uh, sort of like expound on the yeah, yeah. Answer a little bit, um, you know, part of rejecting tyranny for us, you know, inflicting being inflicted. So, you know, confronting tyranny inflicted by having binaries imposed on us, you know, in, in practice means confronting tyranny in a materialist lens, like specific, like with specificity, like it's not just, you know, the church is bad because it wants you to believe in God and God isn't real. It also has to be, you know, there are things about your relationship with your boss, that your boss wants you to take on faith and at your expense. And here are ways you can fight back by, by say, talking with your coworkers and, you know, talking about your wages together and stuff like that. Yeah. It's not just yay. Abortion rights.

Nathan ([00:10:54](#)):

It's also, here are abortion funds that need your help. It's, you know, here are resources for inducing your own abortion at home, if it comes down to it. Um, it kind of like as like a way of, uh, as you know, we, we really like that the, the leftist mean, you know, be gay new crime because, you know, part of rejecting tyranny in a sense that matters means knowing how much the concept of crime is just, it's a social construct by people who have a vested interest in a certain kind of social order, you know, um, you know, the question isn't just what is to be done, but also what are you willing to do? Because, you know, as the catastrophes escalate, the ways of defending ourselves, we'll be more and, uh, increasingly criminalized as well. And, you know, a way of, you know, if you want, we wanna Satanism that really like interrogates, uh, these power dynamics and the one, like you have to be able to take these in these issues into account and how you're going to do it otherwise, you know, we're just gonna become a bunch of like the new atheists from the two thousands, just, you know, painted black.

Nelson ([00:12:02](#)):

Oh

David Johnson ([00:12:03](#)):

God. Yeah. Like y'all have you ever heard of the term, uh, cultural Christian or cultural Christianity before?

Speaker 7 ([00:12:09](#)):

Yes. Yes.

David Johnson ([00:12:10](#)):

Okay. So I remember reading a couple of times Richard Dawkins described himself as a cultural Christian. Um, so Richard Dawkins, the new atheist, the guy who's like, uh, sky, daddy, all this. Um, he

still says like, but I like Christmas carols. And he also really likes like the whole rest of the hierarchy that like Christianity developed for society. Um, and so he ends up being a Transo because he just like lopped off the worshiping God part, but everything else about the hierarchy, he kind of likes and continues to support. Yes. And, um,

Tyler ([00:12:46](00:12:46)):

That doesn't make any sense. That's like a doing all the bad and not expecting to go to paradise. Like <laugh>,

David Johnson ([00:12:56](00:12:56)):

It's

Tyler ([00:12:56](00:12:56)):

Like, I'm gonna be an my whole life and then just die.

David Johnson ([00:12:59](00:12:59)):

Yeah. Yeah. I mean, it's, it's easy cuz you don't have to change much. Like you feel like you just like radically rebelled against all society, but really you didn't change anything. Right. You just like, um, I think another one of their quotes is the difference between, uh, me an atheist and, and you a religious person they would say is, uh, I just go one God farther than you, but really they're just describing Christianity. So like they agree with somebody like Mike Pence about all gods except for one. And that's the last one and that's sort of the problem with new AISM in a nutshell, they haven't really changed anything. Um, they've kept everything about Christianity that is toxic and reactionary. They just got rid of the God part. Um, and we think that's bad and should not be a thing that is done.

Nelson ([00:13:42](00:13:42)):

I can't, uh, I, I can't speak for mark and Tyler, but Tommy and I remember that movement very well. The whole Sam Harris,

Speaker 7 ([00:13:48](00:13:48)):

The full horseman of, of atheism. Yeah.

Nelson ([00:13:52](00:13:52)):

What was it? It was Christopher Hitchen Sam Harris, Richard Dawkins. And who was the other one?

Speaker 7 ([00:13:57](00:13:57)):

Uh, Steven Fry, I think.

Nathan ([00:13:59](00:13:59)):

No, it was, it was Dennis something.

David Johnson ([00:14:02](00:14:02)):

Yeah.

Speaker 7 (00:14:03):

Okay. Yeah, yeah, yeah, yeah. But, um, Popp, but I know Sam Harris is a huge racist mm-hmm <affirmative> and um, and Richard Dawkins is, is a nut job now. Like he's, I don't know what happened to him. I used to live up to him. Like he, he used to be like one of my favorite speakers and he just turned to.

David Johnson (00:14:25):

And then like, like CRISPR, Hitchens. You're like, man, what a, what a cool guy. And it's like, Hey, how come he's like such a misogynist. And he also like loves war against brown people so much. Yeah. Um, cause like their justification for Islamophobia was just that, uh, we hate all religions mm-hmm <affirmative> but like that's not a really good frame for hating all religions. When one of them in your country has all the power and

Tyler (00:14:49):

bill Mar

David Johnson (00:14:50):

Yeah. That's the thing. They didn't have any examination of black power dynamics at all.

Nelson (00:14:56):

Yeah. My, my whole thing with them, like coming from political science aspect is that like, they always, always, always, especially during the Bush years, just constantly went after Islam in the middle east and the Muslim world. Like you had Christopher Hitchens, like trying to say that Saddam was on the same level, if not worse than Hitler. Yeah. And like, I know people forget like how much Christopher Hitchens really backed the invasion of Iraq, like wholeheartedly this like atheist neo-conservative mindset was just absolutely to me insane. And then like Sam Harris and one of his books called for like a preempt, a preemptive preemptive strike. Yeah, yeah, yeah. Nuclear strike on Mecca. It was like, what the

Nathan (00:15:31):

Yep. There's this, there's this really interesting, like email back and forth with, uh, between Sam Harris and this like, like security systems analyst where he is Harris is basically trying to argue in favor of like screening people at airports and mass just for like looking Muslim basically. And you can see the, like the security analyst, just getting more and more frustrated with him being like, this is not possible. Like on the standards you want to use at the scale, you want to use it like, like this is, you are just trying to like make your bigotry look like systematized and objective when it's it's, you know, it's just bigotry

Nelson (00:16:11):

That, that whole cultural Christianity thing, uh, makes perfect sense from like their aspect, cuz it really is like, I, I actually hadn't heard that term before, but it makes sense cuz it seems like they're just a few steps away from like the pro boys when it comes like, you know, they say like the west is the best. Like I'm never, when I always would listen or like read Sam Harris and, and Hitchens and them, they would always talk about like, they would always say this stuff like, like dog whistles at like Western civilization is, is the best, but they would like tongue in cheek, demonize Christianity, but they would always, always, always go after the middle east and the Muslim world. Yeah. And Islam more than Christianity.

And they really did uphold indirectly if not sometimes directly like the Juda Christian Western values without believing in God. Yeah.

David Johnson (00:17:00):

Yeah. And, and we would also, uh, push back on the idea of like Judeo Christian values being a coherent concept anyway, mm-hmm <affirmative> um, I y'all may have already had this conversation that we weren't a part of, but um, uh, mainly like that, that conception is like Christianity trying to take hold of Judaism more so than there being like a continuity between the way that like Judaism approaches religion and the way that I guess most of the dominant, conservative Christianity, strains approach, religion. Yeah. Um, you know, like, uh, I, I think I I've heard so many like really angry, uh, atheist and I understand that they are dealing with some stuff, but they are 14. They just learned the Bible is full of and they go on to Reddit and they just go, man, uh, all religious people just want you to read a book and, and you know, uh, listen to what some iron age goat hurter said and it's stupid.

David Johnson (00:17:54):

Um, but like that is how you were taught in your, I don't know, Southern Baptist church, whereas like in Judaism for the most part, it's a lot of arguing. Like I, I am not Jewish. Um, I, I have, uh, an ex-partner, um, who introduced me to just a lot of cool, um, Jewish culture and, you know, got to study some of the like just, um, not, not the Hebrew Bible, but the commentary on it. And just the extreme amount of arguing that went on and not taking things on faith, but you know, really interrogating stuff was, was to me inspiring. Cause I didn't know that religion could be like that. Yeah. Um, I didn't know that you could basically say we don't care what God says, cuz the tour is not in heaven, us on earth. It's for us people to decide like what this means. Cause we're the ones that have to live with it. And that was just like, wow, that seems really, um, inspiring in a certain way.

Speaker 7 (00:18:53):

And they're not, you know, evangelizing either they right. <laugh> they're not going down to Africa trying to grab up, trying to convert as many people as they can.

David Johnson (00:19:05):

Just the opposite saying like, no, you, you can't like I wanna convert to no you can't sorry. Like just like turning people away. That's that's a very different form of religiosity than we're used to. And you know, especially I'm from west Texas, um, it is just all, you know, Southern Baptist and Methodists and such out there and they're trying to convert everybody.

Speaker 7 (00:19:24):

Yeah, absolutely.

Tyler (00:19:26):

Yeah. I was first year. Andy's terrifying. I remember being a little kid and like if you question God, you're going to hell and I can't, I can't control my mind at that age. I'm like, what if God's not real? Oh. I'm going to hell.

David Johnson (00:19:38):

I'm going to hell forever.

Tyler ([00:19:40](00:19:40)):

Yeah. He heard that. Don't know. It's like I wouldn't have, I wouldn't have questioned God if you would've told me not to, like, if you would've brought that up, I've been gravy.

Nelson ([00:19:50](00:19:50)):

My dad's Mel Gibson Catholic. So I hear it all. It's it's he's insane. It's bad. It's he's gone off the deep end completely. Um, I guess my next question is, uh, specifically about satanic, like how did y'all form, like how did y'all come together? It sounds like, uh, I, I don't, I, I mean this like, because this is kind of how we happened, like a meme page, I got outta hand, but like how did y'all how did y'all come about? How did y'all meet each other, I guess?

David Johnson ([00:20:18](00:20:18)):

Yeah. I mean, we, we originally, um, were in, um, uh, a local chapter of the satanic temple

New Speaker ([00:20:26](00:20:26)):

Um, so, uh, I think, uh, Nathan, you were one of the founding members, is that right? Yes.

Nathan ([00:20:32](00:20:32)):

Uh, yeah, I helped, I helped found the, uh, the satanic temple, uh, the Washington, the, well,

New Speaker ([00:20:37](00:20:37)):

the Seattle chapter back then, uh, in 2 20 14 I guess. And so I'd been there for a while and

New Speaker ([00:20:43](00:20:43)):

a lot of like, what I did was actually like recruiting people. Like, you know, it, it sounds worse

New Speaker ([00:20:50](00:20:50)):

in hindsight than it was, but like, he'll like, like a lot of people coming in and being like, like,

New Speaker ([00:20:58](00:20:58)):

you know, I just moved to Seattle or I am tired of the atheist organizations. I want to do

New Speaker ([00:21:03](00:21:03)):

something like meaningful to fight against religious tyranny or like, you know, or, uh, someone

New Speaker ([00:21:09](00:21:09)):

who's like, who just moved here. They're like, I want like a community that kind of thing. Like

New Speaker ([00:21:13](00:21:13)):

people coming in, because they have like very like, like wholesome ideas of what, like a,

New Speaker ([00:21:18](00:21:18)):

what religion and religious community can be. And so they come to TST and I kind of like am

New Speaker (00:21:25):

the one doing the elevator pitch and kind of, sort of like screening them and seeing if they kind

New Speaker (00:21:30):

of get along with us. Um, and you

David Johnson (00:21:33):

No, I, Nathan actually did the interview for me and I didn't feel pitched to, it was more like, Hey,

New Speaker (00:21:38):

uh, do you want, do you want to sacrifice goats? Because if so, you don't want to be here. Um,

New Speaker (00:21:44):

it's like, that was the screening process. Cuz there were occasionally people that come around.

