# 2:20-cv-509

### In the United States District Court
### For the Western District of Washington

United Federation of Churches, LLC (dba "**TST**"),
*Plaintiff*

*v.*

David Alan Johnson; Leah Fishbaugh; Mickey Meeham; and Nathan Sullivan
*Defendants.*

## Motion for preliminary injunction

Note on motion calendar: **December 16, 2022**



**Matt Kezhaya**          **matt@crown.law**
Ark. # 2014161            direct: (479) 431-6112
Minn. # 0403196           general: (612) 349-2216

1202 NE McClain Rd. Bentonville, AR 72712

**NOW COMES** Plaintiff TST on motion for a preliminary injunctive that Defendants return the Allies page. As previously addressed, Mr. Sullivan publicly stated that they "stole" the Allies page. (Dkt # 31, at 5). The motion should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. Within 24 hours of the entry of this order, Defendants shall return all administrative privileges to the Allies page over to TST's control pending the outcome of this case; and

2. Within 24 hours of the entry of this order, Defendants shall relinquish all administrative privileges to the Allies Facebook page pending the outcome of this case.

3. The requirement of bond is waived.

**SO ORDERED**.

_____   _____
Dated                              The Honorable Richard A. Jones
                                   United States District Judge