The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES, LLC d/b/a THE SATANIC TEMPLE,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN JOHNSON, an individual; LEAH FISHBAUGH, an individual; MICKEY MEEHAM, an individual; and NATHAN SULLIVAN, an individual,<br><br>Defendants. | No. 2:20-cv-00509-RAJ<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>NOTED ON MOTION CALENDAR:<br>**December 16, 2022** |

THIS MATTER comes before the Court on the Motion for Preliminary Injunction ("Preliminary Injunction Motion") (Dkt. No. 42) filed by Plaintiff United Federation of Churches, LLC d/b/a The Satanic Temple ("The Satanic Temple").  Having considered The Satanic Temple's Preliminary Injunction Motion, the Opposition to The Satanic Temple's Preliminary Injunction filed by Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan (collectively, "Defendants") and any other papers filed in opposition to the Preliminary Injunction Motion, and The Satanic Temple's reply brief, if any, and being fully apprised, the Court DENIES The Satanic Temple's Preliminary Injunction Motion.

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION
No. 2:20-cv-00509-RAJ – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

DATED this ___ day of _____, _____.

_____
Hon. Richard A. Jones
United States District Judge

*Presented by:*

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

*Attorneys for Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan*

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
No. 2:20-cv-00509-RAJ – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I, Janet Fischer, certify that on December 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, thereby sending a notification of such filing to the following parties:

Benjamin Justus
Lybeck Pedreira & Justus, PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA 98040
(206) 687-7805
ben@lpjustus.com

Matthew A. Kezhaya
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
(479) 431-6112
matt@kezhaya.law

DATED: December 12, 2022, at Seattle, Washington.

/s/ Janet Fischer
Janet Fischer
Paralegal

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION
No. 2:20-cv-00509-RAJ – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250