The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES, LLC d/b/a THE SATANIC TEMPLE,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN JOHNSON, an individual; LEAH FISHBAUGH, an individual; MICKEY MEEHAM, an individual; and NATHAN SULLIVAN, an individual,<br><br>Defendants. | No. 2:20-cv-00509-RAJ<br><br>**NOTICE OF FILING OF PHYSICAL MATERIALS WITH THE CLERK**<br><br>NOTED ON MOTION CALENDAR: December 16, 2022 |

The following is being filed in physical form with the Clerk's Office for the Western District of Washington:

1. A thumb drive containing an mp4 video file entitled "GMT20200315-220437_Town-Hall-_640x360 (1).mp4." This file is submitted as Exhibit 1 to the Declaration of Jeremy Roller in Opposition to Plaintiff's Motion for Preliminary Injunction and is described in the Declaration of David A. Johnson in Opposition to Plaintiff's Motion for Preliminary Injunction and in the Declaration of Nathan Sullivan in Opposition to Plaintiff's Motion for Preliminary Injunction.

NOTICE OF FILING OF PHYSICAL MATERIALS WITH THE CLERK
No. 2:20-cv-00509-RAJ– Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1  The item will remain in the Clerk's custody until appropriate disposition pursuant to
2  the Local Rules and procedures of the United States District Court for the Western District
3  of Washington.

4  Dated: December 12, 2022

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy Roller
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

*Attorneys for Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan*

NOTICE OF FILING OF PHYSICAL
MATERIALS WITH THE CLERK
No. 2:20-cv-00509-RAJ– Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the CM/ECF system, thereby sending a notification of such filing to the following parties:

Benjamin Justus
Lybeck Pedreira & Justus, PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA 98040
(206) 687-7805
ben@lpjustus.com

Matthew A. Kezhaya
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
(479) 431-6112
matt@kezhaya.law

DATED: December 12, 2022, at Seattle, Washington.

/s/ Janet C. Fischer
Janet C. Fischer
Paralegal

NOTICE OF FILING OF PHYSICAL
MATERIALS WITH THE CLERK
No. 2:20-cv-00509-RAJ– Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250