# United States District Court
WESTERN DISTRICT OF WASHINGTON

| UNITED FEDERATION OF CHURCHES, LLC, | JUDGMENT IN A CIVIL CASE |
|---|---|
| Plaintiff, | CASE NUMBER: 2:20-cv-00509-RAJ |
| v. | |
| DAVID ALAN JOHNSON, et al., | |
| Defendant. | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Defendants David Alan Johnson, Leah Fishbaugh, Mickey Meeham and Nathan Sullivan, against Plaintiff United Federation of Churches, LLC.

DATED this 9th day of January, 2023.

RAVI SUBRAMANIAN,
Clerk of the Court

By:  */s/ Victoria Ericksen*
Deputy Clerk