UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United Federation of Churches, LLC (dba "The Satanic Temple"),<br><br>Plaintiff / Appellant<br><br>v.<br><br>David Alan Johnson (aka "ADJ"), Leah Fishbaugh, Mickey Meeham, and Nathan Sullivan,<br><br>Defendants / Appellees | No. 2:20-cv-00509-RAJ<br><br>NOTICE OF APPEAL |

**NOTICE IS HEREBY GIVEN** that Plaintiff / Appellant United Federation of Churches, LLC (dba "The Satanic Temple,") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final order and judgment entered in this action on January 9, 2023 (Dkt. # 49), and all previous orders subsumed therein, which particularly includes: the order denying reconsideration dated April 12, 2022 (Dkt. # 30), and the order granting motion to dismiss dated February 26, 2021 (Dkt. # 20).

Respectfully submitted this 28th day of January, 2023.

NOTICE OF APPEAL- 1

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791

1                  LYBECK PEDREIRA & JUSTUS, PLLC

By: */s/ Benjamin Justus*
Benjamin Justus (#38855)
Attorneys for Plaintiff
Chase Bank Building
7900 SE 28th St., Fifth Floor
Mercer Island, WA 98040
206.687.7805 /phone  206.230.7791 /fax
ben@lpjustus.com / email Justus

And: */s/ Matthew A. Kezhaya*
Matthew A. Kezhaya (AR#2014161), admitted pro hac vice
Attorney for Plaintiff
Kezhaya Law PLC (dba "Crown Law")
1202 NE McClain Rd
Bentonville, AR 72712
479.431.6112 /ph
matt@crown.law / email Kezhaya

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2023, I electronically filed this NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

Dated at Minneapolis, Minnesota, the 24th day of January, 2023.

                                     By:   */s/ Matt Kezhaya*
                                                   Matt Kezhaya

NOTICE OF APPEAL- 2

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791