UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF  Western Washington

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 2:20-cv-00509-RAJ

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 04/03/2020

Date of judgment or order you are appealing: 04/15/2022

Docket entry number of judgment or order you are appealing: 31

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

David Alan Johnson, Leah Fishbaugh, Mickey Meehan and Nathan Sullivan

Is this a cross-appeal?  ⦿ Yes   ◯ No
If yes, what is the first appeal case number? 23-35060
Was there a previous appeal in this case?  ◯ Yes   ⦿ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Jeremy E. Roller           **Date** 2/7/2023

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                    Rev. 12/01/2021

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> David Alan Johnson, Leah Fishbaugh, Mickey Meehan and Nathan Sullivan

Name(s) of counsel (if any):

> Jeremy E. Roller

Address: 1218 Third Avenue, Suite 2100, Seattle, WA 98101

Telephone number(s): (206) 428-3250

Email(s): jroller@aretelaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> United Federation of Churches LLC d/b/a The Satanic Temple

Name(s) of counsel (if any):

> Matthew A. Kezhaya
> Benjamin Justus

Address: 1202 NE McClain Road, Bentonville, AR 72712

Telephone number(s): (479) 431-6112

Email(s): matt@crown.law

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

**Form 6**                                 1                                 *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                           2                           *New 12/01/2018*