| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 15 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED FEDERATION OF CHURCHES LLC, DBA The Satanic Temple,

        Plaintiff-Appellee,

 v.

DAVID ALAN JOHNSON, AKA ADJ; et al.,

        Defendants-Appellants.

No.   23-35105

D.C. No. 2:20-cv-00509-RAJ
Western District of Washington, Seattle

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 14), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

        FOR THE COURT:

        By: Sasha M. Cummings
        Circuit Mediator

Mediation