# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN JOHNSON, et al.,<br><br>Defendants. | Case No. 2:20-cv-00509-RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Judge:

The parties are directed to meet and confer and file a joint status report proposing a deadline to complete jurisdictional discovery regarding the value of the injunctive relief and punitive damages sought in the defamation claim and a deadline for the filing of an amended complaint. The joint status report shall be filed no later than January 24, 2024.

DATED this 3rd day of January, 2024.

RAVI SUBRAMANIAN,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1