UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United Federation of Churches, LLC (dba "The Satanic Temple"),<br><br>Plaintiff,<br><br>v.<br><br>David Alan Johnson (aka "ADJ"), Leah Fishbaugh, Mickey Meeham, and Nathan Sullivan,<br><br>Defendants. | No. 2:20-cv-00509-RAJ<br><br><br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

**LET IT BE KNOWN THAT** the parties met and conferred on January 17, 2024. See Dkt. 57. At the conference, the parties agreed that Plaintiff would elect to nonsuit this action, without an award of costs or attorneys fees to any party. The Court should enter an order of dismissal without prejudice because no Defendant has filed an answer or motion for summary judgment. FRCP 41(a)(1)(A)(i).

[*remainder intentionally left blank; signatures and certificate following*]

NOTICE OF DISMISSAL WITHOUT PREJUDICE - 1

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255   Fax 206-230-7791

1  Respectfully submitted this 24th day of January, 2024.

LYBECK PEDREIRA & JUSTUS, PLLC

By: */s/ Benjamin Justus*
Benjamin Justus (#38855)
Attorneys for Plaintiff
Chase Bank Building
7900 SE 28th St., Fifth Floor
Mercer Island, WA 98040
206.687.7805 /phone  206.230.7791 /fax
ben@lpjustus.com / email Justus

And: */s/ Matt Kezhaya*
Matthew A. Kezhaya (MN#0402193), admitted pro hac vice
Attorney for Plaintiff
Kezhaya Law PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
479.431.6112 /ph
matt@kezhaya.law / email Kezhaya

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, I electronically filed this JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.   */s/ Matt Kezhaya*

NOTICE OF DISMISSAL WITHOUT PREJUDICE - 2

No. 2:20-cv-00509-RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791