New Speaker (00:21:47):

It's like, yeah man, let's do some magic, let's kill some animals. And it's just like, yeah. Okay. We'll,

New Speaker (00:21:51):

we'll get back to you. Maybe I, I actually don't know how you dealt with those people, Nathan, but um,

Nathan (00:21:55):

Uh, I, I have this big black trench coat and I just kind of like open up one side and they're like, Hey kid,

New Speaker (00:22:00):

you wanna buy a goat? And

David Johnson (00:22:02):

<laugh> nice.

Nathan (00:22:07):

Have I got a spot for you?

David Johnson (00:22:09):

Yeah. So, so Nathan was one of the founding members at the, the Seattle chapter. Um, and then one

New Speaker (00:22:14):

of the other people being sued, um, came along a few years later for a different, um, not quite official

New Speaker (00:22:20):

group that was based, um, in the south sound. So south of Seattle, um, Olympia Tacoma area. Um,

New Speaker (00:22:27):

and eventually that got like absorbed into Seattle and became like a Washington state thing. So, uh,

New Speaker (00:22:33):

that member Nathan myself and the last person being sued, um, we were part of the group and we

New Speaker (00:22:41):

did a lot of the work for it. Um, so it's a volunteer organization. You require volunteers to do stuff. Um,

New Speaker (00:22:48):

we were pretty good at doing stuff like social media and calendaring and all that. Um, and um, all that

New Speaker (00:22:58):

this was supposed to be was a memes page called evergreen memes for satanic Fiends.

David Johnson (00:23:07):

And I don't know if y'all are familiar with memes page. Facebook. Yeah. So there used to be a bunch

New Speaker (00:23:13):

like that. There's not as many, but that's all it was. And it's just, you post funny memes about how in it,

New Speaker (00:23:18):

in it wild that God says no butt sex, but there's, uh, there's prostate and you know, like that's the kind

New Speaker (00:23:24):

of like level of humor that you do stuff to, but then you can also use memes like radicalized people like that.

New Speaker (00:23:30):

You can, you can say things with humor that are, um, more appropriate than if you said them as a paragraph.

New Speaker (00:23:37):

Um, but in March of 2020, um, a bunch of us got kicked out of the Washington state chapter. Um,

New Speaker (00:23:48):

and that was like right as the pandemic was hitting, um, the original issue is kind of complicated. Um,

New Speaker (00:23:56):

but it involves about half a dozen people.

David Johnson (00:23:59):

So not just the ones that are being sued, but extra folks, um, who were witness to a complaint that was

New Speaker ([00:24:07](#)):

made like officially against the chapter leadership over their handling of, uh, sexual harassment in the

New Speaker ([00:24:13](#)):

past. And then also just like their own abuses. Um, and so, uh, you go through the official channels

New Speaker ([00:24:19](#)):

because they have control of the official channels they can just ignore it. Um, and what happened was

New Speaker ([00:24:24](#)):

that people that were CC'd on that email and just people that were dating people that were

New Speaker ([00:24:27](#)):

CC'D on that email got kicked out for no, no notice, no (inaudible). Um, and I think this is, this is

New Speaker ([00:24:36](#)):

pretty shameful stuff. And the leadership then went to the remaining leadership or to the remaining

New Speaker ([00:24:43](#)):

membership and told them about what had happened, but just like lied about it because there

New Speaker ([00:24:47](#)):

was nobody there that could contradict them, they thought.

David Johnson ([00:24:50](#)):

Um, and so that happens. And about a week later, um, I was still admin of the local chapter page.

New Speaker ([00:24:59](#)):

So I used the admin rights to talk about this and basically talk about what ithad actually

New Speaker ([00:25:05](#)):

happened and also criticize the national leaders. So posting some, uh, news articles, some

New Speaker ([00:25:10](#)):

past statements from the owners, like, um, standing up for literal neo-Nazi Augustus. So Invictus,

New Speaker ([00:25:18](#)):

um, doing just like the things that they had done over the years and other people who had

New Speaker ([00:25:23](#)):

criticized them had left. And after we did that, after I posted this stuff, um, the satanic temple,

New Speaker ([00:25:31](#)):

the national organization then claimed in court that it owned Facebook pages. Like not, not

New Speaker ([00:25:38](#)):
Facebook and not even page admins, just they own it. And for almost two years, they have sued

New Speaker ([00:25:44](#)):
us. Um, first on, uh, I guess, accusations of defamation and slander. So like they, they say

New Speaker ([00:25:51](#)):
they're a free speech organization, but not when it comes to factual criticism of them and things

New Speaker ([00:25:56](#)):
they've said and done. Um, and then just, uh, a whole bunch of spaghetti against the wall claims

New Speaker ([00:26:03](#)):
in terms of what they have accused us of where the first time they accused one thing, then it

New Speaker ([00:26:09](#)):
got dismissed. So they refiled and they came back with stuff that contradicted it. And the first

New Speaker ([00:26:13](#)):
one, and anyways, it's a slap, it's a strategic lawsuit against public participation. That's what

New Speaker ([00:26:18](#)):
the whole game is.

Nelson ([00:26:20](#)):
David, what, what are you, what are you getting at about that spaghetti against the wall

New Speaker ([00:26:23](#)):
reference there? What a, what a, what, what you, what you getting at you getting at people

New Speaker ([00:26:27](#)):
with a whoa. You see, I got, I got vowl. I got a vowl at the end of my last name. What's the,

New Speaker ([00:26:38](#)):
what you talk about spaghetti against the wall. I feel you, man, that, that, shit that, from what I've read,

New Speaker ([00:26:45](#)):
that y'all have sent me and what I've read online, um, especially with the abortion, uh, access stuff,

New Speaker ([00:26:51](#)):
reproductive healthcare, um, that, that is just wild that like it's coming again, coming from,

New Speaker ([00:27:01](#)):

like, I just, I just took a class on judicial politics last semester and the graduate level and like

New Speaker ([00:27:07](#)):

reading the articles that y'all have sent me and then reading the other news articles to, for,

New Speaker ([00:27:13](#)):

for that organization to think that they had a snowballs chance in hell, um, somehow

New Speaker ([00:27:20](#)):

overturning red state, uh, abortion laws on freedom of religion as a satanic temple. I want

New Speaker ([00:27:28](#)):

to know who their drug dealer is because they're getting really good stuff.

David Johnson ([00:27:34](#)):

No, and that, that's, that's a pretty good question. Um, but I, at this point am not even sure

New Speaker ([00:27:41](#)):

how interested the top leaders are in winning anything like to them. What is winning? Like they,

New Speaker ([00:27:49](#)):

for people who don't know, who's only like, uh, exposure to the satanic temple is that they

New Speaker ([00:27:54](#)):

go and fight for religious rights and do great things in court. Most of them don't know the

New Speaker ([00:27:59](#)):

satanic temple has one victory to date and that is getting Warner brothers and Netflix to

New Speaker ([00:28:04](#)):

settle with them over a statue that they used in the Sabrina TV show. So the chilling

New Speaker ([00:28:09](#)):

adventures of Sabrina TST sued them, said, that's a violation of our intellectual property.

New Speaker ([00:28:14](#)):

We're a religion, but we own stuff. Um, and I guess to avoid a costlier lawsuit, they just,

New Speaker ([00:28:22](#)):

the Netflix settled. And so TST got a like favorable settlement, but as far as we can tell,

New Speaker ([00:28:29](#)):

and we didn't know this to start out with, but after nearly two years and, and a hyper fixation

New Speaker (00:28:34):
looking into this, the only victory is that one, everything else is a failure, but they keep

New Speaker (00:28:41):
getting money. So like what happens is, um, they're very, very good at playing, um, media,

New Speaker (00:28:49):
uh, structures. So have y'all heard the, the term, uh, dog bites, man, man bites dog.

Nelson (00:28:57):
No, I haven't actually no.

David Johnson (00:29:00):
So like if there, if you hear a story about a dog biting a man that is not a new story.

New Speaker (00:29:05):
Cause that happens all the time. Dogs bites people. But if a man bites a dog, that's weird,

New Speaker (00:29:11):
therefore you write something about it. Like just the, um, supposed novelty of it is enough

New Speaker (00:29:17):
to get it to cover. So, so the satanic temple. What they say is, Hey, we're satanists, but

New Speaker (00:29:22):
we're the good guys. We're doing a good thing. And then what they do is just make a

New Speaker (00:29:27):
wild fucking claim. They proclaim something, they declare something. And then all of

New Speaker (00:29:34):
the news outlets that are kind of lazy and just want to cover something. Um, they just take

New Speaker (00:29:41):
it at face value. So the satanic temple declares that fetal tissue laws, like burying them,

New Speaker (00:29:47):
goes against their religion. They're gonna fight it. And local news covers it.

David Johnson (00:29:51):
And then all the right wing news goes Satanists are doing a thing. So it blows up and

New Speaker ([00:29:56](#)):

everybody for a couple days shares it. All your liberal friends go. Yeah. It's uh, we're gonna,

New Speaker ([00:30:02](#)):

we're gonna have religious freedom from the Satanists. Hail Satan. Fuck Yeah. Um,

New Speaker ([00:30:05](#)):

but then like nothing happens because they can't actually do anything, but it doesn't

New Speaker ([00:30:10](#)):

matter cuz for like a week, it's all the news. It's all on social media. People see it, they

New Speaker ([00:30:16](#)):

donate to it cause they wanna piss off their racist uncle or whatever and never matters

New Speaker ([00:30:20](#)):

the Satanic temple doesn't accomplish anything. So all of these other lawsuits don't

New Speaker ([00:30:25](#)):

really have to be successful as long as they get attention. Cuz by the time they fail,

New Speaker ([00:30:30](#)):

nobody's paying attention anymore and their members seem for the most part, not to care.

Nelson ([00:30:36](#)):

They did, they get that statue or whatever that they wanted up. It was in the Midwest somewhere. They wanted a, a statue put up in front of the courthouse or something.

David Johnson ([00:30:45](#)):

Uh, so how that started was that in the end of 2013, um, Oklahoma was putting up a 10

New Speaker ([00:30:53](#)):

commandments statue and they announced they were gonna have a Baphomet statue.

New Speaker ([00:30:58](#)):

So the, uh, goat headed, uh, Hermaphrodidic person like that, the sabbatic goat. Yeah. Yeah.

New Speaker ([00:31:04](#)):

The, you did the hand signal,

Nelson ([00:31:07](#)):

The 10 commandments, right?

David Johnson (00:31:08):

Yeah. And so, uh, this, this Satanic temple said, we're gonna put our statue up next then

New Speaker (00:31:14):

for religious pluralism and that never happened. Um, the first thing was that some dude,

New Speaker (00:31:20):

uh, who was not mentally well, uh, did a kind of rad thing cuz he drove his car into the,

New Speaker (00:31:24):

the ten commandments and knocked it over. But then what, what actually stopped it was

New Speaker (00:31:29):

that a Baptist pastor named, I think Dr. Bruce Prescot sued Oklahoma represented by the

New Speaker (00:31:36):

ACLU and the ACLU won that case. So the Satanic Temple did nothing. They, they were barely

New Speaker (00:31:42):

a footnote in that decision and they had no influence in the case really. But TST then like says,

New Speaker (00:31:48):

Hey, we did it. We did it guys. Um, and they did a similar thing in an ongoing case in Arkansas,

New Speaker (00:31:55):

but actually that statue that was crowdfunded now sits in Salem, Massachusetts in their

New Speaker (00:32:00):

headquarters. And they charge people tickets to come see it. So they got it paid for, and

New Speaker (00:32:05):

now they charge people to come sit on it and take like Instagram photos.

Tyler (00:32:08):

Is that the same statue that had like the edit where the, um, they had the, the what's his name?

New Speaker (00:32:14):

The Arby's guy, the <laugh> okay. Guy. It was some meme.

David Johnson (00:32:21):

I, I don't even know. So

Tyler (00:32:22):

Notice me Sempi notice me video.

David Johnson ([00:32:26](#)):

Uh,

Nathan ([00:32:26](#)):

Oh wait, I think I know which one you're talking about. I I'd have to see that video again.

Nathan ([00:32:30](#)):

It's possible because you know, this is kind of like a the big, like Baphomet statue that

Nathan ([00:32:35](#)):

most people are familiar with these days because of the selfies that they can take at the

Nathan ([00:32:38](#)):

headquarters. Um, but yeah,

David Johnson ([00:32:39](#)):

It was probably Detroit. Like they unveiled it in Detroit back in 20 or so. Yeah. Um, and

David Johnson([00:32:48](#)):

that guy like cut himself. So it's, it's very funny. Um, but the statue didn't end up going on

David Johnson ([00:32:52](#)):

any public grounds, it's on a private for-profits, um, companies grounds, which

Tyler ([00:32:57](#)):

Worked out better for them in the long run.

David Johnson ([00:32:59](#)):

Sure does. Sure does

Nelson ([00:33:02](#)):

Mark. You're a Zoomer. What the hell is Tyler talking about? <laugh>

David Johnson ([00:33:04](#)):

No, this

Tyler ([00:33:05](#)):

Was, this was an our

Speaker 5 ([00:33:06](#)):

Day glorious, the glorious Italian stone guy or what?

Tyler (00:33:09):

So the notice me sin pie. Notice me.

Speaker 5 (00:33:11):

Yeah. Yeah. That's what he's like. I'm uh, thrilled to see my, my, what do you say? Something Gloria? Lord B met and Gloria's Italian stone and then yeah, yeah,

David Johnson (00:33:25):

Yeah. Yeah. Fast talker. Like,

Speaker 5 (00:33:27):

Uh, yeah, he is awesome. Yeah. Yeah.

Nelson (00:33:29):

I love those videos. My favorite. I have no idea. I have no idea. Anyone's talking about nerd Nelson.

David Johnson (00:33:35):

He's a guy he's

Speaker 5 (00:33:37):

Got real thing to do. S the fortuitous, I think is what his handle is.

David Johnson (00:33:44):

Yeah. He he's very good. Like he matches the, um, the lighting and everything for all those, like, um, those videos, he's like local news videos. He cuts himself into. He's very good at like, making it look like he's actually being interviewed by them.

Tyler (00:33:55):

It's old enough that I saw it on

David Johnson (00:33:57):

Ebos yeah.

Nelson (00:33:59):

<laugh>, dude. I just aged

David Johnson (00:34:01):

Five

Nelson (00:34:01):

Years. <laugh> mark. Mark. Doesn't even know what that is. Yeah.

Speaker 5 (00:34:05):

<laugh> well, you don't know what we're talking about either, so exactly.

Nelson ([00:34:08](#)):
I know what Ebos is. Oh man.

David Johnson ([00:34:10](#)):
I'm so old. I remember when Ebos world was fing with YT mnd.com

Tyler ([00:34:23](#)):
Emails was a go,

Nelson ([00:34:29](#)):
I, I just wanna, I wanna back, I do wanna backtrack a bit. Yeah. Because, um, as someone who doesn't know anything about Satanism, right. The first person that comes to mind is Anton. Right. I think everybody has that image of that creepy looking dude in their, in their mind. And like, his kind of is kind of like branch of libertarianism. Yeah. Yeah. Right. And so I guess, like what, what is like the history, uh, of Satanism, I guess, in the us and does like everything really descend from him? Like, how does this, how does this connect from to the past, I guess is the question.

David Johnson ([00:35:05](#)):
Yeah. Yeah. I mean, that's a great question. Um, so like Satanism doesn't really exist historically. Like there are accusations that different people worship the devil, um, like in the middle ages and whatnot. I mean, this is basically just made up, um, the, the, earliest kind of thing that you might call Satanism. Um, although they didn't do it at the time, uh, would be like John Milton. So John Milton writes paradise lost. We don't know if he meant to or not, but, uh, Satan's kind of a cool dude in that epic poem. You're kinda like, hell yeah. You root for Satan in paradise lost. Um, and romantic Satanism is what that has been called. It's picked up through, uh, the English poet, William Blake, uh, like the idea of the BI ironic hero. Uh, and then some decade French poets who I have like read, I think, but don't remember anything about, um, but then kind of like Peters out the last person to kind of write, Hey, actually Satanism or Satan is a really cool hero that you should support is, uh, and it's all France. And like the early 20th century that kinda like dies out. Um, and then with Alison

Nelson ([00:36:16](#)):
Crowley, is that when

David Johnson ([00:36:18](#)):
He comes, uh, he's he's a little bit later. Yeah. Later. And he's not Satanism. Exactly. Although lave does like cryp men a lot. Um, there was also in the 19th century lot mysticism. What'd you say he was more like mysticism Crowley was, yeah. Yeah. He, I mean, he was, um, he was a, a dude, but also like pretty talented, just like coming up with something more or less outta nothing as far as I understand, I'm not a, a mite. I think that's the, the people that follow from him.

Nelson ([00:36:47](#)):
Yeah. The only, the only thing I know about Crowley is that he helped with the OSS and I five or I six during world war II, he was big like, yeah. Trying to cast spells on Hitler or something. I don't know.

David Johnson (00:36:58):

Yeah. Didn't William BS, like throw him down a, a flight of stairs for some reason. I don't remember the context, but its like, okay, cool. Um, so, so there there's like literary Satanism and then there's also, uh, political Satanism, um, which would be like, uh, Anar case and socialist. So I think the earliest dude is, uh, Philip MCAL. He wrote in 1854, this thing called philosophy defiant. And he said Satan and his revolt is my father. So he's like picking up Satan as a, um, figure that you, um, look toward as, uh, an inspirational like rebellious figure. Um, and then, uh, I, I have read, I have not read these people. I've just read some expert, uh, excerpts, um, Han, uh, B Koonin and a couple other people. Um, and essentially what they're saying is if the authorities justify all of the poverty and the landlords and the bankers and the soldiers and the Kings by saying, uh, God wants it this way.

David Johnson (00:37:57):

Like these people are blessed by God. Then these socialists and anarchists, what they do is say I'll take the devil side, um, like Huck Finn, when he, uh, decides to not like root for slavery, he says, well, I'll go to hell. So it's like saying, if you are justifying all of the inequalities in the world by saying that, that it is good and right. And proper, then we're gonna say we're on the side of hell and opposing these things. Um, but that also kind of dies out. Um, and you're right, that in the United States, it really starts with Anton leve and Anton leve in the mid sixties or so he reaches back into the 19th century to pull back some political philosophy. But unfortunately our guy does not pick up anarchists. Our guy picks up, uh, might is right. Which for those who don't know is a proto fascist book by a guy named Ragnar red beard, real name is Arthur Desmond.

David Johnson (00:38:54):

Um, it is, it is grotesquely antisemitic. It is grotesquely racist. It is grotesquely misogynistic. And I don't just mean by like our standards. I mean like even going, yeah, there was a lot of social Darwinism in the late 19th century. It is real, real bad for like that time. And for some reason our guy, Anton LaVey looked at that and said, this is a really cool foundation for religion. Um, and when he wrote the satanic Bible, uh, he took like whole passages out of mind is right. Um, but to what little credit we can give Anton leve, he did excise the, um, overtly racist stuff. Like he didn't say all of the like slurs and he didn't write about women as being like three force womb and all of this stuff. Um, but he did take a lot of the like underlying logic and apply that to what he was doing because, um, that guy rag our red beard. He, uh, he was so antisemitic that he hated Christianity for being too Jewish. His problem with Christianity was that it had too much of a Jewish influence. Wow. Yeah. So all of this about like smash God in the face and whatnot, it's really coming from a place where that guy just like hated Jews that much. Um, and again, lave like sands off the rough edges of it, but yeah, you said it's kind of a right. Libertarian iron Randy and object thing.

Nelson (00:40:26):

Yeah. I wanted to bring up iron ran because I think every, I think when, uh, I think 2012 really, really came out when, uh, when like, uh, what was his face? Um, the duty ran with, uh, with me Romney, the former speaker of the Paul Ryan was like my philosophies, uh, follow, like iron ran, whatever. And then like Anton LaVey was like, I got all my stuff from iron Rand as well. So it's just like, it seems like that right. Libertarian, like the, the Randy and from, from all that crap seems to from just the little bit that I've read and know is that it really influenced him, was this, this whole like right. Libertarian. It seems like, you know, um, it's, it's almost like, you know, I don't wanna say like decadence is okay because it's

just like, do what you want, but it's that, it's that whole like, libertarian, like extremely individualistic where it's it's it's it's it's it?

Nelson ([00:41:21](#)):

It does like, it's like watered down, like you said, social Darwinism. It is this, you know, it's me and everyone else. And it, it really, I don't know. It just, it just, it is just wild to me that like, like that, that iron ran somehow could work her into Anton Leban and Satanism. It's just really weird, but like that's yeah. Kind of, I guess what people from what this, what, from what I've been told and what I've seen, uh, I guess people kind of saw that as like the foundation, I guess, of modern Satanism, where it was like, uh, you know, do, if you want to do something, do it, and it doesn't matter what it is as long as yeah. For you. Like, if you wanna do drugs, do drugs, if you wanna have,

David Johnson ([00:42:03](#)):

You know, that's so I should point out. Um, so a couple things in LA's favor, I won't defend them often. Okay. Um, one of the things that he did say is that you shouldn't have hurt animals. One of the things he did say is you hadn't hurt children. Um, but our guy, Anton levy hated drugs. In fact, he said that people should not smoke weed because, and, and this is, I believe still an active quote by the church of Satan. Um, Satanism is a law and order philosophy. <laugh> brought you

Tyler ([00:42:35](#)):

By anti weed gang.

Nelson ([00:42:37](#)):

Yes. Gang gang.

David Johnson ([00:42:40](#)):

No, Anton lave ahead of the game. Got a, got abolish weed. No, for real,

Nelson ([00:42:46](#)):

He's literally different than like every other libertarian probably out there.

David Johnson ([00:42:50](#)):

<laugh> yeah. Yeah. I mean the, one of the few things you can say that is good about Anton Lavay is that he was a weird. Like I think after one of y'all's, um, podcast, we had somebody on and you were making fun of white dudes for not washing their assets. Yeah. And then like shortly after that, I came up on a quote where an lave said bathing is against my religion. <laugh> Haven is against my religion.

Tyler ([00:43:15](#)):

Well, judging by his last name. He is French. So,

David Johnson ([00:43:19](#)):

Oh, he, he made it up. His, uh, his real name was his Howard. Levy's his real name?

Nelson ([00:43:25](#)):

Attack. <laugh>

David Johnson ([00:43:27](#)):

I know. Um,

Tyler ([00:43:29](#)):

I lost that. Other reason. I hate the French people.

Nelson ([00:43:32](#)):

Oh man. Like he

Nathan ([00:43:33](#)):

Also has that, that whole passage in the satanic witch about, um, how you can tell what people are like by like what kind of salad dressing they like too. It's it's in. So it's fricking blockers. Let me see if I can like pull up,

Nelson ([00:43:47](#)):

Wait, wait, what was he doing? Clickbait before clickbait. Okay.

Nathan ([00:43:50](#)):

He was, yeah.

Nelson ([00:43:51](#)):

<laugh>

David Johnson ([00:43:52](#)):

Anton leve was very into smells. Um, the bathing thing is actually very closely related to Anton. Leves like love of smells. Um, as he goes on in his career, after the 1960s, he also writes about why, like, he wishes more women like peed their, their underpants. And he like regrets. The fact that they don't like it comes up like multiple times. It's not as offhand mention. He writes like numerous essays that touch on us. Yeah. You're making,

Tyler ([00:44:22](#)):

I don't want king shame here, but what the

Nelson ([00:44:25](#)):

Starting your religion is wild. You can just get people to believe anything you would've.

Speaker 7 ([00:44:32](#)):

Right. And so I was saying he would've loved modern day Philly. Like it just Reed the like crazy.

Nathan ([00:44:41](#)):

Okay. This is okay. I, I found, I found the excerpt. I've had this saved in my, one of my folders forever. So yeah, from the Satan, which the taste of sweet dressing with its minty tomato spicy taste. Plus the fact it

is most often used when seafood is incorporated resembles the odors of a woman's sexual parts and is therefore agreeable to the archetypical male, conversely, the aroma and taste of the strong, cheesy rock ports, blue cheese, oil, and vinegar. Cetera is similar to the male squitle order, own odor and reminiscent of a locker full of well worn jock straps. This is naturally subliminally appealing to predominantly heterosexual females, passive males and males with homophile tendencies.

David Johnson (00:45:20):

Yeah.

Speaker 7 (00:45:20):

That's, that's gotta be, that's gotta be the intro. This tastes like big cheese.

Nathan (00:45:26):

This is page 106 into a fricking I think it's the satanic witch or something.

Speaker 7 (00:45:31):

That's

David Johnson (00:45:32):

1970s. He gets weirder like towards the end of his life, in like the nineties, he gets weirder. Um, what is

Speaker 7 (00:45:37):

He? And so Dylan all day. What, what is he doing?

David Johnson (00:45:41):

He, yeah, he, he did not consider himself to be gay as far as I know, he was like a hundred percent straight, bro. Um,

Speaker 7 (00:45:49):

Yeah, bro. <laugh> but I mean gay or straight, you're just smelling all day. <laugh> he smell some. He loves, smells some.

David Johnson (00:46:00):

He, he loves smelling himself too. Apparently. Yeah,

Speaker 7 (00:46:02):

I was gonna earlier,

Tyler (00:46:04):

But it seemed like he kind of started this at first to, to just kind of get like an unlimited amount of, uh, from all the pictures I've seen of him in like the early sixties, there's always some chicken kids out. And I was like, I mean, that's kind of a power move, I guess.

David Johnson (00:46:17):

Yeah. He, I mean, he started off as like a joke as far as we can tell, like, I mean, he, he claimed to have a history in like carnivals and stuff. And he also like grasped pretty early on. When you say like you are a satanic church, it doesn't matter. What else you say after that? People just assume that you have like connection to dark powers, right? Like conservative Christians believe the devil is real and therefore believe that like you are channeling him or whatever. Um, so he, he lets all of those conservative Christians and like the panics do all the work for him of, you know, promoting him. Um, but Anon leve, wasn't just kind of a, like right. Libertarian with some like kooky ideas. Um, he also was like a deep proponent of like the police state, like he wanted the police to, um, push back on all, um, social uprisings, the 1960s and seventies. Um, so that there could be, uh, greater. So social stratification elites could rise to the top. Oh, um, he, he was kind of friends with, uh, that one Nazi Cultus guy. Um, James Mato, um, I, it is like the American national party or something,

Nelson ([00:47:30](#)):

But like from, uh, George Lincoln, like Lincoln Rockwell from like,

David Johnson ([00:47:34](#)):

I don't, I don't think that guy, so, I mean, I think George Lincoln Rockwell wasn't really into like the cultism stuff.

Nelson ([00:47:39](#)):

I think he was already dead by then too. Didn't he? He got assassinated like in the fifties, I think.

David Johnson ([00:47:42](#)):

Yeah. So this guy dies in like 1970 or 71. Um, but lave was like kind of, kind of friendly with him. I don't know if they were like actually friendly, but they communicated. Um, and then more so into like the 1980s is when LaVey really starts like buddying up to, um, white nationalists and, and fascist. Um, so he is colluding with, uh, dudes like, um, James Mason. Um, in fact there was a, a magazine that the church of Satan wrote for a while called black flame, I think. And, uh, the current, like head of the church of Satan, um, Peter Gilmore wrote like a pretty glowing review of James Mason siege. So just like one of those like white nationalist books, he was like, this is great. This is a great book. Um, and I think like James Mason and his like maybe underage girlfriends at the time question mark, uh, went to a party with Peter Gilmore. And, uh, I think Peggy NADRA is Peter Gilmore's spouse anyway. Like they were like, not just people who knew each other across the world, Anton LaVey like wrote, uh, uh, I think he signed a satanic Bible for James Mason, like complimenting him, um, LaVey worked with, uh, void or was his, was his first name? Rice. Rice. Yeah.

Tyler ([00:49:08](#)):

Yeah. The industrial music Nazi that did all that work with death in June. The

Nelson ([00:49:15](#)):

All you had to say, all you had to say was that book siege, like I know exactly what you talking about, like that Nazi.

David Johnson ([00:49:21](#)):

And, and then I don't know if y'all have ever heard of Nick bogus before. Um, but you have definitely seen his cartoons as a YT man, cuz all of those like really grotesque anti-black anti-Jewish characters that you've seen of like the Jewish guy rubbing his hands together. Oh like, like really gro test. Like that's that guy, that guy directed, um, uh, Anton leve and a movie called I think speak of the devil or something like that. Um, and there's even like a off cut where Anton leve just like does all the slurs. Um, and they just like, they didn't put it into the movie, they filmed it anyway kind. So yeah. And then lave himself. Didn't just buddy up to those guys. He was also super into eugenics. He was also super into like breeding the best people. Like he wanted to have like communes with like HARs because he believes there was a satis gene. Yeah. Not a nice guy. Not everything he did was terrible, but enough he did was pretty terrible.

Nelson ([00:50:16](#)):

Yeah.

David Johnson ([00:50:17](#)):

Uh, most LA van sadist today don't go for all that stuff. Like to be clear if you meet a, a LA van Satanist, they almost certainly don't believe this stuff, but at the same time, they'll still tell you, you have to read the Satan Bible. Um, they'll just say all the rest of it's worthless. We would say the satanic Bible itself is, is also kind of. And you should reject all of it. Like the

Tyler ([00:50:42](#)):

Tenants are pretty metal, but that's about it.

David Johnson ([00:50:44](#)):

The, the tenants.

Tyler ([00:50:45](#)):

Yeah. I haven't read it since I was like 14. I just remember reading it when I was 14. I was like, oh that's metal as

David Johnson ([00:50:50](#)):

14 is the perfect age. Yeah, it really is.

Nelson ([00:50:53](#)):

<laugh> I mean that from, from what you, from what you said, it kind of covers a lot of the other questions I had, but like, I guess how does, how does the, I guess the two things that come come glaring to mind is, uh, it didn't really happen a lot in, in America, but like when you, when another thing, when you think of like Satanism, you think of like black metal and you think of, uh, like that Nazi influence, like church burnings, especially in like Scandinavian countries. Well

Tyler ([00:51:18](#)):

They're in Washington and Washington has a really big white supremacist black metal scene.

Nelson ([00:51:23](#)):

Can you talk, can you guys talk about, well, can you guys talk about that? Like how like music is like used to like spread this message of Nazim and Satanism? Like can you guys talk and talk about that a bit?

David Johnson (00:51:36):

Um, I mean I've talked to Don, um, I I'll I'll I bet Nathan probably knows more about this than I do. Um, but also,

Nelson (00:51:44):

Oh yeah,

David Johnson (00:51:45):

I have sunshine. Also.

Nathan (00:51:46):

You gonna say, I don't have like any notes on that per se. Um, or at least prepared. Yeah,

Nelson (00:51:53):

No, it's all good. I guess the other thing that came to mind was like the, the everyone knows about the satanic panic, I guess. Like my I'm learning, I'm learning a lot actually from, from just listen to Y all talk, but it just seems like, uh, I guess some misconceptions, like, I didn't know that like the church of Satan and then the satanic temple, like two different things. I thought they were like all the same thing. No. So like, I guess when does, when does this split happen and why? I guess it goes back into the history of it. Like, why does this, why is it not just one church? Like what was the schism? Like every like Tommy and I went to Catholic school and we're all taught about like the great schism between the Roman Catholic church and the Orthodox church. Like, and then like you had the Protestant reformation. So like what's the, I guess the satanic version in America.

David Johnson (00:52:34):

Um, actually, Nathan, do you mind talking a little bit about the satanic panic and like what it, what it was versus what was actually going on in sadism?

Nathan (00:52:42):

Yeah, the, I mean, it, it was, I now I'm, I'm, I'm thinking of that there there's this one, uh, like, uh, behind the bastards episode about the satanic panic. That's pretty good. Um, the is a lot of like, uh, kind of panic about Christ. Um,

Nelson (00:53:04):

It, it was not about Christ

Nathan (00:53:06):

<laugh> no, no, it was definitely not. It's like all of the, like all, so much of the stuff is just kind of like goes out of my, out, out, out the out of my head, but there was a lot of panic about, um, ritual, like the ritual abuse of children basically. And that's

Nelson (00:53:24):

Yeah.

David Johnson (00:53:26):

Um, yeah, I no, so sorry. I'm I'm

Nelson (00:53:34):

It's cool. Disembodied voice known as Nathan. It's fine. I feel you

David Johnson (00:53:38):

<laugh>. Yeah, I, I, I think the, the important thing is that, um, a lot of children, um, have been abused in, in us history, and that happened, the seventies and happened in the eighties happened now. Um, and there was a time when, uh, a big thing in psychology, uh, was recovered memories. Um, and there were psychiatrists that would basically counsel children, but in doing so they were almost coaching them towards an answer. So what we discovered was that when they were saying like, are you sure that, um, such and such didn't hurt you? Or, you know, they, they basically were like leading them to say something. Yeah. Um, and I mean, a lot of these, these kids may have actually been abused, but do you want to hear that it's your uncle that did it or that it's the daycare and they worship Satan and we should arrest them.

David Johnson (00:54:34):

Um, and that happens, um, if fairly frequently, even though I don't think any of these people will say this, um, like Satanists typically are not in, uh, in positions of authority over other people. Like, that's just not the way it works. Like as much as, um, the church of Satan says we're elite and whatnot. When you meet actual Satanists, like a lot of them are cool dudes, but like, they're not like masters of industry, or they're not like part of a giant, satanic cabal. Right. That's just standard antisemitism. But like that conspiracy that exists. Yeah. The Illuminati, that whole thing, like, that's not real, um, like saying this suck for some reasons, that's just like any subculture, but they're not like a powerful shadow influence and that panic permeated so much of the eighties and nineties, like I remember going to church in the nineties and there was like, oh, we're gonna like drink a cat's blood. Like, like the churches would put on plays where like teenagers would be doing that kind of stuff. And like, that's completely fake. Um, like as far as I know, that never happens. Like there is no real thing they can point to. And like, one of the closest things is I think in, so you've seen true detectives the first season.

Speaker 7 (00:55:46):

Yeah. Oh yes. Matthew McConaughy had speech in the beginning. Right. God.

David Johnson (00:55:52):

So that's kind of based on a true thing, except that the true thing is that there was some church that was kind of a cult and seems to have convinced some dude that he was like a Satanist that was abusing people because he confessed to a bunch of stuff. And then they tried to find evidence of it. They couldn't. And, um, what true detective did was kinda like go with the idea that there actually was this giant, you know, Southern conspiracy in the swamps of Louisiana. Um, but like, that's, that's not real. Um, a lot of the, the things that people, um, said you should fear S for was just pure invention. Um, and it was just projection because like the actual conspiracy abusing children was the Catholic church. Yeah. Was like your local Southern Baptist church with the youth pastors or the, um, athletic trainers. Like those are the dudes that had authority and were like trusted and were hurting people and getting away with it. Um, or family members, not that dude who likes industrial music and dresses it all black like that. That's not what was going on.

Tyler ([00:56:56](#)):

The satanic panic was kind of like a spiritual successor to the red scare.

Nelson ([00:57:01](#)):

Yeah. I mean, scape scapegoat.

David Johnson ([00:57:03](#)):

Yeah. Yeah. And it also like, lets people be, um, leaning into antisemitic tropes without like admitting it, like if you like look at QAN on like all this stuff about like we're drinking DeNiro and all this stuff, it it's just like, there is this secret group of those people and control of everything.

Nelson ([00:57:20](#)):

Yeah. The blood, the blood li

David Johnson ([00:57:22](#)):

Yeah. Yeah, exactly. That's what that is. Um, also

Tyler ([00:57:25](#)):

Just push people back towards like the nuclear family, like Reagan era idea of how American matters should be.

Nelson ([00:57:34](#)):

I think, um, real quick just to, to touch on some, some stuff. I think we, it, that seemed like the panic, not trying to come back, but did you all see that documentary that they tried to do about like David Burwood, son of Sam and like the one author, like tried to link him to like satanic groups in New York. And it was like cabal of people and he was actually just a part of, uh, satanic rituals and he was going around doing stuff with other people. Like it wasn't just son of Sam doing his thing. I talked to dogs. It was like, they, they like, the whole documentary was like trying to say that, uh, he was basically part of the satanic group and they were doing rituals and whatnot, et cetera. So like, it seems like, like it Satanism was

Speaker 7 ([00:58:12](#)):

Part of like the man and that,

Nelson ([00:58:14](#)):

Do you remember which

David Johnson ([00:58:15](#)):

One that was? Yeah. Or, yeah.

Nelson ([00:58:16](#)):

Which, which ones? Oh man, it

Speaker 7 ([00:58:18](#)):

Was, um, it's one on Netflix. I can't think of what it is,

Nelson ([00:58:21](#)):

But I'll look it up real quick home,

Speaker 7 ([00:58:24](#)):

But yeah, they basically tied, they were trying to tie son of Sam to what was going on in California with, uh, Charles Manson.

Nelson ([00:58:32](#)):

It's a son of, yes. The sons of Sam, a diss descent in the darkness.

David Johnson ([00:58:37](#)):

Did they talk about why national on that at all?

Tyler ([00:58:39](#)):

Cause you know yeah. Cause like Charles Manson's whole base was a race war.

David Johnson ([00:58:43](#)):

Yeah, yeah, yeah.

Tyler ([00:58:45](#)):

Like

Nelson ([00:58:46](#)):

Exactly those hippies,

David Johnson ([00:58:52](#)):

Right? Yeah. I, I think I watched, uh, it was some like Netflix, um, show about serial killers supposedly, but like their big get was Charles Manson. Like they never bought up the whole, like he was a, he was a racist. He wanted to start a, a race war. Like that seems like more important to what was going on there than his psychology. But you know, people wanna like think, oh, if we get the crazy people fixed, we'll solve it as opposed to can, can we stop the white supremacy? Like that seems to be a anyway.

Nelson ([00:59:19](#)):

So I guess the, I guess the part of that question is like, when did, when did the, I guess the, did the ch did the satanic temple like break from the church of Satan or like, is it two separate things that yeah. Kind of timeline different? Or like, how does this, how does this go come about?

David Johnson ([00:59:34](#)):

Yeah. So Anton LaVey dies in like 1997 I think. Um, and then, uh, he dies pretty broke, I think, because his last wife, um, like his last ex-wife got a bunch of stuff like included the house he lived at, so he didn't have much. And then lava's children and wife and his current partner all kinda like fought over the estates. And that kind of, that was like the end of them really being an active force in the world. Um,

since then I think Peter Gilmore has just kind of like steered the ship steady. They just taken in the, the book sales and the, I think it's a $250 membership fee. Like you can pay them 250 bucks once to your lifetime church of state member. Um, so they weren't really doing anything which sort of left a, a void for someone else to come in.

David Johnson([01:00:24](01:00:24)):

Um, and the Satanic temple is, is I'm still not entirely sure what it is. I'll say that, but I know that the

David Johnson([01:00:34](01:00:34)):

first like public existence of it is March, 2012. Cause that's when they registered the websites.

David Johnson ([01:00:40](01:00:40)):

Um, and it doesn't appear like out in the public beyond that until January, 2013. And when they

David Johnson ([01:00:49](01:00:49)):

do that, they're trying to, uh, convince people in Tallahassee, Florida, that they are a theistic

David Johnson([01:00:55](01:00:55)):

Satanist group. That is, they are people who worship a literal Satan. Um, and they...

Tyler ([01:01:01](01:01:01)):

Like Luciferian or, um,

David Johnson ([01:01:03](01:01:03)):

Yeah, I mean Lucifer, like its whole other thing,

Nathan ([01:01:06](01:01:06)):

that's its own bag of cats. Yeah. We know a couple of Luciferians as well. And they also

Nathan ([01:01:10](01:01:10)):

don't worship a literal Satan <laugh> they're actually.

David Johnson ([01:01:13](01:01:13)):

Yeah. And there, there are, there are people who worship a literal Satan exist who exist.

David Johnson([01:01:19](01:01:19)):

There are actual Satanists. Some of them are Nazis. Some of them are cool dudes.

David Johnson ([01:01:23](01:01:23)):

You it's the it's the like fascist part. That's always the problem, not the Satanist part,

David Johnson([01:01:28](01:01:28)):

but the original version of the satanic temple was them pretending to be a theistic satanist

David Johnson ([01:01:35](#)):

group. Um, and it seems to have been, uh, supposed to be a prank documentary.

David Johnson ([01:01:42](#)):

So it starts out and the two owners of the satanic temple are Cevin Soling and Doug Misicko.

David Johnson ([01:01:50](#)):

So Doug Miscko, you've probably heard, uh, his stage name let's call it that Lucian Greaves.

David Johnson([01:01:58](#)):

So we'll keep calling him Lucian Greavess just for the sake of clarity, but he is also in

David Johnson ([01:02:02](#)):

the past gone by pseudonyms, like Doug, Mesner a couple of other like sock puppets, but

David Johnson ([01:02:07](#)):

most of the time in public

Tyler ([01:02:09](#)):

Wait, let's go back to the Doug Mesner.

David Johnson ([01:02:12](#)):

Mesner yeah, yeah.

Tyler ([01:02:14](#)):

It sounds a lot like, uh, the, fucking the, the white supremacist Kurt Metzker wasn't it?

David Johnson ([01:02:22](#)):

Uh, Tom Metzker

Tyler ([01:02:23](#)):

Tom Metzker. Yeah.

Nathan ([01:02:24](#)):

Funny. You should mention him <laugh>.

David Johnson ([01:02:25](#)):

That That will come up. Believe it or not. Um, I, I think that's coincidental. Like I, as far as I know,

David Johnson ([01:02:31](#)):

it's not a reference to him, like it could be, but I haven't found any evidence that it is. Um, I,

David Johnson([01:02:37](#)):

a lot of other stuff is references like Lucian Greaves seems to be a reference to a

David Johnson([01:02:43](#)):
discredited psychologist named George B greaves. I think so our guy, Doug Misicko likes

David Johnson ([01:02:50](#)):
to like name things to needle people that seems to one of them. Um, the, so the, the other

David Johnson ([01:02:57](#)):
guy, Cevin Soling, um, he has like his own Wikipedia page and stuff, but everything he does

David Johnson ([01:03:02](#)):
under, um, the satanic temple. He does as Malcolm Jarry, which is just s invented name.

David Johnson ([01:03:07](#)):
Like there is no Malcolm, Jarry. It is just Cevin Soling when he doesn't want to like

David Johnson ([01:03:13](#)):
associate himself with this company that he owns. But back in the day he owned a

David Johnson ([01:03:19](#)):
company called spectacle films incorporated. And he a different guy named David Guyon and

David Johnson ([01:03:25](#)):
Doug Misicko set out together to do this prank documentary and they wanted to fool

David Johnson ([01:03:31](#)):
people and it started off kind of bad. Um, has anybody here actually seen hail Satan, the,

David Johnson ([01:03:37](#)):
the penny lane film?

Tyler ([01:03:40](#)):
No, but I'll probably watch it now.

Nelson ([01:03:42](#)):
Yeah. Tom, Tommy, have you seen it? It sounds like a Tommy movie. Definitely not of Tommy movie eight 20, no,

Tyler ([01:03:47](#)):
Tommy's only watched 8 24.

Nelson ([01:03:48](#)):

Yeah. Did 8 24 produce it if 8 24 didn't produce the Tommy didn't watch it. Yeah.

David Johnson ([01:03:52](#)):
Yeah. At penny lane. Um, and this scene shows up there because TST filmed it themselves.

David Johnson ([01:03:52](#)):

David Johnson ([01:03:59](#)):
So there wasn't actually a satanic temple yet. They just invented it for this stunt. Um,

David Johnson([01:04:07](#)):
and it bombed cuz they got caught. Um advertising they needed extras in their film.

David Johnson ([01:04:13](#)):
So before it really got off the ground, they, they had a website, uh, where they kept changing.

David Johnson ([01:04:18](#)):
Like when they were founded, I think first it was 2006 and they updated like 2009, 2012. Um,

David Johnson ([01:04:23](#)):
so it's like changing all the time and it just, it bombs like they get recognized as just being.

David Johnson ([01:04:30](#)):
a stunt where it's just using actors and stuff and they kind of like close up shop and retool.

David Johnson ([01:04:36](#)):
They relaunch in June. Um, and that's when the Satan temple really like actually kind of starts

David Johnson ([01:04:43](#)):
making news and such again. Uh, and I has everybody here seen the, the Shane Bugbee might

David Johnson ([01:04:52](#)):
is rights podcast stuff.

David Johnson ([01:04:56](#)):
Okay. So, um, when they relaunch in 2013 in June, they bring back in, uh, a couple of people,

David Johnson ([01:05:06](#)):
but one of them is Lucien Greaves' old friend, Shane Bugbee who had been a member of

David Johnson ([01:05:11](#)):
the church of Satan. But at that time was kind like, uh, on bad terms with them. So he was

David Johnson (01:05:16):

fussing with the church of Satan and um, he was looking for a way to kinda get back at them

David Johnson (01:05:23):

and launching this like prank group was one way to do that. And he gave them some advice.

David Johnson (01:05:30):

He, uh, got them in, um, contact with like vice news and stuff. So he got like some press

David Johnson (01:05:35):

coverage. Um, and that's really like helped TST to get rolling and like be accepted as a legitimate

David Johnson (01:05:42):

organization. And everybody kind of forgot about the theistic thing and prank before. And they

David Johnson (01:05:45):

just like treated them as just like an actual organization with actual members. Even though

David Johnson (01:05:49):

at that point they still didn't have them.

Nathan  (01:05:53):

That's kind of a running theme where yeah, Ts TST is basically whatever it is that they say they

Nathan(01:05:58):

are at the moment basically. And everything before that kind of just gets memory holed.

David Johnson (01:06:03):

<laugh>. Yep.

Tyler (01:06:05):

So like we know that like the TST is a little up right now. So when are we gonna get a, uh, satanic novel?

David Johnson (01:06:12):

Um,

Nelson (01:06:13):

Are you gonna write one? Y'all gonna write a new one.

David Johnson (01:06:15):

Uh, probably not. I, if this, if this lawsuit ends favorably, I will probably like leave the internet for like six months just to like heal my brain rot. That that would probably be my first step. Um,

Nathan (01:06:27):

We'll go outside and touch grass. Yeah. Yeah.

David Johnson (01:06:30):

I will lay in the grass

Tyler (01:06:32):

<laugh> but you like, from what I've heard from you guys and like everything that I've seen in the past that has kind of looked like an unfavorable taste of the satanic temple, in my opinion. Yeah. Like y'all seem to have like the best going on out of all this like sub group. Uh,

David Johnson (01:06:51):

Yeah. Yeah. I mean, I, I think we have cool ideas. I think we have a, a political ideology that is, uh, better and healthier than a lot of these other things. Yeah.

Nelson (01:07:00):

But you all have the best take so far.

David Johnson (01:07:02):

Yeah. Yeah. The, the hottest, it takes the best it takes.

Tyler (01:07:06):

Yeah. Like the imagery all around is like the satanic temple and Satanism and all that is cool as mm-hmm <affirmative>. But when it comes to like political takes and like left is ideology, like I've taken the bait on y'all's end. Like it's, it's, it's, it's cool as.

David Johnson (01:07:22):

We think it's important to marry Satanism with anti-fascism like explicit anti-fascism explicit, Antifa explicit anti-racism. Cause if you don't do that, all of this history we've talked about, um, should be kind of taken for granted. Like if you all haven't noticed, there's not a ton of black people who are saying this and part of that's because like Satanism has spent like 60 years, like cosing up to neo-Nazis. So like not, not a surprise that like it's gonna be an overwhelmingly white organization or white like movement. And if you, as someone who is a Satanist are not pushing back against that, you're just kind of like continuing it by default. So yeah.

Tyler (01:07:58):

I mean, you might as well be in like an OD or some other fascist ideology. Yeah.

Nathan (01:08:03):

And like the church of Satan called yeah. The church Satan called itself, like a law order religion,

Nathan (01:08:07):

but like TST does too by it, like as evidenced by its like theory of change of, you know,

Nathan ([01:08:12](#)):

trying to go through like the system or like, like respectable, uh, avenues of change. Like there's

Nathan ([01:08:21](#)):

not really a whole lot like local, like local chapters, local, like TST members and stuff are.

Nathan ([01:08:27](#)):

usually pretty cool. They might do like charity drives and like small time fundraisers and stuff,

Nathan ([01:08:31](#)):

but like up at the national level, a lot of that stuff only really functions as like advertising or

Nathan ([01:08:37](#)):

fundraising for that organization. Um, I don't remember the last time they've ever pointed

Nathan ([01:08:43](#)):

to like say like an abortion fund. Like they talk a big game about, Hey, we wanna protect

Nathan ([01:08:47](#)):

abortion rights. We're going to raise money for our, you know, our reproductive rights

Nathan ([01:08:52](#)):

campaign.

Nathan ([01:08:54](#)):

But uh, don't ask us what happens to it or where it goes. Um, and you know, like, like we

Nathan ([01:09:02](#)):

mentioned before, like a lot of the like abortion funds and uh, the clinic workers and stuff

Nathan ([01:09:07](#)):

that we've talked to, like they don't have anything good to say about TST. Yeah. They

Nathan ([01:09:11](#)):

don't see, like they don't get help from the national organization. They are like they,

Nathan ([01:09:17](#)):

and they, like, they talk to each other and warn each other, Hey, don't let yourself get

Nathan ([01:09:20](#)):

accidentally roped into one of TSTs publicity stunts, because that is the extent to

Nathan ([01:09:25](#)):

which TST is interested in us. Like they'll, they'll counter protest outside of a planned

Nathan ([01:09:30](#)):

parenthood, but you know, when like, will, you know, will they, you know, will they,

Nathan ([01:09:35](#)):

you know, train to be escorts or, you know, will they, you know, will they, will they

Nathan([01:09:40](#)):

signal boost us afterwards?

Nathan ([01:09:42](#)):

Like, no, they won't they'll, you know, after like Texas SB8 comes out, you know, uh,

Nathan ([01:09:49](#)):

there is, you know, TST raises what two, $300,000, like, but we don't know where that

Nathan ([01:09:57](#)):

goes. Um, like there's, you know, the satanic temple is multiple. Uh, it is, you know,

Nathan ([01:10:04](#)):

it's the non-profit religious organization, the satanic temple, Inc. But it is also at

Nathan([01:10:10](#)):

least one other for-profit, uh, corporation, the United Federation of churches, um,

Nathan ([01:10:18](#)):

that claims to do business as the satanic temple. And you know, this is a for-profit

Nathan ([01:10:22](#)):

and a non-profit pretending to be each other basically. And as they're owned by

Nathan  ([01:10:28](#)):

the same people, they are at the same location physically like the same address

Nathan ([01:10:34](#)):

and who knows how much money is being shuffled between them.

David Johnson ([01:10:37](#)):

Yeah. I, they share the same website. Um, if you go to thesatanictemple.com.

David Johnson ([01:10:40](#)):

Sometimes when you buy a t-shirt, it goes to the, for profit United Federation of

David Johnson([01:10:44](#)):

churches, LLC. And that general fund is just something that, uh, that Lucien Greaves

David Johnson ([01:10:50](#)):

and Cevin Soling can dip into as needed. They have said at least, uh, Lucien Greaves

David Johnson ([01:10:54](#)):

has said, and court deposition that. Yeah. I mean, just like when he needs help, like

David Johnson ([01:10:57](#)):

covering rent, or just like with expenses, you know, he doesn't have salary, he just

David Johnson ([01:11:01](#)):

reaches into the general fund.

Nathan ([01:11:02](#)):

He dips into it and stays afloat and

David Johnson ([01:11:06](#)):

And Stays afloat and stays afloat

Nathan ([01:11:06](#)):

By his own words. And I'm like, wow, I hope the IRS is watching this because this

Nathan ([01:11:11](#)):

is specifically

Nelson ([01:11:13](#)):

That, that's a huge thing with, uh, anyone that has like nonprofit work and like partners

Nelson ([01:11:19](#)):

it with a for-profit thing. That is a, that is a massive thing. The Irs goes after.

David Johnson ([01:11:23](#)):

So it gets, it gets worse because thesatanictemple.com when you buy a t-shirt,

David Johnson ([01:11:27](#)):

when you buy a, a, a membership certificate that goes to their, for profit. But if you

David Johnson ([01:11:33](#)):

give a donation to some of the website, it says, this is a tax deductible, 5 0 1 C

David Johnson ([01:11:38](#)):

three, because that is going to The Satanic Temple temple incorporated. The

David Johnson ([01:11:42](#)):

Satanic temple incorporated is a nonprofit church. But, and I know this, this gets

David Johnson ([01:11:48](#)):

like convoluted, and I think it's intentional. They registered that with the IRS as the

David Johnson ([01:11:54](#)):

satanic temple full stop. So a lot of places like Amazon, um, they're like, uh, Amazon

David Johnson ([01:12:00](#)):

smiles or charity navigator. It just says the satanic temple, which is the exact same

David Johnson ([01:12:05](#)):

thing as the United Federation of churches is doing business as so is if, unless you

David Johnson ([01:12:10](#)):

are someone who has devoted many more months than I would've cared to, to this,

David Johnson([01:12:14](#)):

it's very tough to see like where money is going, which organization is doing what, um,

David Johnson ([01:12:20](#)):

and they now say as, as Nathan was alluding to, um, officially, they are a constellation

David Johnson ([01:12:25](#)):

of affiliate entities. Cause there's also other non-profits and other for-profits that we

David Johnson ([01:12:29](#)):

haven't talked about here, but that would just be too complicated. And we know they're

David Johnson ([01:12:33](#)):

sharing money back and forth. We just dunno how much, because that part's not public.

Nathan ([01:12:38](#)):

There are religion made of corporation, like literally like literally three corporations in a

Nathan  ([01:12:42](#)):

trench coat, but like more than three of them

Nelson ([01:12:45](#)):

<laugh> like religious 5 0 1 C threes church 5 0 1 C threes are just a scam. Yeah. To be begin with.

David Johnson (01:12:52):

Yeah. Yeah.

Nelson (01:12:54):

Wow. Alright, Joel. We're we're getting I real quick. Just we're we're getting pretty close to the hour, uh, hour and 15 hour and a half mark. But like, I guess the, the last one of the last things we want ask, so we talked about TST a lot. We talk about Satanism, but like talk like if y'all wanna talk more and we'd love to hear more about y'all I guess, as, as a meme page and a quasi, a group collect, whatever y'all want to say, like in your ideology, like what whats some like positive, more like positive aspects of like y'all because from what, even what Tyler said from what y'all have to say, it sounds y'all sound great. So I guess like, what are, yeah,

Tyler (01:13:31):

Don't take this the wrong way, but y'all seem like the chillest anarchist I've ever met

Nelson (01:13:36):

<laugh> yeah.

David Johnson (01:13:38):

That's coming from a

Tyler (01:13:39):

Tanky.

David Johnson (01:13:40):

I mean, uh, if you like us, you know, when you meet the Buddha, kill the Buddha, so you've met us now you can reject that idea. <laugh> um, and our, what we have told other people is that like, we don't have the bandwidth, like be followed like, mean you can follow us, like on Facebook and Twitter and stuff. Like that's cool, but like, don't like follow us, follow us. Don't do what we say, cuz we said it, if you're looking for a like chill, good anti-fascist organization, that's satanic in your area, you should make that you should make your affinity group and build that and not like try to fit yourself into a hierarchy. That, I mean, like, I think I'm a cool dude, but maybe I'm not a cool dude. And maybe if I had a bunch of power for people I wouldn't be.

David Johnson (01:14:20):

And so, um, a better thing to do is to create like structures where everybody's accountable to everybody else like that. That's what I would suggest to people. If you like what we do and you like the philosophy that we have, um, you should build that into your own community. Um, and not like look to us for anything, but, um, cool Mees and uh, uh, theory sometimes. And just, you know, uh, look to us only for like education, but not like telling you how to do things or what to do, because a much better way to approach the world is find like peers in your community and work with them to do the things you wanna do. Also we're exhausted. Like I'm, I can't, I can't do

Nelson (01:15:03):

<laugh> we're

Nathan ([01:15:04](#)):

Yeah. We're we're not an, yeah. We're not an organization in really any sense. It's literally just like a couple of us. And as you can see, like David does like 99% of the work, I'm just the eye candy, as you can see from my camera. <laugh>

Nelson ([01:15:18](#)):

The disembodied

Nathan ([01:15:19](#)):

Voice. Yes. Known

Nelson ([01:15:20](#)):

As David. Yeah.

Nathan ([01:15:22](#)):

Oh,

Tyler ([01:15:23](#)):

He's actual Satan. We have actual Satan on the podcast. We

Nelson ([01:15:26](#)):

Have Satan is on the podcast

Nathan ([01:15:27](#)):

Show. Yes, it's it? Oh, you got, you found it. It's it's Nathan is just the off rhyme for Satan hail Nathan <laugh> um, the, yeah, pretty much is, you know, we, you know, we wanna tell people like, you know, when, when they want, when they're like, you know, they send us messages like, oh, we want to join. It's like make your own Satanism. Basically. It is, it is not something that has to be like, it is not something that has to like church of Satan and TST are like the major players in America, but they're not the only ones. Like there are small coves all over the fricking country, all over the world, even make your own, stateism figure out what that means to you.

Nathan ([01:16:06](#)):

Um, and honestly like run the fuck away from TST. Like, like stay like it is it's it's like I have.

Nathan ([01:16:17](#)):

this like a whole fucking rant prepared, but like, I, I, I just, it cannot be overstated like how

Nathan([01:16:25](#)):

disposable that people in TST are to the larger organization

Tyler ([01:16:30](#)):

Go the fuck off king,

Nelson ([01:16:32](01:16:32)):

Do it. Hail Nathan.

Nathan ([01:16:35](01:16:35)):

So Let me, let me, let me just read this because it's, it's the re it's the response I had to

Nathan ([01:16:40](01:16:40)):

the, your, the Nelson's question, you know, what's the deal with the satanic temple.

Nathan([01:16:44](01:16:44)):

What can you tell? You know, the temple has like a whole ass business model that revolves

Nathan([01:16:49](01:16:49)):

around making these simple, punchy statements about their plans with as little detail,

Nathan ([01:16:53](01:16:53)):

little as follow up as possible. It's like that scene in the office where Michael Scott goes

Nathan ([01:16:57](01:16:57)):

into a room and says, I declare bankruptcy and thinks that that's the equivalent of actually

Nathan ([01:17:03](01:17:03)):

declaring bankruptcy only there's like a lot more lying about things. You know, you can

Nathan ([01:17:07](01:17:07)):

verify in the public abor, uh, public record, those abortion exemptions, they claim to have

Nathan ([01:17:12](01:17:12)):

don't actually exist, but they were willing to, you know, they were willing to like raise a lot

Nathan ([01:17:18](01:17:18)):

of money on the idea that they are, uh, because people really wanna believe that there's

Nathan ([01:17:23](01:17:23)):

a tidy way of beating the Christian right at their own game.

Nathan ([01:17:27](01:17:27)):

The other side of that coin is, you know, for that sort of marketing ploy to stay effective,

Nathan ([01:17:32](01:17:32)):

they stay pretty tight lipped around the, like the rest of the time around most of the rest

Nathan ([01:17:37](01:17:37)):

of the issues. But the thing is, you've got this whole culture of silence, which cannot handle

Nathan ([01:17:41](#)):

criticism of TST. Like they don't understand what defamation or slander is except stuff

Nathan ([01:17:47](#)):

that we don't like, stuff that is, you know, inconvenient for us to have to admit about our

Nathan ([01:17:52](#)):

own, uh, about their own history or the way that they run things basically. Um, and

Nathan ([01:17:59](#)):

especially from people who used to be inside the temple like us or about from other people.

David Johnson ([01:18:04](#)):

Um, and was that Jehovah's witnesses thing about like you shunned people

Nathan ([01:18:07](#)):

Yeah. Yeah. So yeah, I wanted, yeah, I wanted to compare, like we were talking way back in,

Nathan ([01:18:12](#)):

uh, way back at the beginning about the way that, um, the, the member, the, about all the

Nathan ([01:18:18](#)):

members that were kicked out of, uh, TST Washington, just for being witnesses to an ethics

Nathan ([01:18:23](#)):

complaint. And it's like, compare this to the way that Jehovah's witnesses, shun, uh,

Nathan ([01:18:27](#)):

their members for the perception of being, doing something wrong here, you have people

Nathan ([01:18:32](#)):

being shunned just for being in the area of someone else doing something wrong.

David Johnson ([01:18:39](#)):

Um, we're not saying they're cult. We're not saying they're a cult, but it's not a healthy

David Johnson ([01:18:44](#)):

organization thing.

Tyler ([01:18:45](#)):

I'll say it they're a cult.

Nathan (01:18:46):

All right. Your words, not ours. <laugh> so you.

Nelson (01:18:51):

I'm gonna point, I'm gonna point the lawsuits at Tyler <laugh>

Tyler (01:18:55):

No, no, that's not my name, my name, my name's Jason.

Nathan (01:19:00):

So you, you have, so you have the slap suit, but like I also, we were, we were featured

Nathan (01:19:05):

in a Newsweek article a couple of months ago, and I want to like demonstrate what

Nathan (01:19:09):

this, like culture of silence looks like in practice. Uh, according to another ex member

Nathan (01:19:14):

in Florida. Um, so, uh, "Salone Demur a, uh, pseudonym for a former member based in

Nathan (01:19:21):

Pensacola, Florida said she got sidelined after asking Greaves, why he was going to

Nathan (01:19:25):

Sue Twitter. Like it was a personal vendetta, but then using TST money to do so. Once

Nathan (01:19:29):

Salone became known as a dissenter, she said, members of TSTs national council

Nathan (01:19:33):

threatened to out her to the Marine Corps, her employer, despite the corps already being

Nathan (01:19:37):

aware of her religious activities. She tells, uh, Newsweek in an email after leaving, it was

Nathan (01:19:41):

basically Scientology light. People were told not to talk to us.

Nathan (01:19:44):

Members were trying to break up my relationship with my boyfriend. Several people were

Nathan (01:19:48):

legally threatened. I know quite a few people who have refused to speak out at all

Nathan ([01:19:51](#)):

before because they fear legal action. A few of us have been in mental health treatment

Nathan ([01:19:55](#)):

since." I wanna say, like this isn't unique at all. Like since getting kicked out of TST, we

Nathan ([01:20:01](#)):

have been able to catch up and meet like ex members of TST all over the country. Like

Nathan ([01:20:06](#)):

people come in thinking that they found a way to make religion a force for good again,

Nathan ([01:20:10](#)):

but they wind up being treated as disposable. The same way that we are in the rest of.

Nathan([01:20:14](#)):

apitalist society. Like here in Seattle, I can think of at least three other people who've had

Nathan ([01:20:19](#)):

to work through their experiences in therapy. I've had, I'm gonna do that too. As soon as

Nathan ([01:20:23](#)):

this lawsuit comes out and I've got some disposable income, again, some of us have to

Nathan ([01:20:26](#)):

deal with suicidal thoughts.

Nathan ([01:20:28](#)):

We've talked to ex members around the country from California, Texas, New York. This

Nathan ([01:20:33](#)):

keeps repeating, this is how the sausage is made. This is like, this is what happens to make.

Nathan ([01:20:40](#)):

Uh, this is, this is what goes into making TSTs public statements, more effective basically.

Nathan ([01:20:47](#)):

And this culture of silence you like is built into their code of conduct as well. And there's

Nathan ([01:20:52](#)):

like a like, like apologists are gonna be like, well, this is just normal way of doing stuff.

Nathan (01:20:57):

But like, there's a clause about how members are banned from talking about their experiences

Nathan (01:21:01):

as TST members publicly, unless they're explicitly authorized there's

David Johnson (01:21:05):

They can't do an AMA. They cannot do a Reddit AMA without being kicked out. Uh, they

David Johnson (01:21:09):

also can't associate with, um, competitor organizations. Competitor organizations that is

David Johnson (01:21:15):

very loosely defined.

Tyler (01:21:16):

Yeah. What would be a competitor organization.

David Johnson (01:21:18):

No religion

Nelson (01:21:20):

Be Catholic. The Catholic church.

David Johnson (01:21:22):

Well, they accused us of forming the satanic temple two electric Bogaloo, like that is

David Johnson (01:21:28):

in legal court fuckingdocuments brother. Yeah.

Nathan (01:21:34):

And it's like, how do you, how do you listen to this? And think like, this is a normal thing

Nathan (01:21:37):

for a religion to be concerned about. Like,

David Johnson (01:21:40):

And you find out about it and they say, oh, well, you fucked around. You found out like,

David Johnson (01:21:43):

yeah, this is America. If you piss off rich people, they can ruin your life. Um, as, as Nathan,

David Johnson (01:21:50):

uh, I, I think like, compared it to, um, that saying, um, you might be able to beat the charge,

David Johnson ([01:21:57](#)):

uh, but you can't beat the, you can beat the, you can beat the rap, but you can't beat the ride.

David Johnson ([01:22:01](#)):

Right. Even if we win this, like it's cost $80,000 so far.

Tyler ([01:22:05](#)):

And you guys have a GoFundMe or something for your league,

David Johnson([01:22:07](#)):

we sure fucking do. Oh

Nathan ([01:22:09](#)):

Yeah, yeah. Oh yeah.

David Johnson ([01:22:10](#)):

Some link for

Nelson ([01:22:11](#)):

That. Yeah. Obviously, obviously like the last, the last question really is where can people find you online? So,

David Johnson ([01:22:16](#)):

Yeah. Uh, we have a link tree that has it all. So that is

Nelson ([01:22:20](#)):

Semi me that link tree I'll plug in the show notes. Yeah.

David Johnson ([01:22:22](#)):

L I N ktr.ee/queer satanic. We are satanic, nearly everywhere.

David Johnson ([01:22:31](#)):

And, uh, you know, like Nathan was saying, this is not particular to us, what the Satanic

David Johnson([01:22:36](#)):

temple has done to us. They have threatened to do to other people. Like we found out

David Johnson ([01:22:40](#)):

that they like sent legal letters to people for violating non-disparagement agreements

David Johnson ([01:22:45](#)):

against the fucking religion that stands up for literal fucking Nazis on free speech grounds,

David Johnson ([01:22:50](#)):

right? So they are not nice people. They're not great people. And to be honest, at this

David Johnson ([01:22:56](#)):

point, having to take out a $10,000 loan just to keep paying lawyers, had I known what

David Johnson ([01:23:01](#)):

I know now, maybe I wouldn't have actually like done the standup thing, but the truth

David Johnson([01:23:06](#)):

of the matter is that if they weren't coming after us, they'd be coming out after somebody

David Johnson ([01:23:10](#)):

else. So anything y'all can do to help us keep fighting this and take at the end, we would really,

David Johnson ([01:23:16](#)):

really appreciate

Tyler ([01:23:20](#)):

Anything to make life easier on a fellow com rad

Nelson ([01:23:22](#)):

Roll tide.

David Johnson ([01:23:24](#)):

So I can say, hell,

Tyler ([01:23:26](#)):

You now have the backing of the entire Southern left.

Nelson ([01:23:30](#)):

<laugh> Tommy's gonna hold AAON to raise money for y'all's legal fund. That'd be dope. Yes. I'm gonna sacrifice white women. <laugh> no, it's Hey, we

David Johnson ([01:23:46](#)):

Could, we could play among us together. I will. I'll get myself, uh, interlocked

Nelson ([01:23:49](#)):

Too. <laugh> yes. Just the same time. You know,

David Johnson ([01:23:52](#)):

We didn't even get to one of the owners trying to start a cargo cult. We didn't even get to the,

David Johnson ([01:23:57](#)):

the eugenic stuff and, and like forceful sterilization. We didn't get to interviewing Tom Metzger.

David Johnson([01:24:04](#)):

Right. So you brought that up, Tom Metzger. Yeah. Lucien Greaves interviewed Tom Metzger

David Johnson ([01:24:09](#)):

and tried to convince him that the best way to achieve population control was sterilizing people

David Johnson ([01:24:14](#)):

based on IQ, rather the race.

Tyler ([01:24:16](#)):

Well see, like before we started this, like my entire view on Satanism was like, so anti semite,

Tyler ([01:24:23](#)):

that it sided itself with like fascist and neoNazis like, you got Boyd rice and then like,

David Johnson ([01:24:32](#)):

and Lucien Greaves

Tyler ([01:24:32](#)):

and Tom Metzger. Might as well be odinist,

David Johnson ([01:24:35](#)):

Uh, yeah. Yeah. And, and also back in 2018, um, a bunch of local organizations split away

David Johnson ([01:24:42](#)):

because Lucien Greaves' quote, and I believe I'm doing this for memory. Um, "it's just like the

David Johnson ([01:24:49](#)):

word antisemitic. Um, it's not always bad." So he was saying that the Nazis ruin the word

David Johnson ([01:24:55](#)):

antisemitic, but sometimes it's okay. And then he explains, uh, why that might be so, but the

David Johnson ([01:25:01](#)):

"it's just like" was eugenics. Our boy used to love eugenics, and we didn't even get to that,

David Johnson ([01:25:06](#)):

that that's with the Satanic temple, there is always more, and it is always worse. I guarantee it.

Nelson (01:25:11):

Gotta save some fun stuff for Kada. Take a we'll have, we'll have a part. We'll have a part two down the line. Well, since

Tyler (01:25:20):

We're done taking on the, uh, vegans now, I guess we're taking on the satanic church,

Nelson (01:25:25):

I guess. So <laugh>

Tyler (01:25:27):

This is our new, no evil foods. I'm sure. We'll see you guys back for a couple more episodes.

Nelson (01:25:33):

I'm gonna hit vice magazine again. Yeah. Oh my God. Yes. Get back advice. Do

Tyler (01:25:38):

You know how great it was? Once I was featured advice and also featured for a dessert in the Washington post same month.

Nelson (01:25:46):

What?

Tyler (01:25:47):

Yeah, I'm in the Washington post and vice

Nelson (01:25:50):

You're famous, man. Not as famous as a guy behind you, but you're definitely famous. <laugh> you can only hope you see, I handler <laugh>.

Tyler (01:26:02):

How big is he? Eye collection dollar. My hint eye. Yeah. Like the guy behind you. Yeah. This is way bigger than mine. <laugh> I have a wife she'd kill me. Probably

Speaker 7 (01:26:15):

Osama was the tentacle fan.

Nelson (01:26:16):

He was, oh, fan the fan

Tyler (01:26:21):

Agent ever. Mark got anything agent ever. Uh, not really.

Nelson ([01:26:24](#)):

Mark. You got anything to say?

Tyler ([01:26:26](#)):

No, no.

Speaker 7 ([01:26:27](#)):

Mark is. Mark is very upset. Um, mark is a snake priest

Tyler ([01:26:31](#)):

And Pentecostal, right. Mark

Nelson ([01:26:34](#)):

Was raised Pentecostal,

Tyler ([01:26:36](#)):

Right?

Nelson ([01:26:38](#)):

It's not as bad as being raised Catholic. It's fine. Yeah. My, my priest turned out to be one of those priests. So

Tyler ([01:26:42](#)):

Y'all get bit by snakes. Nelson's people. They children. So Jesus just Christ. My I'm just keeping it brutally honest Italians. Hi.

Nelson ([01:26:59](#)):

First off, first off, I got this spaghetti wall reference here by Walter White stunt double. And I got naked over here talking about San tie. Discrimination's not gonna stand right.

Tyler ([01:27:11](#)):

<laugh> oh my God. The mob did good for this country. It did.

Nelson ([01:27:17](#)):

It did. Okay. We wouldn't have this problem with the say tank it. If the Mo wouldn't

Tyler ([01:27:20](#)):

Have commo, who wouldn't for the mob. <laugh>

Nelson ([01:27:23](#)):

Whoa, governor and exile. He put some respect on his name.

Tyler ([01:27:26](#)):

&lt;laugh&gt;

Nelson ([01:27:29](#)):

Oh my God. Anyway.

Tyler ([01:27:30](#)):

Good to have you guys on. This is a great episode.

Nelson ([01:27:33](#)):

Yeah. David, Nathan, thanks for, thanks for coming on. Thanks for helping

Tyler ([01:27:36](#)):

Us. It was a lot of fun.

Nelson ([01:27:37](#)):

Hell yeah. I'm gonna do this outro real quick. Uh, at Dixon land, the prolitary it'll believe the south rise again, but this time for the right reasons, those being worker on means and production decolonization, and self-determination for follow press peoples, make sure to click on our link tree in the show notes to find all of our social media. And if you very, very, very lucky, you might even find Tommy on Twitch and get a magic invite to uncle Tommy's Twitch cabin. It's his, his it's his name idea. Not mine, please. Don't cancel me. No, it isn't.

Speaker 7 ([01:28:03](#)):

That is not my idea.

Tyler ([01:28:05](#)):

Yeah. Nelson Nelson was out of that

Nelson ([01:28:07](#)):

100%. I came up with it. I'm a genius. You call

Tyler ([01:28:10](#)):

Him uncle Tommy every day in the group chat. Yeah.

Nelson ([01:28:12](#)):

All, all the time. All the time. But we are streaming every day. Boy, come over here. Boy. You're streaming every Saturday on Twitter. Play

Tyler ([01:28:21](#)):

Your video games.

Nelson ([01:28:23](#)):

Seven on

Tyler ([01:28:24](#)):

The TV for that buddy. 7:00 PM.

Nelson ([01:28:27](#)):

7:00 PM. Central 8:00 PM. Pacific God seven, no 7:00 PM. Central 8:00 PM. Eastern. Okay. God

Tyler ([01:28:37](#)):

Play a basketball game for everybody. Yeah.

Nelson ([01:28:40](#)):

Mountain

Tyler ([01:28:40](#)):

Football, soft shoe.

Nelson ([01:28:42](#)):

Oh my God. We're coming to you in the birthplace in civil rights, move in Montgomery, Alabama, as well as sweet Georgia and jolly England. We would like to recognize that we're recording on occupied land. That right. Belongs to the Muskogee nation and the Cherokee nation. Um, David, Nathan dis uh, disembodied voice known as Nathan. Thank you all for coming on. Hail Satan. Thanks for this is I, I, I learned a lot. I didn't speak to my co-host. I learned a lot. I'm sure they learned a lot. Everyone's gonna learn a

Tyler ([01:29:09](#)):

Lot. Yeah. This was tired of.

Nelson ([01:29:11](#)):

Yeah. This is pretty dope. So, um, but yeah. Thanks for coming on. Thanks for educating us. I am now, uh, someone who doesn't just believe that, uh, Anton LaVey ran everything. So I appreciate it. Tyler,

Tyler ([01:29:24](#)):

I've got a very special one for this one. Dark Lord willing and the river of blood don't rise. I'll see. Y in hell can only hope

Nelson ([01:29:38](#)):

God, dear dears to that.